UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Selwyn G. Darbeau

          V.          CASE NUMBER: 1: 06CV01081 (ESH)

Library of Congress, et al.

AFFIDAVIT OF SERVICE

I, Selwyn G. Darbeau, hereby declare that on the 17th of June 2006, I mailed a copy of the summons and completed, certified mail return receipt requested, to U.S. Attorney for DC. Attached hereto is the green card acknowledging service.

[Attached Domestic Return Receipt - PS Form 3811, August 2001]

Article Addressed to:
US Attorney for DC
555 4th Street, NW.
Washington DC 20001

Received by (Printed Name): S. Robinson

Article Number: 7005 3110 0001 4024 5782

Selwyn G. Darbeau
3338 Croffut Place, SE
Washington, DC 20019-2437
(202) 584-0286

RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Selwyn G. Darbeau

               V.                       CASE NUMBER: 1: 06CV01081 (ESH)

Library of Congress, et al.

AFFIDAVIT OF SERVICE

I, Selwyn G. Darbeau, hereby declare that on the __17__ of __June__ 2006, I mailed a copy of the summons and completed, certified mail return receipt requested, to U.S. Attorney General. Attached hereto is the green card acknowledging service.

[Attached PS Form 3811 Domestic Return Receipt showing article addressed to: The US Attorney Gen., 950 Pennsylvania Ave NW, Washington DC 20530. Article Number: 7005 3110 0001 4024 5775]

Selwyn G. Darbeau
3338 Croffut Place, SE
Washington, DC 20019-2437
(202) 584-0286

RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Selwyn G. Darbeau

               V.                CASE NUMBER: 1: 06CV01081 (ESH)

Library of Congress, et al.

### AFFIDAVIT OF SERVICE

I, Selwyn G. Darbeau, hereby declare that on the __17th__ of __June__ 2006, I mailed a copy of the summons and completed, certified mail return receipt requested, to Ursula Y. Holmes. Attached hereto is the green card acknowledging service.

[Attached certified mail return receipt card addressed to:
Ursula Y. Holmes
Library of Congress
Office of Contracts & Grants
Adams Bldg – LA 325
101 Independence Ave., SE
Washington DC 20540
Signed by Charlyn S. Miller
Rec'd 6/26]

RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Selwyn G. Darbeau
3338 Croffut Place, SE
Washington, DC 20019-2437
(202) 584-0286