UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Selwyn G. Darbeau

              V.              CASE NUMBER: 1: 06CV01081 (ESH)

Library of Congress, et al.

AFFIDAVIT OF SERVICE

I, Selwyn G. Darbeau, hereby declare that on the __16th__ of __June__ 2006, I mailed a copy of the summons and completed, certified mail return receipt requested, to Progressive Technology Federal Systems, Inc. Attached hereto is the green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Progressive Tech. Fed. Sys.<br>4520 East-West Hwy.<br>Suite 510<br>Bethesda, MD 20815 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)   7005 3110 0001 4024 5799 | |
| PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540 | |

Selwyn G. Darbeau
3338 Croffut Place, SE
Washington, DC 20019-2437
(202) 584-0286

RECEIVED
JUL - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT