IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU<br>3338 Croffut Place, S.E.<br>Washington, D.C. 20019-2437<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIBRARY OF CONGRESS<br>101 Independence Ave., S.E.<br>Washington, D.C. 20540<br><br>EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>1800 L Street, N.W.<br>Washington, D.C. 20502<br><br>PROGRESSIVE TECHNOLOGY<br>FEDERAL SYSTEMS<br>4520 East West Highway, Suite 510<br>Bethesda, MD 20815<br><br>URSULA Y. HOLMES<br>Supervisory Contract Specialist<br>Office of Contracts and<br>Grants Management<br>Library of Congress<br>Adams Building - LA 325<br>101 Independence Ave., S.E.<br>Washington, D.C. 20540<br><br>　　　　　Defendants. | Civil Action No. 06-1081 (ESH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the federal defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202)514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

SELWYN G. DARBEAU
3338 Croffut Place, S.E.
Washington, D.C. 20019-2437

on this _____ day of July, 2006.

                                                        _____/s/_____
                                                        CLAIRE WHITAKER, Bar #354530
                                                        Assistant United States Attorney
                                                        555 Fourth Street, N.W.
                                                        Civil Division
                                                        Washington, D.C.  20530
                                                        (202)514-7137