IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIBRARY OF CONGRESS, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 1:06cv01081 <br> Judge Ellen Segal Huvelle <br> (Deck Type: Employment Discrimination) |

**MOTION OF DEFENDANT PROGRESSIVE TECHNOLOGY
FEDERAL SYSTEMS, INC. TO DISMISS PLAINTIFF'S COMPLAINT**

In accordance with Federal Rule of Civil Procedure 12(b)(6), Federal Rule of Civil Procedure 8, and LcvR 7, the defendant, Progressive Technology Federal Systems, Inc. ("PTFS"), by and through its attorneys, JORDAN, COYNE & SAVITS, L.L.P. and Deborah Murrell Whelihan, moves to dismiss the plaintiff's complaint for failure to state a claim upon which relief can be granted against it. As grounds for this Motion, the defendant PTFS states as follows:

1. Although the defendant PTFS recognizes that the plaintiff is pro se and acknowledges that pleadings made under the federal rules need only contain a generalized summary to afford fair notice of the claims contained in the pleading, the plaintiff's allegations fail to comply with the rules and are insufficient to set forth any legitimate claims against the defendant PTFS.

2. The plaintiff's claim, sounding in defamation, is fatally deficient because of its lack of particularity.

3. This Honorable Court is referred to the accompanying Memorandum of Points

and Authorities in support of this Motion.

WHEREFORE, based upon the grounds set forth above and in its Memorandum of Points and Authorities, the defendant, Progressive Technology Federal Systems, Inc., requests that the Complaint be dismissed <u>with</u> <u>prejudice</u>.

        Respectfully submitted,

        JORDAN, COYNE & SAVITS, L.L.P.

        By:_____/s/_____
           Deborah Murrell Whelihan #412454
           1100 Connecticut Avenue, N.W.
           Suite 600
           Washington, D.C.  20036
           (202) 296-4747

        Attorneys for Defendant Progressive Technology Federal Systems, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a true copies of the foregoing Motion of Defendant Progressive Technology Federal Systems, Inc. to Dismiss Plaintiff's Complaint, accompanying Memorandum of Points and Authorities, and proposed Order were mailed, postage prepaid, this <u>3rd</u> day of August, 2006, to:

> Mr. Selwyn G. Darbeau
> 3338 Croffut Place, S.E.
> Washington, D.C. 20019-2437;
>
> Library of Congress
> 101 Independence Avenue, SE
> Washington, D.C. 20540;
>
> Equal Employment Opportunity Commission
> 1800 L Street, N.W.
> Washington, D.C. 20005; and
>
> Ms. Ursula Y. Holmes
> Library of Congress
> 101 Independence Avenue, SE
> Adams Building - LA 325
> Washington, D.C. 20540;

                                           /s/
                                    Deborah Murrell Whelihan