IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIBRARY OF CONGRESS, <u>et</u> <u>al.</u>, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 1:06cv01081 <br> Judge Ellen Segal Huvelle <br> (Deck Type: Employment Discrimination) |

### ORDER

Upon consideration of the Motion of Defendant Progressive Technology Federal Systems, Inc. to Dismiss Plaintiff's Complaint, Any Opposition thereto, and after review of the record, it is this _____ day of _____, 2006,

ORDERED, Motion of Defendant Progressive Technology Federal Systems, Inc. to Dismiss Plaintiff's Complaint is GRANTED; and it is further,

ORDERED, that the Defendant, Progressive Technology Federal Systems, Inc., is dismissed from this action.

_____
Ellen Segal Huvelle,
United States Disctrict Court Judge

Copies To:
Deborah Murrell Whelihan
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C. 20036

Mr. Selwyn G. Darbeau
3338 Croffut Place, S.E.
Washington, D.C. 20019-2437;

Library of Congress
101 Independence Avenue, SE
Washington, D.C. 20540;

Equal Employment Opportunity Commission
1800 L Street, N.W.
Washington, D.C. 20005; and

Ms. Ursula Y. Holmes
Library of Congress
101 Independence Avenue, SE
Adams Building - LA 325
Washington, D.C. 20540;