UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SELWYN G. DARBEAU                   )
                                    )
       Plaintiff,                   )
                                    )
v.                                  )   Civil Action No. 06-1081 (ESH)
                                    )
LIBRARY OF CONGRESS, et al.,        )
                                    )
       Defendants.                  )
                                    )
_____)

CONSENT MOTION TO EXTEND

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants Library of Congress and Equal Employment Opportunity Commission move this Court for an extension of time to and including August 28, 2006, to answer or otherwise respond to the allegations in this complaint directed at these two federal agencies. Federal defendants' answer is due on August 21, 2006. Plaintiff has graciously consented to this request for additional time to respond to the complaint.

Preliminary review of the allegations against the two federal agencies and discussions between the respective agency counsel and undersigned counsel primarily assigned to the case have lead the federal defendants to the conclusion that a dispositive motion, in lieu of an answer, may be the most appropriate course of action for the federal defendants. To that end, drafts outlining the arguments for each agency have been prepared. However, these drafts have not been prepared in final form and cannot be finalized without additional research and drafting. It is anticipated that one additional week will be necessary in order to complete the research, determine what supporting documents are needed, and prepare the motion(s) in final form for filing with the Court. Accordingly, federal defendants respectfully requests an extension of time, to and including August 28, 2006, to respond to the allegations in plaintiff's complaint.

A proposed order is attached.

                                        Respectfully submitted,

                                        /s/
                                      KENNETH L. WAINSTEIN , D.C. Bar # 451058
                                      United States Attorney

                                        /s/
                                      RUDOLPH.CONTRERAS, D.C. Bar # 434122
                                      Assistant United States Attorney

                                        /s/
                                      CLAIRE WHITAKER, D.C. Bar # 354530
                                      Assistant United States Attorney
                                      United States Attorneys Office
                                      Civil Division
                                      555 4th Street, N.W., Room E-4204
                                      Washington, D.C. 20530
                                      (202) 514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing consent motion to extend time to answer was served by First-Class mail, postage prepaid to:

SELWYN G. DARBEAU
3338 Croffut Place, S.E.
Washington, D.C. 20019-2437

on this 21st day of August, 2006.

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202)514-7137

3