UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SELWYN G. DARBEAU                   )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 06-1081 (ESH)
                                    )
LIBRARY OF CONGRESS, et al.,        )
                                    )
            Defendants.             )
                                    )
_____)

ORDER

Upon consideration of defendant's consent motion to extend the time to file an answer or dispositive motion, the opposition, if any, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's answer or dispositive motion is due on August 28, 2006.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Copies to:

SELWYN G. DARBEAU
3338 Croffut Place, S.E.
Washington, D.C. 20019-2437

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530