UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU<br><br>Plaintiff,<br><br>v.<br><br>LIBRARY OF CONGRESS, ET AL,<br><br>Defendants. | <br><br><br><br><br><br><br><br>CIVIL ACTION NO.: 06-1081 (ESH) |

## **ORDER**

Upon consideration of the motion to dismiss filed on behalf of federal defendant Equal Employment Opportunity Commission, the opposition and reply thereto, and after review of the entire record, it is this _____ day of _____, 2006

ORDERED that plaintiff's complaint as to defendant EEOC is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

OF COUNSEL:

SELWYN G. DARBEAU
3338 Croffut Place, SE
Washington, DC  20019-2437

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530