UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBRARY OF CONGRESS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-1081 (ESH) |

CONSENT MOTION TO EXTEND

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant Library of Congress ("LOC") moves this Court for an extension of time to and including September 6, 2006, to answer or otherwise respond to the allegations in this complaint directed toward the LOC. This is extension is also on behalf of Ursula Y. Holmes, a LOC employee who has been named as a defendant in her official capacity as an employee of the Library. A dispositive motion has been filed this date in response to the allegations against the other federal defendant, the Equal Employment Opportunity Commission. Federal defendants' answer is due on August 28, 2006. Plaintiff has consented to this request for additional time to respond to the complaint.

Undersigned counsel needs additional time to review the Report of Investigation of the LOC before an answer or dispositive motion may be finalized. Although a draft motion outlining the arguments for dismissal has been prepared, counsel must review the record in the case before finalizing defendant LOC's response. In light of the Labor Day holiday, defendant is requesting to and including September 6, 2006, to complete review of the record, research any additional issues that are uncovered and prepare an answer or dispositve motion for filing with the Court. Accordingly, federal defendant LOC respectfully requests an extension of time, to

and including September 6, 2006, to respond to the allegations against this federal defendant.

A proposed order is attached.

                                                Respectfully submitted,

                                                /s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

                                                /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                                /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing consent motion to extend time to answer was served by First-Class mail, postage prepaid to:

SELWYN G. DARBEAU
3338 Croffut Place, S.E.
Washington, D.C. 20019-2437

on this 28st day of August, 2006.

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202)514-7137