UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SELWYN G. DARBEAU                       )
                                        )
            Plaintiff,                  )
                                        )
     v.                                 )   Civil Action No. 06-1081 (ESH)
                                        )
LIBRARY OF CONGRESS, et al.,            )
                                        )
            Defendants.                 )
                                        )
_____)

ORDER

Upon consideration of federal defendant's consent motion on behalf of the Library of Congress ("LOC") to extend the time to file the LOC's answer or dispositive motion, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Federal Defendant's answer or dispositive motion is due on September 6, 2006.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Copies to:

SELWYN G. DARBEAU
3338 Croffut Place, S.E.
Washington, D.C. 20019-2437

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530