UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Selwyn G. Darbeau )
)
*Plaintiff* )
)
Vs. )   Civil Action No.: 06-01081 (ESH)
)
Library of Congress, et al., )
)
*Defendants* )
)

### PLAINTIFF'S MOTION FOR CONTINUANCE

Pursuant to order of this Court promulgated 3 August 2006, plaintiff, Selwyn G. Darbeau, moves the Court for an order enlarging the time within which to oppose the motions to dismiss or otherwise move until thirty (30) days after completion of discovery.

### GROUNDS FOR CONTINUANCE

- Counsel for PTFS has not served copies of the pleadings on plaintiff as proscribed by LCv.R 5.4(e) (3).

### RELIEF SOUGHT

- Discovery – See, Conley V. Gibson, 355 US 41, at 46-48 (1957) and thirty (30) days within which to filing opposition or otherwise move.

For the following reasons the motion for extension of time should be granted.

Respectfully Submitted,

*[signature]*

Selwyn G. Darbeau, Pro se
3338 Croffut Place, SE
Washington, DC 20019-2437

RECEIVED
AUG 3 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Continuance has been mailed first class postage prepaid on 31 August 2006, to the following:

JORDAN, COYNE & SAVITS, L.L.P.
Deborah Murrell Whelihan #412454
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Claire M. Whitaker
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816