IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU,<br><br>　　Plaintiff,<br><br>v.<br><br>LIBRARY OF CONGRESS, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)　Civil Action No.: 06-1081(ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that true copies of the Answer of Defendant Progressive Technology Federal Systems, Inc. To Plaintiff's Complaint and of the Motion of Defendant To Dismiss Plaintiff's Complaint, accompanying Memorandum of Points and Authorities, and proposed order were re-mailed, postage prepaid, on this 1st day of September, 2006, to:

>Mr. Selwyn G. Darbeau
>3338 Croffut Place, S.E.
>Washington, D.C.  20019-2437; and

>Kenneth L. Wainstein, Esquire
>Rudolph Contreras, Esquire
>Claire Whitaker, Attorney-at-Law
>United States Attorneys Office
>Civil Division
>555 4th Street, N.W.
>Room E-4204
>Washington, D.C.  20530

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Deborah Murrell Whelihan

**EXHIBIT A**