IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SELWYN G. DARBEAU,                      )
                                        )
        Plaintiff,                      )
                                        )        Civil Action No.:  06-1081(ESH)
v.                                      )
                                        )
LIBRARY OF CONGRESS, et al.,            )
                                        )
        Defendants.                     )
                                        )
                                        )

## ORDER

Upon consideration of the Plaintiff's Motion For Continuance and the Defendant

Progressive Technology Federal Systems, Inc.'s Partial Opposition to Plaintiff's Motion For

Continuance, and after review of the record, it is this _____day of _____, 2006,

ORDERED, Plaintiff's Motion For Continuance is Denied in part; and it is further,

ORDERED, that the Plaintiff shall have until October 2, 2006 to respond to the Motion

To Dismiss of the Defendant, Progressive Technology Federal Systems, Inc.

_____
Ellen Segal Huvelle,
United States Disctrict Court Judge

Copies To:

Deborah Murrell Whelihan
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C.  20036

Mr. Selwyn G. Darbeau
3338 Croffut Place, S.E.
Washington, D.C.  20019-2437; and

Kenneth L. Wainstein, Esquire
Rudolph Contreras, Esquire
Claire Whitaker, Attorney-at-Law
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Room E-4204
Washington, D.C.  20530