UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN DARBEAU, )<br>)<br>Plaintiff; )<br>)<br>v. )<br>)<br>LIBRARY OF CONGRESS; EQUAL )<br>EMPLOYMENT OPPORTUNITY )<br>COMMISSION; PROGRESSIVE )<br>TECHNOLOGY FEDERAL SYSTEMS; )<br>& URSULA HOLMES, )<br>)<br>Defendant(s). )<br>_____) | Civil Action No. 1:06CV01081 (ESH) |

## ANSWER OF LIBRARY OF CONGRESS AND URSULA HOLMES

On behalf of the Library of Congress ("LOC") and Ursula Holmes, an employee of the LOC, sued in her official capacity, undersigned counsel submits the following answers to the averments in the complaint in this case.

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff has failed to exhaust his administrative remedies.

### THIRD DEFENSE

Answering the numbered and unnumbered paragraphs of the complaint, federal

defendants state as follows:

I.

PARTIES:

(a)  Federal defendants admit only that plaintiff worked as a contract employee of Progressive Technology Federal System ("PTFS") during the relevant period of this complaint and that while plaintiff was an employee of PTFS, plaintiff was assigned to work in the Contracts office of the LOC. Federal defendants deny the remainder of this paragraph.

(b)     Admit.

(c)     The averments of this paragraph are conclusions of law to which no response is necessary, but to the extent that one is required, deny.

(d)     Federal defendants lack sufficient information to admit or deny the averments in paragraph I.(d). To the extent that an answer is required, deny.

(e)     Federal defendants admit only that Ursula Y. Holmes is a Supervisory Contract Specialist at the Library of Congress and works in the Office of Contracts and Grants Management. Deny the remainder of paragraph I.(e).

II.

JURISDICTION

(a) - (d). Paragraphs II(a) - (d) consist of plaintiff's averments of jurisdiction. As these averments are conclusion of law, no response is required. To the extent that a response is required, deny.

III.

ACTIONS:

(a) - (e)   With respect to lettered paragraphs (a) through (e), federal defendants admit only that Ms. Holmes communicated with PTFS discussing plaintiff's performance.  Federal defendants are without sufficient information to admit or deny the accuracy and verbiage of the quotes which plaintiff attributes to Ms. Holmes.

With respect to the four (4) bulleted items under III.(e), the first and second items are denied.  With respect to the third bulleted item, federal defendants lack sufficient information to admit or deny the averments therein, but to the extent that a response is deemed necessary, deny.  The fourth bulleted item is plaintiff's characterization of his qualifications to which no response is necessary, but to the extent that a response is deemed required, deny.

IV.

EQUITABLE BILL OF DISCOVERY:

Section IV of the complaint appears to be a demand for discovery and not an averment of fact.  Accordingly, no response is necessary.  To the extent that a response is required, deny.

V.

(a) - (b)   Paragraphs V.(a) and (b) are conclusions of law to which no response is necessary.  To the extent that a response is required, deny.

(c)   Federal defendants lack sufficient information to admit or deny this paragraph.

(d) - (e)   Paragraphs V.(d) and (e) are conclusions of law to which no response is necessary, but to the extent that a response is required, deny.

WHEREFORE CLAUSE:

The remainder of the complaint consists of plaintiff's prayer for relief to which no response is necessary, but to the extent one may be deemed required, deny that plaintiff is entitled to any relief whatsoever. Federal defendants further aver that any compensatory damages award would be subject to and limited by 42 U.S.C. § 1981a, that punitive damages are not available against the United States government and that no response is required to plaintiff's demand for a jury trial. To the extent a response is deemed required to any averment of the WHEREFORE Clause, deny.

In addition, federal defendants deny each and every allegation of the complaint that is not specifically admitted herein.

Having fully answered, federal defendants respectfully request that this action be dismissed with prejudice and that defendants be granted such other relief as the Court deems appropriate.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:
CHARLES TETREAULT
Assistant General Counsel

Library of Congress

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing answer was served by First-Class mail, postage prepaid to:

SELWYN G. DARBEAU
3338 Croffut Place, S.E.
Washington, D.C. 20019-2437

on this 5th day of September, 2006.

                                              _____/s/_____
                                              CLAIRE WHITAKER, Bar #354530
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.
                                              Civil Division
                                              Washington, D.C.  20530
                                              (202)514-7137