UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**SELWYN G. DARBEAU,**              )
                                    )
        **Plaintiff,**        )
                                    )
    v.                            )   Civil Action No. 06-1081 (ESH)
                                    )
**LIBRARY OF CONGRESS,** *et al.*,  )
                                    )
        **Defendants.**       )
_____ )

## ORDER

Defendants Progressive Technology Federal Systems, Inc. and Equal Employment Opportunity Commission have filed motions to dismiss the complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff is proceeding *pro se* in this case and, having previously been advised to respond to Progressive Technology Federal Systems' motion by September 5, 2006, has moved for an enlargement of time to respond to both motions.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendants' motions to dismiss no later than October 6, 2006. If plaintiff does not respond by that date, the Court may treat the motions as conceded and dismiss plaintiff's complaint against defendants.

**FURTHER ORDERED** that plaintiff's Motion for Continuance [12] is accordingly **GRANTED IN PART**. Plaintiff's request to delay filing of his opposition until thirty days after the completion of discovery is **DENIED**. There shall be no further extensions.

    **SO ORDERED**.

                                                    s/
                                 ELLEN SEGAL HUVELLE
                                 United States District Judge

DATE: September 6, 2006