UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Selwyn G. Darbeau ) <br> ) <br> *Plaintiff* ) <br> ) <br> Vs. ) <br> ) <br> Library of Congress, et al., ) <br> ) <br> *Defendants* ) <br> ) | Civil Action No.: 06-01081 (ESH) |

PLAINTIFF'S OPPOSITION TO P.T.F.S's MOTION TO DISMISS

Pursuant to order of this Court promulgated 6 September 2006, granting extension of time within which to oppose PTFS 12(b) (6) motion, but denying leave for statutory discovery to plaintiff to do so.

I

PTFS asserts that the Complaint is legally insufficient because:
- The plaintiff's claim, sounding in defamation is fatally deficient because of it's lack of particularity, and
- The plaintiff's allegations fail to comply with the rules, and are insufficient to set forth any legitimate claims against defendant PTFS.

II

The claims against PTFS are for violation of employment-at-will agreement. See, *Sorrells v. Garfinckel's, et. al., 565 A.2d 285 (D.C. App.1989).*

RECEIVED

SEP 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### III

The complaints, original and amended, were filed in conformance with "accepted rules" of pleading, prescribed by the Supreme Court in, ***Conley v. Gibson, 355 US 41, at 46.***

### IV

Research Reference:

"All About Motions to Dismiss" by Edna Sussman 17 (2) The Practical Litigator 17, at 18 (March 2006).

### CONCLUSION

For the foregoing reasons PTFS's Motion to Dismiss should be denied.

Respectfully Submitted,

Selwyn G. Darbeau, Pro se
3338 Croffut Place, SE
Washington, DC 20019-2437

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of Plaintiff's Opposition to PTFS Motion to Dismiss has been mailed first class postage prepaid on _Sept 14_ 2006, to the following:

JORDAN, COYNE & SAVITS, L.L.P.
Deborah Murrell Whelihan #412454
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Claire M. Whitaker
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816