UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
SELWYN G. DARBEAU                               )
                                                )
                          Plaintiff,            )
                                                )
         v.                                     )        Civil Action No. 06-1081 (ESH)
                                                )
LIBRARY OF CONGRESS, et al.,                    )
                                                )
                          Defendants.           )
                                                )
_____)

DEFENDANT EEOC'S STATEMENT IN REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT EEOC'S MOTION TO DISMISS

As plaintiff has failed in his opposition (R. 17) to address any of the arguments set forth

in defendant Equal Employment Opportunity Commission's motion to dismiss ( R. 10),

notwithstanding the Court's cautionary instructions,[1] defendant relies on its motion to dismiss

without further argument.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONFRERES, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney

_____

[1]Although the Court did not enter a separate Fox v. Strickland order after defendant EEOC
filed its motion to dismiss, it did file one after defendant Progressive Technology Federal Systems,
Inc., filed its motion to dismiss. See R. 7.  Thus, plaintiff was alerted to its obligations to respond
to a dispositive motion or suffer possible dismissal for failing to properly oppose.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing consent motion to extend time to answer was

served by First-Class mail, postage prepaid to:

SELWYN G. DARBEAU
3338 Craft Place, SE
Washington, D.C. 20019-2437

on this 2nd day of October, 2006.


_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, NW
Civil Division
Washington, D.C.  20530
(202)514-7137