UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBRARY OF CONGRESS, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 06-CV-1081 (ESH) |

## ORDER

Before the Court is defendant Progressive Technology Federal Systems' (PTFS) motion to dismiss for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). PTFS attacks plaintiff's complaint as if it were "sounding in defamation." (Def.'s Mot. at 1.) PTFS fails to recognize that plaintiff does not allege defamation, but has amended his complaint, as he was entitled to do under Federal Rule 15, to allege a breach of an at-will employment agreement. (Pl.'s Opp'n at 1; Am. Compl. at 4, 5-6.)

Because PTFS' motion fails to address plaintiff's current claim, defendant's motion to dismiss [Dkt. #5] is hereby **DENIED**.

s/<br>
ELLEN SEGAL HUVELLE<br>
United States District Judge

DATE:   October 3, 2006