# CUNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Selwyn G. Darbeau ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| Vs. ) | Civil Action No.: 06-01081 (ESH) |
| ) | |
| Library of Congress, et al., ) | |
| ) | |
| *Defendants* ) | |
| ) | |

## REPORT OF INITIAL SCHEDULING CONFERENCE[1]

Pursuant to Order of this Court, promulgated 03 October 2006, the parties convened and accomplished nothing.

Further, plaintiff sayeth not.

Respectfully Submitted,

Selwyn G. Darbeau, Pro se
3338 Croffut Place, SE
Washington, DC 20019-2437



RECEIVED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

[1] "A preliminary analysis of the 2000 amendments to the Federal Rules of Civil Procedure and Evidence" by Gregory P. Joseph ( 12 (1) The Practical Litigator 7 (Jan. 2001).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion for relief from order of dismissal of a non-party ("EEOC") has been mailed first class postage prepaid on 23 Oct 2006, to the following:

JORDAN, COYNE & SAVITS, L.L.P.
Deborah Murrell Whelihan #412454
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Claire M. Whitaker
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816

Respectfully Submitted,

*[signature]*

Selwyn G. Darbeau, Pro se
3338 Croffut Place, SE
Washington, DC 20019-2437