UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIBRARY OF CONGRESS, et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No. 06-1081 (ESH)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendant moves this Court, with the consent of plaintiff and defendant Progressive Technology Federal Systems, for a rescheduling of the November 17, 2006, Initial Scheduling Conference in this case for a time and date during the first week of December.

The reasons for this motion are set forth as follows:  This matter was originally scheduled for November 7, 2006, at 1:45 pm.  The Court, sua sponte, rescheduled the scheduling conference for November 17, 2006, at 10:00 a.m.  Undersigned counsel primarily assigned to the case will be out of town (in California) commencing on November 15, 2006, and returning on November 28, 2006.  Accordingly, defendant requests, with the concurrence of the other parties in this case, to reschedule the Initial Scheduling Conference for another date and time during the first week of December 2006.

As noted above, the other parties to this case have consented to this request.  A proposed order is attached.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR , D.C. Bar # 498610
　　　　　　　　　　　　　　　　　　　　United States Attorney

                                                                    /s/
                                  RUDOLPH CONTRERAS, D.C. Bar # 434122
                                  Assistant United States Attorney

                                                    /s/
                                  CLAIRE WHITAKER, D.C. Bar # 354530
                                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing consent motion was served by First-Class mail, postage prepaid to:

SELWYN G. DARBEAU
3338 Croffut Place, S.E.
Washington, D.C. 20019-2437

and served on the other defendant by e-filing, this 6th day of November, 2006.

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202)514-7137