UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1081 (ESH) |
| ) | |
| LIBRARY OF CONGRESS, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of federal defendant's consent motion to reschedule the status conference set for November 17, 2006, and for good cause shown, it is this _____ of _____, 2006

ORDERED, that said motion is granted. The initial scheduling conference is rescheduled for _____.

_____
UNITED STATES DISTRICT JUDGE