**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RECEIVED**
NOV 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **Selwyn G. Darbeau** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| Vs. ) | Civil Action No.: 06-01081 (ESH) |
| ) | |
| **Library of Congress, et al.** ) | |
| ) | |
| *Defendants* ) | |

### AMENDED REPORT OF INITIAL SCHEDULING CONFERENCE

I

Progressive Technology Federal Systems remains silent.

II

As a result of telephonic and electronic communications between the plaintiff and counsel for the Federal Defendants, 31 October 2006, the parties stipulate:

- The parties agree that this matter should not be assigned to a Magistrate Judge;
- The parties agree that mediation or alternative dispute resolution would not be appropriate at this time;
- The parties do not believe that a trial will be necessary, but if a pretrial conference is set, the parties would suggest that it be set 30 days after the close of discovery and/or after any pending dispositive motions filed after discovery closes; and
- The parties agree that trial should be set at the pretrial conference.

Respectfully Submitted,

*/s/ Selwyn G. Darbeau*
Selwyn G. Darbeau, Pro se
3338 Croffut Place, SE
Washington, DC 20019-2437

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Amended Report of Initial Scheduling Conference has been mailed first class postage prepaid on _7 Nov_ 2006, to the following:

JORDAN, COYNE & SAVITS, L.L.P.
Deborah Murrell Whelihan #412454
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Claire M. Whitaker
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816

Respectfully Submitted,

Selwyn G. Darbeau, Pro se
3338 Croffut Place, SE
Washington, DC 20019-2437