IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 06-1081(ESH) |
| v. ) | |
| ) | |
| LIBRARY OF CONGRESS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PROPOSED SCHEDULING ORDER

This matter having come before this Court for an initial Status and Scheduling Conference, and the Court having considered the Defendants' Joint Report to the Court submitted by counsel as well as the papers submitted by the Plaintiff, it is hereby ORDERED that the parties will comply with the following schedule:

(1) That the Deadline for parties to make their Rule 26(a)(1) Disclosures shall be December 29, 2006;

(2) That the Deadline for First Set of Interrogatories and Document Requests shall be January 31, 2007;

(3) That the Deadline for Plaintiff to file his Expert Report and Designation shall be January 31, 2007;

(4) That the Deadline for Defendants to file their Expert Report and Designation shall be February 28, 2007;

(5)     That the Deadline for Close of Discovery and filing of the Joint Report as to whether either party intends to file for summary judgment shall be April 2, 2007;

(6)     That the Deadline for Filing of Dispositive Motions shall be May 1, 2007;

(7)     That the Deadline for Filing of Oppositions to Dispositive Motions, if any Party files for summary judgment shall be May 18, 2007;

(8)     That the Deadline for Filing of Replies in Support of Dispositive Motions, if any party files for summary judgment shall be May 30, 2007;

(9)     That the Pre-Trial Conference date shall be scheduled for thirty (30) days after the Court's decision on any dispositive motions, if necessary.

 

_____
Ellen S. Huvelle
UNITED STATES DISTRICT JUDGE

Copies To:

Deborah Murrell Whelihan, Attorney-at-Law
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W., Suite 600
Washington, DC 20036

Attorneys for Defendant Progressive
  Technology Federal Systems;

Jeffrey A. Taylor, Esquire
Rudolph Confreres, Esquire
Claire Whitaker, Attorney-at-Law
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, DC 20530

Attorneys for Defendants Equal
  Employment Opportunity Commission,

   Library of Congress, and Ursula Y. Holmes; and
Selwyn G. Darbeau
3338 Croffut Place, S.E.
Washington, DC 20019

Plaintiff, *pro se*.