UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Selwyn G. Darbeau    )<br>)<br>*Plaintiff*    )<br>)<br>Vs.    )<br>)<br>Library of Congress, et al.,  )<br>)<br>*Defendants*   )<br>_____) | Civil Action No.: 06-01081 (ESH) |

### MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE

Plaintiff respectfully request postponement of the scheduling conference set for December 12, 2006.

Plaintiff is in the process of retaining counsel; however, counsel cannot schedule an appointment with plaintiff until after the Christmas holidays. Further, plaintiff was unable to retain counsel sooner, due to lack of funds.

Plaintiff expects to receive funds, not before January 2007, which will enable him to retain counsel. Therefore, in order to allow counsel sufficient time to review the case and prepare for the scheduling conference, plaintiff respectfully request that the scheduling conference be set for January, 2007.

For the aforementioned reasons the motion for extension of time should be granted.

Respectfully Submitted,

*/s/ Darbeau*

Selwyn G. Darbeau, Pro se
3338 Croffut Place, SE
Washington, DC 20019-2437

**RECEIVED**

DEC - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion for Continuance has been mailed first class postage prepaid on ~~21 August~~ 2006, to the following:

8 Dec

JORDAN, COYNE & SAVITS, L.L.P.
Deborah Murrell Whelihan #412454
1100 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Claire M. Whitaker
UNITED STATES ATTORNEY'S OFFICE
555 4th Street, NW
Suite E-4204
Washington, DC 20816

*[signature]*