UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELWYN G. DARBEAU | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01081 |
| | ) | (ESH) |
| LIBRARY OF CONGRESS, *et al.* | ) | |
| Defendants | ) | |
| _____ | ) | |

## PRAECIPE

THE CLERK will please enter the appearance of undersigned counsel on behalf of plaintiff Selwyn G. Darbeau.

Respectfully submitted,

  January 2, 2007  
Dated

*John F. Pressley, Jr.*
John F. Pressley, Jr., #379716
7600 Georgia Avenue. N.W., Suite 412
Washington. D.C. 20012
(202)723-8800
(202)723-8801(Fax)
Jfpressley@cs.com
*Attorney for Plaintiff*