UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU )<br>      Plaintiff )<br>)<br>v. )<br>)<br>PROGRESSIVE TECHNOLOGY )<br>FEDERAL SYSTEMS, INC. )<br>      Defendant )<br>_____) | Civil Action No. 06-01081<br>(ESH) |

<u>SECOND AMENDED COMPLAINT</u>

COMES NOW, Plaintiff, Selwyn Darbeau, by and through his attorney, John F. Pressley, Jr., Esq., and for his complaint against the defendant herein, alleges as follows:

I. INTRODUCTION

1. This cause of action is brought by plaintiff Selwyn Darbeau seeking relief for discriminatory employment practices which violate the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 *et seq.*, (Pub. L. 90-202), as amended by the Older Workers Benefit Protection Act (Pub. L. 101-433) and section 115 of the Civil Rights Act of 1991 (Pub. L. 102-166).

II. JURISDICTION

2. (a) Jurisdiction of this court is based upon 28 U.S.C § 1331 (federal question jurisdiction), 28 U.S.C § 1332 (diversity jurisdiction) and 28 U.S.C § 1343 (civil rights). (b) An age discrimination charge was timely filed with the Equal Employment Opportunity Commission (EEOC). (c) This action was originally filed within ninety (90) days of receiving a right to sue letter from the EEOC. (d) The matter in controversy exceeds the sum or value of Ten Thousand Dollars ($75,000) exclusive of interest and

costs.

## III. THE PARTIES

3. The plaintiff, Selwyn Darbeau, a sixty (60) year old male, who at all times relevant to the allegations of the Complaint was a resident of the District of Columbia.

4. Defendant Progressive Technology Federal Systems, Inc. (PTFS) is a Maryland business corporation which at all time relevant to the complaint was engaged in the business of providing services to various government agencies on a contract basis.

## III. STATEMENT OF FACTS

5. Plaintiff was originally employed by Jordan and Howard, private company which contracted with the federal government to provide various services for government agencies.

6. Plaintiff was assigned to the Library of Congress (LOC) and performed various financial services relating to LOC purchasing and bill payment.

7. Plaintiff's performance while employed with Jordan and Howard at the Library of Congress site had always been exemplary.

8. In September of 2005, defendant PTFS took over the contract from Jordan and Howard and retained the plaintiff in his same position.

9. In October of 2005, Ursula Holmes assumed the position of Supervisory Contract Specialist with the LOC and oversaw the work of the PTFS contract workers, including the plaintiff.

10. Plaintiff continued to perform his duties in an exemplary manner.

11. Ms. Holmes from the time of her assumption of the supervisory position

displayed a preference for younger workers and initiated efforts to have older workers replaced and/or terminated by PTFS.

12. In December of 2005 Ms. Holmes made unfounded allegations against the plaintiff in which she disparaged his work performance and conveyed said allegations to Sheila Hess, plaintiff's supervisor at PTFS.

13. Ms. Hess knew or should have know that the allegations against the plaintiff were false and unfounded and that Ms. Holmes was displaying a preference for younger workers at the expense of older workers.

14. Despite the knowledge by Ms. Hess, she terminated the plaintiff in response to Ms. Holmes' continuing pattern of preferences for younger workers.

15. Plaintiff was subsequently replaced by a less qualified younger worker under the age of forty (40) years old.

16. As a direct result of his treatment by defendant plaintiff has suffered emotional distress, mental anguish and humiliation and loss of pay and benefits.

COUNT I
(Age Discrimination)

17  The plaintiff adopts and incorporates each and every allegation contained in paragraphs 1 - 16 as if fully set forth herein.

18. Plaintiff, a sixty (60) year old male was subjected to disparate treatment by the defendant and wrongfully terminated based on age discrimination which resulted from the preference of defendant's government contractor for younger workers.

14. The termination of plaintiff by defendant pursuant to the preference of

defendant's client for a younger worker was in violation of the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 *et seq.*

PRAYER FOR RELIEF

WHEREFORE, plaintiff Selwyn Darbeau prays that this court:

a. Declare the conduct engaged by the defendant to be in violation of plaintiff's rights;

b. enjoin defendant from engaging in such conduct;

c. award plaintiff equitable relief of back salary and fringe benefits;

d. award plaintiff compensatory damages in the following amounts:

   i. emotional distress, mental anguish, humiliation suffered due to his treatment, $250,000;

   ii. injury to his reputation and good name, $150,000.

e. award plaintiff costs and attorney's fees; and

g. grant such other relief as it may deem just and proper.

Respectfully submitted,

Dated: February 7, 2007

*John F. Pressley, Jr.*
John F. Pressley, Jr., #379716
7600 Georgia Avenue, N.W., Suite 412
Washington, D.C. 20012
(202) 723-8800
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiff Selwyn Darbeau demands a trial by jury on all issues so triable.

                                        *John F. Pressley, Jr.*
                                        John F. Pressley, Jr.