# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-8002**  **September Term, 2006**

06cv01081

Filed On:

Selwyn G. Darbeau,
    Petitioner

v.

Library of Congress, et al.,
    Respondents



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  JAN 2 6 2007

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Garland and Brown, Circuit Judges

### ORDER

Upon consideration of the petition for permission to appeal, it is

**ORDERED** that the petition be denied, because the district court denied petitioner's request to certify the challenged order for interlocutory review, see 28 U.S.C. § 1292(b); Coopers & Lybrand v. Livesay, 437 U.S. 463 (1978) ("[T]he discretionary power to permit an interlocutory appeal is not, in the first instance, vested in the courts of appeals."), and petitioner has not otherwise demonstrated that the challenged order qualifies for immediate appeal. Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no appeal has been allowed, no mandate shall issue.

**Per Curiam**