IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELWYN G. DARBEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.:  06-1081(ESH) |
| v. | ) | |
| | ) | |
| LIBRARY OF CONGRESS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANT PROGRESSIVE TECHNOLOGY FEDERAL SYSTEMS, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

The defendant, Progressive Technology Federal Systems, Inc. ("PTFS"), by and through

its attorneys, JORDAN, COYNE & SAVITS, L.L.P. and Deborah Murrell Whelihan, opposes the

plaintiff's Motion For Leave To Amend Complaint and opposes leave being given to allow the

plaintiff to file his Second Amended Complaint.  As grounds therefore, the defendant PTFS

respectfully refers this Honorable Court to its Memorandum of Reasons and Authorities in

support of its Opposition.

WHEREFORE, the defendant, Progressive Technology Federal Systems, Inc.,

respectfully requests that this Honorable Court deny plaintiff's Motion for Leave To Amend his

Complaint and disallow the filing of the plaintiff's Second Amended Complaint.

Respectfully submitted,

JORDAN, COYNE & SAVITS, L.L.P.


By: /s/ *Deborah Murrell Whelihan*
      Deborah Murrell Whelihan #412454
      1100 Connecticut Avenue, N.W.
      Suite 600
      Washington, D.C.  20036
      (202) 296-4747

      Attorneys for Defendant Progressive Technology Federal Systems, Inc.


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Opposition of Defendant Progressive Technology Federal Systems, Inc. to Plaintiff's Motion for Leave to Amend Complaint, Memorandum of Points and Authorities, and Proposed Order were served on this 21st day of February, 2007 via electronic filing to:

      John F. Pressley, Jr., Esquire
      Suite 412
      7600 Georgia Avenue, NW
      Washington, DC 20012

      Claire Whitaker, Esquire
      Civil Division
      United States Attorney's Office
      555 4th Street, NW
      Room E-4204
      Washington, DC 20816

      /s/ *Deborah Murrell Whelihan*
      Deborah Murrell Whelihan

–2–