JUL-05-2006 11:37 From:P/T/F/S, INC.     3016545789     To:12124533647     P.4/17

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>570-2006-00384 |
|---|---|---|

D.C. Office Of Human Rights — State or local Agency, if any — and EEOC

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Selwyn G. Darbeau | (202) 584-028_ | 03-01-1946 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3338 Croffut Place S.E. | Washington, DC 20019 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PTFS/ at THE LIBRARY OF CONGRESS | 15 - 100 | (301) 654-8088 |

| Street Address | City, State and ZIP Code |
|---|---|
| 101 Independence Avenue, S.E. | Washington, D.C. 20540 |

| DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN<br>☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.) | Earliest: 09-28-2005   Latest: 01-04-2006<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I worked at the Library of Congress for approximately two years. During this time, I had no performance problems whatsoever. On or about late September/October 2005, Ursula Holmes (Black/American), Supervisory Contract Specialist (Library of Congress employee), became my direct supervisor. On December 29, 2005, while I was on vacation, Ms. Holmes sent my employer an email falsely accusing me of not performing my duties and amongst other things of not having "grasped" the use of the electronic system, and of having poor English skills. This email was absolutely false and not only hurt my professional reputation, but caused Progressive Technology Federal Systems to remove me from the Library of Congress site. On January 4, 2006, I learned that I had been removed from the project site effective December 29, 2005. Thereafter, Ms. Holmes replaced my previous position with a younger employee. Lastly, I have a disability which was accommodated by my previous supervisor. Although I reminded Ms. Holmes about my disability, she made no effort to provide an accommodation. Ms. Holmes was only my supervisor for three months before she sent her email. During this time, Ms. Holmes did not discuss any perceived problems with me in any manner. I believe that I was discriminated against because of my age (59) in violation of the Age Discrimination in Employment Act of 1967, as amended, and because of my national origin (West Indian/Caribbean) in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I was discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 17, 2006
Date / Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

DEFENDANT'S EXHIBIT A