IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU,            )<br>                              )<br>     Plaintiff,              )<br>                              )  Civil Action No.:  06-1081(ESH)<br>v.                            )<br>                              )<br>LIBRARY OF CONGRESS, et al.,  )<br>                              )<br>     Defendants.             )<br>                              )<br>_____) | |

**ORDER**

Upon consideration of the Plaintiff's Motion For Leave to Amend Complaint and of the Defendant Progressive Technology Federal Systems, Inc.'s Opposition thereto, and after review of the record, it is this _____ day of _____, 2007,

ORDERED, Plaintiff's Motion For Leave to Amend is DENIED.

_____
Ellen Segal Huvelle,
United States District Court Judge

Copies To:

Deborah Murrell Whelihan, Esquire
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Washington, D.C.  20036

John F. Pressley, Jr., Esquire
Suite 412
7600 Georgia Avenue, NW
Washington, DC 20012; and

Claire Whitaker, Esquire
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Room E-4204
Washington, D.C.  20530