IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.:  06-01081 (AK) |
| v. | ) |
| | ) |
| PROGRESSIVE TECHNOLOGY | ) |
| FEDERAL SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT PTFS' RULE 26(a)(1) DISCLOSURES STATEMENT**

In accordance with Federal Rule of Civil Procedure 26(a)(1), the defendant, Progressive

Technology Federal Systems, Inc. ("PTFS"), by and through its attorneys, JORDAN, COYNE &

SAVITS, L.L.P. and Deborah Murrell Whelihan, provides its Rule 26(a)(1) Initial disclosures

and states as follows:

    **I.    Individuals likely to or who may have discoverable information that the
disclosing party may use to support its claims or defenses include:**

    **A.    Supervisory employees of PTFS who were involved in the management of the
contract between PTFS and the Library of Congress:**

    1.    Ms. Sheila Hess
    Director, Professional Services Division
    Progressive Technology Federal Systems, Inc.
    6400 Goldsboro Road
    Suite 200
    Bethesda, Maryland 20817;

    2.    Mr. Antonio Cintron
    Director of Accounting and Contracts
    Progressive Technology Federal Systems, Inc.
    6400 Goldsboro Road
    Suite 200
    Bethesda, Maryland 20817;

**B.     PTFS' employee with knowledge of its employee policies:**

    3.     Ms. Anne Thomas
           Human Resources Manager and Facility Security Officer
           Progressive Technology Federal Systems, Inc.
           6400 Goldsboro Road
           Suite 200
           Bethesda, Maryland 20817;

**C.     Supervisory employees of the Library of Congress:**

    4.     Ms. Ursala Y. Holmes
           Library of Congress
           101 Independence Avenue, SE
           Adams Building - LA 325
           Washington, D.C.  20540;

    5.     Mr. Christopher W. Hansen
           Library of Congress
           101 Independence Avenue, SE
           Adams Building - LA 325
           Washington, D.C.  20540;

    6.     Jackie R. Johnson, Jr.,
           Library of Congress
           101 Independence Avenue, SE
           Adams Building - LA 325
           Washington, D.C.  20540

**D.     PTFS employees who were employed at the Library of Congress when the plaintiff was employed:**

    7.     Ms. Tilya Cherry, Administrative Assistant II,
           (3/29/2004-10/31/2006)
           1233 N. Scott Street, #206
           Arlington, Virginia 22209
           (571) 970-4735;

    8.     Ms. Chelsea Baker, Millenium Technician
           (10/12/2004- 3/30/2006)
           1019 Mondrian Terrace
           Silver Spring, MD 20940
           (301) 395-7693;

9.    Mr. Rene Servin, Contracts & Accounting Clerk
(5/2/2005-10/2/2006)
610 East Capitol Street, NE # G-3
Washington, DC 20003
(210) 667-0312;

10.    Ms. Verna Tubman, Contract Specialist Trainee
(9/8/2005-present)
45649 Jillian Court
Great Mills, MD 20634
(301) 737-1883;

11.    Kendrell Wingfield, Administrative Assistant
(10/11/2005-1/27/2006)
2331 Park Place SE
Washington, DC 20020
(202) 581-5429;

**E.    PTFS employees who were employed at the Library of Congress after the plaintiff was terminated:**

12.    Mr. Kelly Green, Contract Specialist
(1/18/2006-10/20/2006)
1148 Kennebec Street # T-1
Oxon Hill, MD 20745
(301) 749-8540;

13.    Ms. Charlyn Smith-Miller, Entry Level Trainee Contract Specialist
(2/6/2006-present)
1011 Wigan Drive
Clinton, MD 20735
(301) 932-4070;

14.    Mrs. Tamara Williams, Contract Specialist
(1/30/2006-8/4/2006)
2024 Jackson Street NE
Washington, DC 20018
(202) 269-3192;

15.    Ms. Latrina Wright, Contract Specialist
(4/24/2006-present)
3027 Heathcote Road
Waldorf, MD 20602
(301) 885-1698;

16.    Ms. Latalya Palmer-Lewis, Contract Specialist
(8/28/2006-present)
5912 Cherrywood Terrace #204
Greenbelt, MD 20770
(301) 345-0095;

17.    Mr. Mark Shuler, Contract Specialist
(10/23/2006-12/22/2006)
7136 Waldorf Ave.
Pennsauken, NJ 08110; and

18.    Ms. Brittany Wilkerson, Administrative Assistant I
(10/24/2006-1/26/2007)
4660 Martin Luther King Jr. Avenue, SW Apt. A105
Washington, DC 20032
(202) 422-4967;

These disclosures are based upon information now reasonably available to the defendant. Accordingly, the defendant reserves the right to supplement these disclosures and to amend these disclosures in the event that other persons are identified through investigation of this matter or discovery.

**II.    Description by Category of Supporting Documents In the Possession of the Defendant which the Defendant may use to support its defenses:**

1.    the plaintiff's personnel file;

2.    PTFS Employee Handbook;

3.    Contractual documents between PTFS and the Library of Congress; and

4.    EEOC documents regarding to plaintiff's charge of discrimination.

These disclosures ares based upon information now reasonably available to the defendant. Accordingly, the defendant reserves the right to supplement these disclosures and to amend these disclosures in the event that other documents are identified through its investigation of this matter or discovery.

(D)    Insurance:

A copy of the applicable insurance policy issued by ACE Insurance Company to the

defendant will be made available to the plaintiff for inspection and copying.

Respectfully submitted,

JORDAN, COYNE & SAVITS, L.L.P.

By: /s/  *Deborah Murrell Whelihan*
    Deborah Murrell Whelihan #412454
    1100 Connecticut Avenue, N.W.
    Suite 600
    Washington, D.C.  20036
    (202) 296-4747

Attorneys for Defendant Progressive Technology Federal Systems, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Defendant PTFS' Rule 26(a)(1)

Disclosures Statement was sent electronically and mailed, postage prepaid, this <u>13th</u> day of April,

2007, to:

> John F. Pressley, Jr., Esquire
> Suite 412
> 7600 Georgia Avenue, NW
> Washington, DC 20012 and
>
> Claire Whitaker, Esquire
> Civil Division
> United States Attorney's Office
> 555 4th Street, NW
> Room E-4204
> Washington, DC 20816.

> /s/ *Deborah Murrell Whelihan*
> Deborah Murrell Whelihan