UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELWYN G. DARBEAU | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01081 |
| | ) | (ESH) |
| LIBRARY OF CONGRESS, *et al.* | ) | |
|     Defendants | ) | |
| _____ | ) | |

PLAINTIFF'S RULE 26(A)(1) DISCLOSURES

I. Individuals Likely to Have Discoverable Information

1. Selwyn G. Darbeau

2. Ursula Holmes
   Library of Congress
   101 Independence Avenue, S.E.
   Adams Building - LA 325
   Washington, D.C. 20540

   *- former supervisor at the Library of Congress (LOC) who is familiar with personnel and procedures at the Library*

   *- is familiar with who was terminated from PTFS LOC contract and the basis for termination*

3. Sheila Hess
   Pregressive Technology Federal Systems, Inc.
   6400 Goldsboro Road, Suite 200
   Bethesda, MD 20817

   *- former supervisor of Plaintiff at Progressive Technology Federal Systems (PTFS) who is familiar with the work of the Plaintiff*

   *- is familiar with who was terminated from PTFS contract and the basis for termination*

4. René Servin
   610 East Capitol Street, N.E. #G-3
   Washington, D.C. 20003

   *- employee of PTFS who is familiar with the caliber of Plaintiff's work and procedures at PTFS and the LOC*

  5. Carol Barton
   Address not presently known

   *- former employee of PTFS at LOC terminated by Ursula Holmes*

A. <u>The following individuals were co-workers at the Library of Congress and are familiar with the caliber of work performed by the Plaintiff</u>

  6. Christopher Hansen
   Library of Congress
   101 Independence Avenue, S.E.
   Adams Building - LA 325
   Washington, D.C. 20540

  7. Joan Fitts
   Library of Congress
   101 Independence Avenue, S.E.
   Adams Building - LA 325
   Washington, D.C. 20540

  8. Napoleon Jasper
   Library of Congress
   101 Independence Avenue, S.E.
   Adams Building - LA 325
   Washington, D.C. 20540

  9. William Baker
   Library of Congress
   101 Independence Avenue, S.E.
   Adams Building - LA 325
   Washington, D.C. 20540

  10. Nydia Coleman
   Library of Congress
   101 Independence Avenue, S.E.
   Adams Building - LA 325
   Washington, D.C. 20540

B. <u>The following individuals are Library of Congress employees with whom the Plaintiff worked in processing requisitions and other related services</u>

    11. Barbara Exum
        Library of Congress
        101 Independence Avenue, S.E.
        Adams Building - LA 325
        Washington, D.C. 20540

    12. Mark Wilson
        Library of Congress
        101 Independence Avenue, S.E.
        Adams Building - LA 325
        Washington, D.C. 20540

    13. Charlene Mobley
        Library of Congress
        101 Independence Avenue, S.E.
        Adams Building - LA 325
        Washington, D.C. 20540

    14. Maria Anderson
        Library of Congress
        101 Independence Avenue, S.E.
        Adams Building - LA 325
        Washington, D.C. 20540

    15. Mike Dickerson
        Library of Congress
        101 Independence Avenue, S.E.
        Adams Building - LA 325
        Washington, D.C. 20540

    16. Donald Simon
        Library of Congress
        101 Independence Avenue, S.E.
        Adams Building - LA 325
        Washington, D.C. 20540

B.  Documents

Plaintiff has copy of e-mails relating to communications between Sheila Hess and Ursula Holmes with respect to his performance and termination.

C.  Computation of Damages

*Lost Wages.* Following termination by PTFS plaintiff remained unemployed for a period of eight (8) months and received twenty six weeks of unemployment compensation in the amount of $9,334.00

In addition, there were ten (10) weeks for which the Plaintiff lost salary and benefits estimated at $14,194.00.

From September through December, 2006, Plaintiff earned $19,490.00 in income.

| | |
|---|---|
| Potential earnings 2006 - PTFS | $61,000.00 |
| Plus estimated value of benefits | $12,810.00 |
| Sub Total | $73,810.00 |
| Less 2006 salary (MHCDO) | $19,490.00 |
| Less Unemployment Compensation | $ 9,334.00 |
| Final Total | $44,986.00 |

Respectfully submitted,

Dated: April 20, 2007                *John F. Pressley, Jr.*
John F. Pressley, Jr., Esq.
7600 Georgia Avenue, N.W., Suite 412
Washington, D.C. 20012
(202) 723-8800
*Attorney for Plaintiff*