UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU )<br>      Plaintiff        )<br>                                )<br>      v.                    )<br>                                )<br>PROGRESSIVE TECHNOLOGY )<br>FEDERAL SYSTEMS, INC. )<br>      Defendant )<br>_____) | Civil Action No. 06-01081<br>(AK) |

MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff, Selwyn Darbeau, by and through counsel, hereby moves this honorable Court to amend the Scheduling Order in this matter. In support of said motion plaintiff states as follows:

1. Pursuant to a very heavy litigation schedule and a vacation by counsel for plaintiff, discovery in this matter has not been completed. The written discovery from defendant was only provided at the close of discovery, shortly before counsel for plaintiff left on vacation[1]. Upon his return he communicated his need for additional time to complete discovery to counsel for defendant.

2. In order to be judicially economical, counsel for plaintiff desired to assess the written discovery before determining whether depositions were necessary. Because the written discovery responses produced by defendant were sparse and did not provide sufficient information to allow counsel to properly prepare his case, depositions were deemed necessary. Two additional depositions will be required, that of Sheila Hess,

---

[1] Discovery was set to close on July 30, 2007 (Monday). Defendant's discovery responses were mailed on July 26, 2007 (Thursday).

formerly of Progressive Technology Federal Systems, Inc. and of Ursula Holmes of the Library of Congress.

    3.   Discovery will be completed within the proposed amended schedule.[2]

    4.   Counsel for plaintiff entered the case late and has not previously moved for an enlargement of time.

    5.   The requested enlargement is not excessive and no further amendment is anticipated.

    6.   Allowing completion of discovery in this matter will serve to further narrow the scope of the issues associated with this case and will make any later settlement discussions much more productive.

    7.   No trial date has been set and no difficulties are anticipated in any matters associated with this case.

    8.   Manifest injustice is more likely to be prevented and more just adjudication on the merits achieved if the requested enlargement is granted.

    9.   Neither party will be prejudiced by the requested amendment.[3]

In further support of this motion, plaintiff refers the Court to the memorandum of points and authorities attached hereto and incorporated herein by reference.

---

[2] Should there be anticipated cooperation by the parties, the two depositions should be able to be conducted in short order thereby allowing the case to proceed much sooner than the proposed schedule.

[3] Indeed, counsel for defendant has already indicated that she has completed her motion for summary judgment.

                                          Respectfully submitted,

                                          */s/ John F. Pressley, Jr.*

Dated: August 30, 2007                _____
                                          John F. Pressley, Jr, #379716
                                          7600 Georgia Avenue. N.W., Suite 412
                                          Washington. D.C. 20012
                                          (202)723-8800
                                          *Attorney for Plaintiff*

## <u>LcvR 7(m) CERTIFICATION</u>

Defendant does not consent to the instant motion.

                                          */s/ John F. Pressley, Jr.*
                                          _____
                                          John F. Pressley, Jr, Esq.

## <u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Amend Scheduling Order was electronically served, this <u>  30th  </u> day of August, 2007, to:

Deborah Whelihan
Jordan, Coyne & Savits, LLC
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036

                                          */s/ John F. Pressley, Jr.*
                                          _____
                                          John F. Pressley, Jr, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-01081 |
| ) | (AK) |
| PROGRESSIVE TECHNOLOGY ) | |
| FEDERAL SYSTEMS, INC. ) | |
|     Defendant ) | |
| _____) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND THE SCHEDULING ORDER

1. Fed. R. Civ. P. 6(b).

2. The inherent power of this Court.

3. The record herein.

                Respectfully submitted,

                */s/ John F. Pressley, Jr.*
                _____

John F. Pressley, Jr, #379716
7600 Georgia Avenue. N.W., Suite 412
Washington. D.C. 20012
(202)723-8800
*Attorney for Plaintiff*

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE TECHNOLOGY ) <br> FEDERAL SYSTEMS, INC. ) <br>     Defendant ) <br> _____) | Civil Action No. 06-01081 <br> (AK) |

ORDER

Upon full consideration of Motion to Amend the Scheduling Order, the memorandum of points and authorities, and the record herein, and good cause having been shown for the enlargement of time, it is, this _____ day of _____ 2007

ORDERED: That the motion to amend the Scheduling Order be, and the same hereby, is GRANTED, and it is,

FURTHER ORDERED: That the Scheduling Order be amended as follows:

| | |
|---|---|
| Discovery Closed | October 18, 2007 |
| Deadline for filing motions | October 31, 2007 |
| Deadline for opposition | November 30, 2007 |
| Deadline for reply | December 12, 2007 |

_____
MAGISTRATE JUDGE ALAN KAY

Copies to:

John F. Pressley, Jr, Esq.
7600 Georgia Avenue. N.W., Suite 412
Washington. D.C. 20012

Deborah Whelihan
Jordan, Coyne & Savits, LLC
1100 Connecticut Avenue, N.W., #600
Washington, D.C. 20036