UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SELWYN G. DARBEAU,
    Plaintiff,
v.

PROGRESSIVE TECHNOLOGY
FEDERAL SYSTEMS, INC.,
    Defendant.

Civil Action No. 06-1081
(AK)

## MEMORANDUM ORDER

Pending before this Court is Plaintiff's Motion to Amend the Scheduling Order ("Motion to Amend") [39], to which the Defendant does not consent. Plaintiff's Motion to Amend not only requests that this Court set a new schedule for the filing of dispositive motions but additionally asks that discovery be reopened to permit the Plaintiff to take two depositions out-of- time.[1] Plaintiff indicates that Defendant's discovery responses were mailed on July 26, 2007, several days prior to the July 30, 2007 close of discovery but '[b]ecause the written discovery responses produced by defendant were sparse and did not provide sufficient information to allow counsel to properly prepare his case, depositions were deemed necessary." (Motion to Amend at 1.) Notably, Plaintiff filed no motion to compel additional responses nor did he file a motion to extend discovery for purposes of taking the depositions after the July 30, 2007 close of discovery. Instead, Plaintiff waited until a month after the close of discovery and less than a week before dispositive motions are due to move to "amend" the Scheduling Order. Plaintiff asserts that he has not previously moved for an enlargement of time and further, the requested enlargement is not excessive. Plaintiff further indicates that neither party will be prejudiced by the amendment,

---

[1] The proposed deponents are Sheila Hess, formerly of Progressive Technology Federal Systems, Inc. and Ursula Holmes of the Library of Congress. (Motion to Amend at 1-2.)

and he asserts that "[m]anifest injustice is more likely to be prevented and more just adjudication on the merits achieved if the requested enlargement is granted." (Motion to Amend at 2.) In light of the fact that a trial date has not been set and further, that the request for reopening discovery is limited to the taking of two depositions out-of-time, this Court will reopen discovery for that limited purpose and grant a [more limited] extension of the dispositive motions schedule. It is accordingly, this 31st day of August,

ORDERED that the Plaintiff's Motion to Amend the Scheduling Order is granted in part and denied in part. Plaintiff is allowed until September 19, 2007, to take the depositions of Ms. Hess and Ms. Holmes. The deadlines for filing dispositions motions are amended as follows: motions are due by October 3, 2007; oppositions are due by October 31, 2007; and replies are due by November 9, 2007.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE