IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE TECHNOLOGY ) <br> FEDERAL SYSTEMS, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 06-01081 (AK) |

**O R D E R**

Upon consideration of the Defendant's Consent Motion To Extend The Deadline For Filing of Its Dispositive Motion, with consent of the Plaintiff, and the entire record herein, it is this _____ day of _____, 200,

ORDERED, that the Defendants' Consent Consent Motion To Extend The Deadline For Filing of Its Dispositive Motion is GRANTED; and it is further,

ORDERED, that the Scheduling Order shall be modified and that the Defendant shall be granted an extension of the deadline to file dispositive motions from October 3, 2007 until October 9, 2007.

ALAN KAY,
UNITED STATES MAGISTRATE JUDGE

Copies To:

Deborah Murrell Whelihan, Esquire
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

John Felix Pressley, Jr, Esquire
7600 Georgia Avenue, NW
Suite 412
Washington, DC 20012

-2-