IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE TECHNOLOGY ) <br> FEDERAL SYSTEMS, INC. ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No.: 06-01081 (AK) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b) and Local Rules 7 and 56.1, the defendant, Progressive Technology Federal Systems, Inc. ("PTFS") by and through its attorneys, Deborah Murrell Whelihan and JORDAN, COYNE & SAVITS, L.L.P., moves this Honorable Court to enter summary judgment in its favor against the plaintiff because there are no genuine disputes of any material facts and because the defendant PTFS is entitled to summary judgment as a matter of law. As grounds therefor, the defendant PTFS states that the plaintiff cannot establish a viable claim of illegal age discrimination claim against it and that it had legitimate, non-discriminatory reasons for its termination of the plaintiff.

As further support for this Motion, the defendant PTFS refers this Honorable Court to the accompanying Memorandum of Points and Authorities, which is incorporated as if fully set forth herein.

WHEREFORE, the defendant, Progressive Technology Federal Systems, Inc., respectfully requests that this Honorable Court enter summary judgment in its favor against the plaintiff and dismiss the plaintiff's action with prejudice.

Respectfully submitted,

JORDAN, COYNE & SAVITS, L.L.P.

By: /s/ **DEBORAH MURRELL WHELIHAN**
  Deborah Murrell Whelihan, #412454
  1100 Connecticut Avenue, N.W.
  Suite 600
  Washington, D.C.  20036
  Telephone:  (202) 296-4747
  Email: d.whelihan@jocs-law.com

  Attorneys for Defendant Progressive Technology
  Federal Systems, Inc.

## REQUEST FOR ORAL HEARING

The defendant, Progressive Technology Federal Systems, Inc., requests an oral hearing on its Motion for Summary Judgment.

  /s/  *DEBORAH MURRELL WHELIHAN*
  Deborah Murrell Whelihan

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Defendant's Motion for Summary Judgment, together with the accompanying Memorandum of Points and Authorities, Exhibits 1-6, and Proposed Order were served electronically and were also mailed, postage pre-paid, on this 9th day of October, 2007, to:

> John F. Pressley, Jr., Esquire
> 7600 Georgia Avenue, NW
> Suite 412
> Washington, DC 20012

> /s/ ***DEBORAH MURRELL WHELIHAN***
> Deborah Murrell Whelihan