IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU,                )<br>                                                          )<br>        Plaintiff,                               )<br>                                                          )          Civil Action No.:  06-01081 (AK)<br>v.                                                      )<br>                                                          )<br>PROGRESSIVE TECHNOLOGY  )<br>FEDERAL SYSTEMS, INC.          )<br>                                                          )<br>        Defendant.                          )<br>                                                          ) | |

## **ORDER**

Upon consideration of Defendant Progressive Technology Federal Systems, Incorporated's Motion for Summary Judgment, any Opposition thereto, and the entire record, it is this _____ day of _____, 2007, by this Court hereby,

ORDERED, that Defendant Progressive Technology Federal Systems, Incorporated's Motion for Summary Judgment is GRANTED; and it is further,

ORDERED, that judgment is entered in favor of the Defendant, Progressive Technology Federal Systems, Incorporated, against the Plaintiff and the Plaintiff's action is DISMISSED <u>WITH</u> <u>PREJUDICE</u>.

                                                                                    _____
                                                                                    Alan Kay
                                                                                    United States Magistrate Judge

Copies to:
Deborah Murrell Whelihan, Attorney-at-Law
Jordan, Coyne & Savits, LLP
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C.  20036

Attorneys for Defendant Progressive Technology Federal Systems, Inc.
John Felix Pressley, Jr, Esquire
7600 Georgia Avenue, NW
Suite 412
Washington, DC 20012