1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x

SELWYN G. DARBEAU,                    :

        Plaintiff,                    :

    v.                    : CIVIL ACTION NO. 06-01081

PROGRESSIVE TECHNOLOGY                :

FEDERAL SYSTEMS, INC.,                :

        Defendant.                    :

- - - - - - - - - - - - - - x

                    Washington, D.C.

                    Tuesday, July 3, 2007

DEPOSITION OF:

            SELWYN G. DARBEAU

called for examination by counsel for the Defendant,

pursuant to notice, taken at the law offices of Jordan,

Coyne and Savits, 1100 Connecticut Avenue, N.W., Suite

600, Washington, D.C., commencing at 11:05 a.m., before

Maureen S. Bennie, a Notary Public in and for the District

of Columbia, when were present on behalf of the respective

parties:

EXHIBIT

1

Page 2

APPEARANCES:

On behalf of the Plaintiff:

JOHN F. PRESSLEY, JR., ESQUIRE

7600 Georgia Avenue, N.W.

Suite 412

Washington, D.C. 20012

(202) 723-8800

On behalf of the Defendant:

DEBORAH MURRELL WHELIHAN, ESQUIRE

JORDAN, COYNE & SAVITS, LLP

1100 Connecticut Avenue, N.W.

Suite 600

Washington, D.C. 20036

(202) 296-4747

C O N T E N T S

| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| Selwyn G. Darbeau | Ms. Whelihan | 4 |

Page 3

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| 1 | Second Amended Complaint | 67 |
| 2 | Plaintiff's 26(A)(1) Disclosures | 67 |
| 3 | E-mail | 67 |

NOTE: EXHIBITS MARKED AND ATTACHED TO ORIGINAL.

Page 4

1         P R O C E E D I N G S
2  Whereupon,
3         SELWYN G. DARBEAU
4  was called for examination, and, after being duly sworn by
5  the Notary Public, was examined and testified as follows:
6         EXAMINATION BY COUNSEL FOR DEFENDANT
7         BY MS. WHELIHAN:
8    Q  Could you tell us your full name?
9    A  Selwyn Glenford Darbeau.
10   Q  And what's your address?
11   A  1453 Queenie Smith Road, Northeast, Conyers,
12  Georgia 30012.
13   Q  Have you ever been deposed before?
14   A  Yes, I have.
15   Q  Okay.  How many times?
16   A  Maybe twice, but at least once.
17   Q  All right.  Well, just so we're on the same page
18  -- and I'm sure that John has probably covered this with
19  you ad nauseam, but there are a couple of rules for
20  depositions.  You need to wait until I finish speaking
21  before you start speaking, and I will extend the same
22  courtesy to you.  All your answers have to be verbal, so

Page 5

1  no nodding, no half answers, no uh-huh.  And if I ask a
2  question that you do not understand, let me know and I'll
3  rephrase it, since the goal of this examination is for you
4  to testify truthfully.  If you don't understand my
5  question, you can't do that, so if you don't understand
6  the question, let me know and I will rephrase the
7  question.
8    A  I will.
9    Q  Now, what were the two cases in which you were
10  deposed?
11   A  The most recent case, which is the one I can
12  remember, was in 2005, I believe I was deposed.  It was a
13  case involving the District Government, which I appeared
14  as a witness after -- I'm trying to remember the case
15  number.  I believe it's 00539.  That's all that sticks.
16   Q  Okay.  But you were a witness in that case?
17   A  I became a party.  Sorry.  I said witness.  I
18  became a party, yeah.
19   Q  Okay.  So you were a plaintiff in that case?
20   A  Yes.
21   Q  What was the case about?
22   A  The case was a situation in which I witnessed

Page 6

1  some statements made by a white supervisor to a group of
2  black employees. It was directed to one of my coworkers;
3  however, I was present at the time. It was the remark,
4  among several others, which was the basis of the
5  deposition that I did.
6      Q  Okay. So what was the actual employer agency
7  with the District?
8      A  D.C. Child and Family Services Agency, CFSA.
9      Q  And what was the name of the plaintiff, the
10  original plaintiff?
11      A  I believe when it started out, it was Child and
12  Family Services Agency, and it was -- because they were
13  under receivership, and then the case itself became a
14  District Government case, I believe. The Agency went back
15  to the District Government.
16      Q  Okay. But initially, you were not the first
17  plaintiff?
18      A  No, I was not.
19      Q  Who was the first plaintiff?
20      A  Oh. Reginald Mintz. Sorry.
21      Q  All right. And is that case still around?
22      A  No. As far as I know, that case has been

Page 7

1  concluded.
2      Q  Okay. Did it go to trial?
3      A  No, it did not.
4      Q  How was it resolved?
5      A  It was settled.
6      Q  Do you know when that was?
7      A  The settlement began, I believe, sometime in
8  November of 2005 -- no, 2006, I'm sorry.
9      Q  And do you know where it was filed?
10      A  In the District Court.
11      Q  Federal Court?
12      A  Yes, on Constitution.
13      Q  Do you remember who the Judge was that had it?
14      A  There were several Judges, I believe. The
15  original Judge was Penfield Jackson, and I think the last
16  Judge was Oberdorfer.
17      Q  Okay. And what were the statements made by the
18  white supervisor that you witnessed?
19      A  The one that sticks out is the white supervisor
20  referred to the black employees as dumb ass niggers.
21  Excuse my expression. I don't usually use that.
22      Q  And I take it you used to work for the D.C.

Page 8

1  Child and Family Services?
2      A  Yes.
3      Q  Okay. What time period did you work for that
4  agency?
5      A  I started, I believe it was, August of 1996 with
6  the receivership and was concluded -- or began the
7  conclusion process in 1999, I believe, when it was on its
8  way back to the District Government.
9      Q  And when did you leave?
10      A  2000. I believe it was April or May of 2000.
11      Q  And were you fired or did you quit?
12      A  I was a term employee. So my term of employment
13  ended.
14      Q  Okay. Were you a contract employee?
15      A  Yes.
16      Q  Okay. Do you remember what the term of your
17  employment was, the actual time period?
18      A  The initial term was for a year, and subsequent
19  to that, there were 30 days, 90 days. They were sort of
20  normal time frames. Without any actual document, it's
21  difficult for me to recall exactly the sequence.
22      Q  Okay. What other cases have you been involved

Page 9

1  in in which you gave a deposition?
2      MR. PRESSLEY: Objection.
3      THE WITNESS: And this is where I said it would
4  have had to be somewhere back in the '70s, I believe, and
5  it would have again been -- my employer at that time,
6  National Railroad Passenger Corporation. And I don't
7  remember the exact time frame for the deposition.
8      BY MS. WHELIHAN:
9      Q  Did you give a deposition as a witness or as a
10  party?
11      A  As a party.
12      Q  And were you the plaintiff?
13      A  Yes.
14      Q  And what was the lawsuit about?
15      A  It had to do with employment discrimination.
16      Q  Do you remember what the discrimination was that
17  you alleged?
18      A  Practices of the employer. And I recall what
19  initiated the actions of the complaint was that there was
20  a ranking factor that -- when it became known to black
21  employees. We were all at the bottom of the ranking and
22  the white employees were at the top, even though we

Page 10

1 were -- for the most part, we had the qualifications and
2 experience, et cetera, et cetera.
3    Q  Okay.  Do you remember where that case was
4 filed?
5    A  I believe the Federal District Court as well.
6    Q  Do you remember the Judge?
7    A  I want to say -- I can't remember.  No, I don't
8 remember.
9    Q  Were you the only plaintiff?
10    A  No, there were -- actually, it was a class
11 action.
12    Q  And what happened with that case?
13    A  That was also settled.
14    Q  Do you remember when?
15    A  It started in '75, I believe, so -- I want to
16 say maybe '78.
17    Q  Have you sued anybody else?
18    A  I don't quite understand.
19    Q  Have you been a plaintiff in any other lawsuit?
20    A  No, I have not.
21    Q  Besides the one we are --
22    A  Of course, yes, except for this one.

Page 11

1    Q  Okay.  So it's just those three lawsuits that
2 you have been a plaintiff?
3    A  As far as I know, exactly correct, yes.
4    Q  When you say as far as you know, do you think
5 there are other lawsuits, or you only remember three?
6    A  Well, I don't recollect having participated in
7 any other lawsuit.
8    Q  Okay.  Did you file any other claims against any
9 other employers that you had?
10    A  Not that I can recollect.
11    MR. PRESSLEY: I'm sorry.  Was there a response
12 to that?
13    THE WITNESS: Not that I can recollect.
14    BY MS. WHELIHAN:
15    Q  So you don't remember filing any other claims,
16 or you think there might be other claims?
17    A  I don't remember filing any other claims.
18    Q  Okay.  Have you had any other disputes with any
19 other employers, other than the two that you filed or
20 participated in lawsuits about and this case?
21    A  No.
22    Q  What did you do to prepare for today's

Page 12

1 deposition?
2    A  Got up and said my prayers and caught the bus
3 and came down here.
4    Q  Okay.  Did you read anything?
5    A  No.
6    Q  Did you review the Complaint that you filed?
7    A  Oh.  Not today, but I'm familiar with the
8 Complaint, yes.
9    Q  Okay.  Well, in preparation for your deposition,
10 did you look at the Complaint?
11    A  Not necessarily, no.  No.  In fact, I -- no.
12 The answer is no.
13    Q  Okay.  Did you look at anything else?
14    A  I believe I looked at the -- some of the
15 documents I picked up a couple days ago.  I believe it's
16 -- not the Amended Complaint.  Oh, boy.
17    Q  Second Amended Complaint?
18    A  No, not that.  It's -- I believe it's something
19 from the Judge that I looked at, the Judge's order.  It
20 was the Judge's order, yeah.  That's what I looked at.
21    Q  Do you remember what the order was about?
22    A  The order was about the fact that the case would

Page 13

1 go forward.  And that was, I think, Judge Huvelle, the
2 last order that she did.
3    Q  Okay.  Did you take any notes when you were
4 employed by the Library of Congress?
5    A  I'm not sure I understand your question.
6    Q  Did you take any notes about your employment
7 situation when you were working at the Library of
8 Congress?
9    MR. PRESSLEY: Objection.
10    THE WITNESS: In my daily work assignment, I
11 would take notes regarding my actual work.  But that's --
12    BY MS. WHELIHAN:
13    Q  Okay.  But as to your claims against the Library
14 of Congress or PTFS -- which is, obviously, the shorthand
15 that I use for your former employer --
16    A  Well, I would have had no reason to take any
17 notes, because my employment, as far as I am concerned,
18 was normal up until the time I went on vacation.
19    Q  So you didn't keep a journal about things that
20 Ursula Holmes would have said to you?
21    A  I had absolutely no reason at that time to keep
22 a journal because, as I said, I was just performing my

## Page 14

1 duties.

2    Q  Okay. What is your education?

3    A  High school. I'm from Trinidad and Tobago. I
4 attended high school and I graduated high school in
5 Trinidad and Tobago. I did two years of associate degree
6 in New York. I completed four years of college at UDC and
7 have had other certification programs that I participated
8 in.

9    Q  When did you get your associate degree?

10    A  In, I believe, 1969 or '70.

11    Q  And do you remember the school?

12    A  Washington Business Institute in New York.

13    Q  And did your associate degree have a focus or
14 major?

15    A  I did accounting management.

16    Q  All right. And the UDC degree, what was that?

17    A  Business administration.

18    Q  Was that a B.A.?

19    A  B.A., yes.

20    Q  And when did you get that?

21    A  I believe I finally marched in 1985, I think it
22 was.

## Page 15

1    Q  Okay. And the certificates that you hold, you
2 referenced that. What certificates do you hold?

3    A  I have a Washington -- procurement and --
4 administrative -- let's see, what is it -- from George
5 Washington University. I attended the procurement
6 management class and I got a certification from there.

7    Q  When was that?

8    A  I believe that was in 2000, 1999 or 2000.

9    Q  Any other education that we haven't talked
10 about?

11    A  Well, Howard University. I attended an
12 international -- I did an international certification
13 program at Howard University as well.

14    Q  When did you do that?

15    A  That would have been in, I believe, 1987, if I'm
16 not mistaken.

17    Q  Was that one class?

18    A  No, it was several classes.

19    Q  Anything else?

20    A  Well, on-the-job training and other training
21 programs, et cetera, when I was with the District
22 Government.

## Page 16

1    Q  Okay. But anything that you got degrees or
2 certificates for?

3    A  Could you repeat that?

4    Q  Anything else that you got degrees or
5 certificates in?

6    A  Maybe certifications, but I could not at this
7 point recollect exactly what those were.

8    Q  All right. Are you a U.S. citizen?

9    A  Yes, I am.

10    Q  Okay. When did you become a U.S. citizen?

11    A  In 1990.

12    Q  Can you summarize your employment history for
13 me?

14    A  Throughout college, I worked on -- as night
15 auditor and cashiering positions, and that probably went
16 from about 1970 through about 1972, '73. My career
17 started at National Railroad Passenger Corporation as an
18 internal auditor in -- actually, July 2 of 1972. I worked
19 there through 1981, I believe it was. For a brief period,
20 I broke my service. I returned to Trinidad and Tobago,
21 due to my father's serious illness. I managed the family
22 business for a couple of years before returning to the

## Page 17

1 USA, which I did, I believe, somewhere around '81 or '82.

2     I continued my career at Howard University as a
3 staff accountant. I worked at Howard University Hospital,
4 Howard University's College of Medicine, through 1993 or
5 1994, after which I went out and I began working contract
6 work at that time, '94 or '95, with Q Soft, an 8(a)
7 company down in Northern Virginia. Q Soft was then split,
8 and RBJ International, which was split from Q Soft, I went
9 to them as a project manager. I worked with RBJ
10 International -- I believe that would have been from 1995
11 to '96, at which time I went to the receivership, Child
12 and Family Services Agency, on contract as well. I worked
13 with them, as I indicated, through, I believe, 2001, for
14 the Child and Family Services Agency, after which I went
15 to the Navy Yard on a contract, a Department of Defense
16 contract. I worked at the Navy Yard from 2001 until 2003.
17 In 2003, December, I worked at the Library of Congress
18 until January of 2006 on contract. It was with Jordan and
19 Howard Technologies and then PTFS.

20    Q  Were you an employee of Jordan and Howard?

21    A  I'm sorry?

22    Q  Were you an employee of Jordan and Howard?

Page 18

1    A  Could you repeat --
2    Q  Were you an employee of Jordan and Howard?
3    A  Yes.  Jordan and Howard Technologies, yes.
4    Q  Okay.  And when did you start with them?
5    A  In December of 2003.
6    Q  Who did you work for when you were a contractor
7  to the Navy Yard?
8    A  I worked for AMSC, American Management -- AMSC.
9  You know, you get so used to acronyms.  AMSC, American
10  Management Systems Corporation, I believe it was, out of
11  Silver Spring, Maryland.
12    Q  Were you an employee of American Management
13  Systems Corporation?
14    A  Yes.
15    Q  Okay.  And when did you work for it?
16    A  I worked for them from 2001 until 2003.
17    Q  Okay.  Why did you stop working for American
18  Management Systems Corporation?
19    A  The contract at the Navy Yard, the Department of
20  Defense shut down the contract office at the Navy Yard
21  and, therefore, they closed all contracts.  And,
22  therefore, they terminated -- you know, essentially, the

Page 19

1  contract was terminated.
2    Q  So you were laid off by American Management
3  Systems Corporation?
4    A  No.  I mean, it -- well, the contract was
5  terminated.
6    Q  Did American Management Systems Corporation have
7  any other places of employment other than the Navy Yard?
8    A  Yes, it did.
9    Q  Okay.  Well, why did you not go there?
10    A  Because I came to the Library of Congress.
11    Q  Okay.  But why did you leave American Management
12  Systems Corporation?
13    A  Well, I did not leave.  The contract on which I
14  worked at the Navy Yard was terminated by the Department
15  of Defense.
16    Q  Okay.  And you were then terminated by American
17  Management Systems Corporation?
18    A  Yes, on the basis of the contract.
19    Q  Do you know why they didn't retain you?
20    A  No, I don't know.
21    Q  Do you remember who your supervisor was at
22  American Management Systems Corporation?

Page 20

1    A  Dr. Julian Roary.
2    Q  Does American Management Systems Corporation
3  still exist?
4    A  As far as I know, no.
5    Q  When did it stop doing business?
6    A  I don't know.
7    Q  Okay.  Do you know where Dr. Julian Roary is
8  now?
9    A  No, I don't.
10    Q  When was the last time you had any communication
11  with Dr. Julian Roary?
12    A  I would like to think about two years ago,
13  within the last two years.
14    Q  And when you communicated with him, where was
15  he?
16    A  I think it was Christmas 2005.  The old staff
17  got together for a Christmas celebration.  It was
18  somewhere in Greenbelt, Maryland.  It was at Jasper's.
19  Yeah.
20    Q  Do you know what state Dr. Roary lives in?
21    A  In Maryland.
22    Q  Okay.  Do you know what city?

Page 21

1    A  I believe it's Baltimore.  I'm not sure.
2    Q  And did you have any other supervisors at
3  American Management Systems Corporation?
4    A  No, just Dr. Roary.
5    Q  Okay.  How about at the Navy Yard?  Did you have
6  any supervisor at the Navy Yard that was with the Navy?
7    A  Yes; Luria Green.  William Barker was the
8  Director of Contracting.
9    Q  Were they civilian employees with the Department
10  of the Navy?
11    A  They were civilian employees, yes.
12    Q  All right.  When you worked with Jordan and
13  Howard Technologies, who was your supervisor there?
14    A  I don't remember the name of the gentleman,
15  honestly.  But they were located in Orlando, Florida, so I
16  didn't have any physical contact with anyone.
17    Q  How did you end up going to Jordan and Howard?
18    A  Was not my choice.  Was the contract that the
19  Library of Congress had, under which I worked.
20    Q  Did you apply to the Library of Congress and get
21  hired as a contractor through Jordan and Howard, or did
22  you work for some other contractor that worked at the

Page 22

1 Library of Congress also?

2 A Mr. Barker, who I mentioned, who worked at the
3 Navy Yard, was at the Library of Congress as the Director
4 of Contracts. I submitted my resume to him. He then
5 submitted it, I believe, to Jordan and Howard
6 Technologies, interviewed by the Library of Congress for
7 the position and was hired to work under Jordan and Howard
8 Technologies.

9 Q Okay. Did the work that you did for the Library
10 of Congress ever change, or were your duties the same from
11 the beginning of your employment at the Library of
12 Congress to the end of that employment?

13 A No, they were not. They entailed various
14 duties. One of the things that I did was I implemented a
15 central file system for the contracts office. Following
16 that, I went back to what I call line duty, which is a
17 contract specialist assignment with assigned duties.

18 Q Did you start as a contract specialist?

19 A Yes.

20 Q And when you first started with the Library of
21 Congress, who was your supervisor at the Library of
22 Congress?

Page 23

1 A Napoleon Jasper.

2 Q Okay. And how long was Mr. Jasper your
3 supervisor?

4 A I believe he retired in April of 2005,
5 thereabouts. Up until that time, he was my supervisor.

6 Q And who was your supervisor after Mr. Jasper?

7 A Nydia Coleman.

8 Q And how long was Nydia Coleman your supervisor?

9 A It would have been, I believe, sometime shortly
10 following Mr. Jasper's retirement until about October
11 2005.

12 Q Okay. And who became your supervisor in October
13 of 2005?

14 A In October of 2005, Ursula Holmes.

15 Q Okay. And how long was she your supervisor?

16 A Up until the 19th or the 20th of December, 2005,
17 when I -- up until December 2005.

18 Q When did you implement the central filing system
19 for the contracts office?

20 A The process began, I believe, in spring of 2004.

21 Q Okay. And when did the process finish?

22 A As far as I know -- I did not complete it. It

Page 24

1 was -- my duties were changed.

2 Q Well, you had said that you implemented a
3 central filing system for the contracts office. What did
4 you mean by implemented?

5 A Being a contract specialist, having worked in
6 that field for quite some time, it's a well-known fact
7 that most contract offices have a central file system,
8 more or less a secure system. It occurred to me that
9 there was none at the Library and, after meeting with my
10 supervisor, the need having arisen, he asked me if I would
11 undertake the task to do that.

12 Q Was that supervisor Mr. Jasper?

13 A Jasper, yes, Napoleon Jasper.

14 Q Did anyone else work on that project with you?

15 A For a brief time, there was a student intern
16 that came in the summer of 2004. It was just for about
17 four to six weeks.

18 Q Do you know who completed the project?

19 A No, I don't.

20 Q Okay. Now, you have had employment since
21 December 19th or 20th of 2005. What employment have you
22 had since that time?

Page 25

1 A I was hired in September of 2006 as an
2 accounting director.

3 Q Okay. And who hired you?

4 A Marshall Heights Community Development
5 Organization.

6 Q Who hired you?

7 A The CEO at that time was Carrie Thornhill.

8 Q All right. And how long was Carrie Thornhill
9 the CEO?

10 A We started in September. I believe she was only
11 there about a month or six weeks after we started.

12 Q Okay. And who was your supervisor at Marshall
13 Heights Community Development?

14 A Linval Brown.

15 MR. PRESSLEY: I'm sorry. What was the first
16 name?

17 THE WITNESS: Linval, L-I-N-V-A-L, Brown.

18 BY MS. WHELIHAN:

19 Q And how long was -- was it Mr. Brown?

20 A Mr. Linval Brown.

21 Q And how long was Mr. Brown your supervisor?

22 A Well, coincidentally, we began the same day. We

**Page 26**

1 were hired the same time, so from September 5th to
2 February 8th.

3    Q  Okay. What was your salary for Marshall Heights
4 Community Development organization?

5    A  $65,000.

6    Q  And how long did you work for Marshall Heights
7 Community Development Organization?

8    A  Through February 8th 2007.

9    Q  And why did you stop working for Marshall
10 Heights Community Development Organization?

11    A  Medical reasons.

12    Q  So you resigned?

13    A  Yes.

14    Q  Okay. And you had no other source of income or
15 employment from December of 2005 to September of 2006?

16    A  Other than unemployment compensation, no.

17    Q  What efforts did you make to locate alternative
18 employment until accepting the job with Marshall Heights
19 Community Development Organization?

20    A  Usual efforts; the Internet, calling up, looking
21 at the papers. You know, just the normal course of action
22 to obtain employment.

**Page 27**

1    Q  Okay. Did you post a resume on the Internet?

2    A  No. I'm not that savvy, but I responded to
3 Internet.

4    Q  How many job advertisements did you respond to
5 on the Internet?

6    A  I actually sent out resumes, at least about four
7 to six resumes.

8    Q  Do you remember any of the places to which you
9 applied?

10    A  The District Court. I sent out two resumes. In
11 fact, I made two applications. I went down and made two
12 applications there as well. I'm not sure if Lockheed was
13 in that time frame. I responded to a Lockheed
14 advertisement, Lockheed Aerospace. And there are others,
15 but I somehow cannot recall now which specifically they
16 were.

17    Q  Did you keep a file on the places to which you
18 applied for employment?

19    A  I would have, yeah.

20    Q  Do you still have that file?

21    A  Right. If I might explain. What has happened
22 is that in the process, I have relocated, and in packing

**Page 28**

1 up my things, I have somehow -- they are somewhere in my
2 belongings, but I could not put my hands on that.

3    Q  Okay. But somewhere in your belongings, you
4 have a file that would reflect the jobs to which you
5 applied?

6    A  I would have, yeah, probably documents,
7 resumes -- or applications, actually, copies of
8 applications, that I would receive back from the
9 prospective employer, yeah.

10    Q  Did you contact a headhunter?

11    A  No, I did not.

12    Q  Why not?

13    A  I have no reason. I just did not.

14    Q  Did you try to work as a temporary accounting
15 worker during that period?

16    A  No.

17    Q  Okay. Why not?

18    A  For a period of time, I was in the recuperation
19 process. I had surgery, so I was recuperating from that.

20    Q  And how long did you recuperate from surgery?

21    A  It took -- I think the last surgery I had --
22 well, the surgery back then I had was in January of 2006,

**Page 29**

1 and it took me at least three or four months to really get
2 back to some normalcy, according to my doctor.

3    Q  Did you have a doctor that told you you could
4 not work until some date certain after your surgery in
5 January of 2006?

6    A  I don't recall if he said it like that, that I
7 could not work while I was under his care, in terms of my
8 recuperation.

9    Q  Who was your doctor?

10    A  Dr. Salim Butrus.

11    Q  And what kind of doctor is he?

12    A  Ophthalmologist.

13    Q  What kind of surgery did you have?

14    A  I had glaucoma surgery, followed by cataract
15 removal.

16    Q  And the surgery was performed by Dr. Butrus?

17    A  I had several. Let's see. Dr. Panigrahi, he
18 would have been one of the surgeons. And there was
19 another doctor -- Dr. Butrus participated as the head
20 doctor, but generally, there were other surgeons who
21 performed the surgery. There is another one. I don't
22 remember the name.

| Page 30 | Page 32 |
|---|---|
| 1  Q  Did any health care provider tell you that you<br>2 couldn't work for a particular period of time because of<br>3 the surgeries that you were having?<br>4  A  No.<br>5  Q  So how long did you not attempt to find<br>6 employment because of the surgery that you had on your<br>7 eyes?<br>8  A  As I said, approximately three months I needed<br>9 to give myself time to recuperate, according to the<br>10 doctor.<br>11  Q  Okay.  And what doctors told you that you needed<br>12 that time to recuperate?<br>13  A  Well, my doctor has always been Dr. Butrus. He<br>14 is the main doctor, I should say.<br>15  Q  Okay.  So when did you actually start looking<br>16 for work?<br>17  A  I want to think maybe around late spring; was in<br>18 May-June of 2006.<br>19  Q  When did you learn about the Marshall Heights<br>20 Community Development Organization?<br>21  A  I believe it would have been August of 2006.<br>22  Q  And how did you learn of that job opportunity? | 1  Q  Do you still have that computer that you used to<br>2 send e-mails?<br>3  A  I have had a new computer since I moved.<br>4  Q  Okay.  What did you do with your old computer?<br>5  A  I don't know if I dumped it or if I gave it away<br>6 or what, but it was just one of the old ones.  I got a new<br>7 Dell computer.<br>8  Q  Do you know when it was you got rid of your<br>9 computer?<br>10  A  I believe it was sometime in September of 2006.<br>11 No, before that.  Actually, I had both of them -- you<br>12 know, they were sitting at the house, but I was using the<br>13 new one, not the old one.<br>14  Q  When did you start using the new computer?<br>15  A  The new computer, I think it was sometime early<br>16 2006 I bought the new computer.<br>17  Q  Do you archive your e-mails?<br>18  A  For short periods of time, yeah.<br>19  Q  Did you save any e-mails regarding any job<br>20 applications that you might have made?<br>21  A  Not that I could recall.<br>22  Q  Okay.  Did you go on any interviews? |

| Page 31 | Page 33 |
|---|---|
| 1  A  Community bulletin.<br>2  Q  And do you remember how long between the time<br>3 you submitted an application for a position and you were<br>4 hired?<br>5  A  The process took about three weeks, I believe.<br>6 It would have been somewhere around the middle of August.<br>7  Q  Now, you had worked as a temporary before; is<br>8 that right?  You had done contract work?<br>9  A  Yes.<br>10  Q  All right.  And why didn't you do that before<br>11 you applied to Marshall Heights?<br>12  A  Well, before I learned of the Marshall Heights<br>13 position -- I believe the court positions were before --<br>14 yeah, they were definitely before that, and I had been<br>15 making telephone calls, contacting employers, et cetera,<br>16 trying to seek employment.<br>17  Q  Did you make a list of all the employers that<br>18 you contacted?<br>19  A  Not that I could recall, no.<br>20  Q  Okay.  Did you use a computer to send e-mails to<br>21 any prospective employers?<br>22  A  A combination of the computer and telephone. | 1  A  Yes.<br>2  Q  Who did you have interviews with?<br>3  A  The two that I knew that I went on interviews<br>4 for -- actually, primary interviews was the two court<br>5 positions, which was -- tax assistant, I think, was one,<br>6 and I don't remember the type of the other one.<br>7  Q  Okay.  Any other interviews, other than with the<br>8 court?<br>9  A  Not that I recall, no.<br>10  Q  Okay.  Other than the Marshall Heights job, were<br>11 you offered any other jobs?<br>12  A  No.  That was the only one that I was offered.<br>13  Q  You have been in the accounting field for more<br>14 than a decade right now; is that fair?<br>15  A  Let me say I began my career in accounting.  I<br>16 switched to procurement and, literally, I went back to<br>17 accounting when I got the Marshall Heights job.<br>18  Q  Well, you do know that people with accounting<br>19 backgrounds and procurement backgrounds are in high<br>20 demand, right?<br>21  A  Yes.<br>22  Q  Okay.  And you could have found a job before you |

## Page 34

1 got the job with Marshall Heights, correct?

2    A  Except that my looking did not produce any.

3       MR. PRESSLEY: Objection.

4       BY MS. WHELIHAN:

5    Q  But you didn't go to a headhunter, right?

6    A  No, I did not.

7    Q  And you didn't go to a placement firm, right?

8    A  No, I did not.

9    Q  And you did not try and engage in temporary work

10 before getting full-time employment, right?

11    A  Well, one of the things that was happening, as I

12 indicated earlier, was my eye situation. Which there were

13 complications from my surgery, the previous surgery, so

14 the doctor wanted to be sure that I got myself well

15 before, you know, doing anything strenuous.

16    Q  But you were well by May or June of 2006,

17 correct?

18    A  I was anxious to get back in the employment

19 line, naturally. I would not doubt that I was making

20 calls seeking -- actively seeking employment, but until

21 the serious getting offers and whatnot, it was very

22 difficult. It was a difficult process, at best.

## Page 35

1    Q  How many employers did you telephone?

2    A  I may have made countless calls. I really don't

3 have any lists because of the response that you get. You

4 know, quite frankly, being 60 years old, I believe, was

5 something that concerned me a great deal, in that here I

6 am looking for work, but at the same time, here I am at

7 60. It was not an easy process.

8    Q  What do you mean by that?

9    A  I mean that it just wasn't -- I didn't feel

10 comfortable -- I remember when I was 30 and 40, as you had

11 mentioned earlier, about when we were younger -- you call

12 up an employer or you went to an employer and, more than

13 likely, you stood a chance of getting a job. And now I'm

14 looking for a job at 60, which, of course, I never

15 expected that I would be doing. It was not an easy task

16 for me.

17    Q  Well, I'm having trouble understanding when you

18 say it was not an easy task. What was not easy about it?

19    A  To get an employer to sometimes even acknowledge

20 receipt of your resume. You send out a resume and you

21 don't even get an acknowledgement.

22    Q  Well, how many resumes did you send out?

## Page 36

1    A  You know, I really, really, really could not

2 give you an accurate number. I did know that I was

3 actively seeking employment through resumes, through phone

4 calls and whatever other means necessary.

5    Q  Okay. Well, do you remember -- can you give me

6 an estimate of how many resumes you sent out?

7    A  No, I really couldn't. I really couldn't.

8    Q  Okay.

9    A  To be truthful, I really couldn't. I know I

10 sent them.

11    Q  Well, was it more than 10, do you think?

12    A  Huh?

13    Q  More than 10?

14    A  Okay. Resume sending out, I am not sure that

15 that would be accurate for me, if I understood you,

16 because my effort to gain employment was through telephone

17 calls, through contacts, you know, personal contacts,

18 through responding to job announcements, through someone

19 telling me -- you know, it was just so many forms that I

20 used that I don't have any specific format or formula that

21 I could say well, I sent out 50 resumes or 10 or 12.

22    Q  Well, did you document the employers that you

## Page 37

1 contacted so that you could follow up on the status of

2 your job applications?

3    A  To a lesser extent, I probably did. I don't

4 have any chronological chronicle of the employers I

5 contacted, no.

6    Q  Do you have any documentation that would show

7 what employers you contacted?

8    A  I'm sure if I went and searched. If I can find

9 my papers, you know, find where they are, I would see some

10 documentation as to employers that I would have contacted,

11 but I'm not sure where they are, where to start looking.

12    Q  Okay. Well, did you send cover letters with

13 your resume?

14    A  I would have sent, generally, cover letters,

15 yeah.

16    Q  Would you have made copies of the cover letters

17 that you sent out?

18    A  I probably would have.

19    Q  Okay. Well, when you say probably, are you

20 guessing? Do you remember making copies?

21    A  Yeah, I'm guessing, because -- you know, whether

22 or not I -- because sometimes I would have given someone a

**Page 38**

1 resume and said okay, you know -- and that's usually -- it
2 was quite an informal process, for the most part, that I
3 utilized. It was a very informal process.
4   Q Okay. Well, who are the people that you
5 contacted to try and find employment? Who were the
6 persons that you telephoned, the contacts that you
7 referenced?
8   A I believe CFSA would have been one, a gentleman
9 by the name of Winston Punch, who was a former colleague
10 and supervisor and manager of mine when I worked contracts
11 at 8(a) companies. Just former colleagues that I --
12   Q What former colleagues did you contact?
13   A A gentleman by the name of Mike Clark, he would
14 be one that I would call, just to find out what's
15 happening in the job market.
16   Q Okay. Anybody else?
17   A As I said, I'm sure I would have, but I could
18 not right now recollect who specifically I would have
19 contacted.
20   Q Besides Mr. Punch and Mr. Clark?
21   A Mr. Clark, right. I am sure there are others
22 that I would have, but I just can't recollect right now

**Page 39**

1 who they would have been, who they are.
2   Q Well, Mr. Punch, where is he located?
3   A He is in Silver Spring, Maryland.
4   Q Okay. And you called him to find a job?
5   A Well, I would normally be in contact with him
6 because he is an old friend as well, and I would say well,
7 you know, what's happening, if you know of what's going
8 on. In fact, if I may respond, I am not even sure what
9 time frame that was, but at one point, he worked at Walter
10 Reed. That's right. It's a different, separate
11 Department of Defense contract following the termination
12 of the contract at the Navy Yard, I believe. Or was it
13 before? No. Before I went to the Navy Yard, I worked
14 temporary there with him. I think it was the summer of
15 2000, if I'm not mistaken. So he would be one of those
16 people that I would normally check in with to see if he
17 knew of any contract work or any kind of temporary work
18 that would be available.
19   Q Okay. How about Mr. Clark? Where is he
20 located?
21   A He is in -- I believe he is in Bowie, Maryland.
22   Q And you contacted him by phone?

**Page 40**

1   A Yes. We had worked several years previously,
2 during our college years. Again, he is an old friend, and
3 I contacted him.
4   Q Do you remember when you contacted him?
5   A Sometime last year. I can't remember exactly
6 when. Sometime last year.
7   Q Okay. Do you have phone records from where you
8 lived previously that would show what numbers you would
9 have called, say, during May of 2006 to when you got the
10 job?
11   A No. I am not in the habit of keeping phone
12 records, if I understand. Phone bills?
13   Q Yes, phone bills.
14   A I think I -- I started paying the bills
15 electronically, so perhaps, but I'm not sure what period.
16 But to the extent that there are records, that kind of
17 records, yes.
18   Q Can you get those?
19   A I'll try.
20   Q Okay. Do you know who your telephone provider
21 was?
22   A Up until recently, it was Verizon. It's now

**Page 41**

1 Comcast.
2   Q Okay. But, presumably, your telephone bill
3 would reflect who you called. It was not --
4   A I don't know how -- because most of the calls
5 are local. Usually the only ones that I concern myself
6 with are overseas calls. So not even the long distance,
7 but overseas. But I'm not really focused on local calls
8 to see what kind of record.
9   Q Okay. But the only employers that you can
10 actually recall submitting applications to were the
11 District Court and Lockheed Martin?
12   A Yes. Those are the ones that I could recall.
13   Q Do you remember what the job was at Lockheed
14 Martin to which you applied?
15   A I believe it's a contract specialist.
16   Q Do you remember when you applied?
17   A I'm not sure. I want to think it's sometime in
18 the spring of 2006.
19   Q All right. And did you ever hear from Lockheed
20 Martin?
21   A I subsequently got a call from them, just
22 acknowledging receipt of my resume, and the general we

Page 42

1 will get back to you.
2    Q  The Lockheed Martin office to which you applied,
3 where was that located?
4    A  It was, like, a job bank.  It was not where they
5 had different positions.  They had one in the Maryland
6 office.  They had positions in the Maryland office.
7 That's the ones that I focused on.
8    Q  Okay.  Now, you stopped working at Marshall
9 Heights Community Development Organization on February 8,
10 2007 --
11    A  Yes.
12    Q  -- for medical reasons?
13    A  Yes.
14    Q  What medical reasons were those?
15    A  Failing eyesight.
16    Q  Okay.  And are you working now?
17    A  No, I'm not.
18    Q  Okay.  Have you looked for work since February
19 8th?
20    A  No, I have not.  Again, I had -- no, I have not.
21    Q  And why?
22    A  Well, I had surgery.  I had more surgery, more

Page 43

1 eye surgery, and only just last Wednesday, I pretty much
2 got a -- sort of review from my doctor.  That's why I
3 came to have a follow-up check on my surgery, and he felt
4 that my recuperation and my sight is coming along, slowly
5 but surely.
6    Q  Okay.  But you are not able to work now; is that
7 fair?
8    A  If I'm not able to work?
9    Q  Well, because of your eyesight, can you work or
10 not?
11    A  Well, based on the last assessment from the
12 doctor, my intention is to begin the process of looking
13 for work.  Now, what, I don't know.
14    Q  Okay.  But until last week, Wednesday, and from
15 February 8th, you have not looked for work or been able to
16 work; is that correct?
17    A  No, I have not.  No.
18    Q  Okay.  Are there any friends or colleagues other
19 than Mr. Punch or Mr. Clark that you can recall contacting
20 about employment prior to your taking the job at Marshall
21 Heights?
22    A  Again, I must have, but I cannot specifically

Page 44

1 recollect who.
2    Q  As far as you know, was your employment at
3 Marshall Heights Community Development Organization
4 satisfactory?
5    A  Yes.
6    Q  Okay.  Until Ursula Holmes became your
7 supervisor at the Library of Congress, did you get
8 performance evaluations?
9    A  Not that I know of.  I never participated in
10 one.
11    Q  Okay.  Did anybody complain about your work
12 prior to Ursula Holmes becoming your supervisor?
13    A  Absolutely not.
14    Q  When you worked for the Navy Yard, did you ever
15 get any performance evaluations?
16    A  Absolutely yes.
17    Q  And who would have given you those performance
18 evaluations?
19    A  The commanding officer, whoever the head of the
20 Navy Yard -- the commanding officer, district.
21    Q  And were your performance evaluations
22 satisfactory, as far as you know?

Page 45

1    A  Yes.
2    Q  Okay.  Did you keep copies of any of your
3 employment records?
4    A  For a while, I did.  And then, you know, with
5 moving and everything and having accumulated paperwork, in
6 the last year or so, I began to sort of divest myself of
7 records I had.
8    Q  When you worked for Child and Family Services,
9 did anybody complain about your job performance?
10    A  No.  In fact, my evaluations were always
11 excellent.
12    Q  When you were at Jordan and Howard, did anybody
13 express dissatisfaction with your performance?
14    A  Can you repeat that?
15    Q  When you were working for Jordan and Howard, did
16 anyone at Jordan and Howard express dissatisfaction about
17 your work performance?
18    A  Are you saying dissatisfaction or satisfaction?
19    Q  Dissatisfaction.
20    A  Oh, okay.  No, no one did.
21    Q  Okay.  Had you ever been fired from any job?
22    A  No, not really.

Page 46

1    Q  When you say no, not really, does that mean you
2  have been fired?
3    A  No.  No.  I have not been.
4    Q  So you have never been fired?
5    A  I have never been fired.
6    Q  Okay.  And no employer has ever expressed
7  dissatisfaction with your performance?
8    A  Not that I know of.
9    Q  All right.  Now, when you worked for Progressive
10  Technology Federal Systems, Inc., how long did you work
11  for it?
12    A  From approximately September 8 of 2005 through
13  January of 2006.
14    Q  All right.  And Progressive Technology Federal
15  Systems, Inc. took over the contract that Jordan and
16  Howard previously had with the Library of Congress?
17    A  As far as I know, yes.
18    Q  Okay.  And they inherited -- and then
19  Progressive Technology Federal Systems inherited you as an
20  employee, correct?
21    A  Yes.
22    Q  And that's how you became employed by them,

Page 47

1  right?
2    A  Yes.
3    Q  Okay.  And after Progressive Technology Federal
4  Systems, Inc. took over your employment, they had the
5  Library of Congress increase all of the salaries of the
6  Library of Congress workers, yourself included, correct?
7    A  For myself -- as far as I know, yes, for myself.
8  I don't know for anyone else.
9    Q  Okay.  You didn't talk with any of your
10  coworkers and learn that Progressive Technology Federal
11  Systems had actually increased all of the wages for the
12  workers that it inherited under the Jordan and Howard
13  contract?
14    A  I think that's general knowledge, but I don't
15  know specifically that they did, in fact.  But I think it
16  was just general knowledge.  Coming in with a new
17  contract, that was one of the provisos or provisions.
18    Q  Okay.  Well, did you understand that Progressive
19  Technology Federal Systems advocated for the employees to
20  get increased salaries after it took over the contract?
21    A  I did not understand that they advocated for it,
22  but I know that we did receive increased salaries from the

Page 48

1  previous contract.
2    Q  Okay.
3    A  I don't know how it came about.
4    Q  But it was not your understanding -- or was it
5  your understanding that PTFS had actually gone to the
6  Library of Congress and asked for increases because they
7  felt the workers should be paid more?
8      MR. PRESSLEY:  Objection.
9      THE WITNESS:  I would not have known.
10     BY MS. WHELIHAN:
11    Q  You didn't hear that from any of your coworkers?
12    A  No.  I would not have known.
13    Q  Okay.  But you do know that the workers ended up
14  being paid more?
15    A  Yes.
16    Q  Okay.
17    A  Yes.  What the process was, I don't know.
18      Can I get some water, please?
19    Q  Yes.  Yes, you can.  You can take as many breaks
20  as you want, except when a question is pending.
21    A  Oh.  I just want some water.
22    Q  Who did you work with when you worked at the

Page 49

1  Library of Congress?
2    A  Coworkers?
3    Q  Yes.
4    A  From the Library side, I worked with -- Napoleon
5  Jasper at one point was my supervisor.  I worked with
6  Aileen Dozier, Joanne Walker, Christopher Hansen, Rene
7  Servin -- I'm not sure if I'm saying that correct -- Eric
8  Ingraham, Jim -- I don't recall Jim's last name, but he
9  was an IT person -- Valda Mumfree, M-U-M-F-R-E-E, Verna
10  Tubman, Chelsea Baker, Dorothy Holland.  There were
11  several others, but I somehow can't recall all of their
12  names at the moment.
13    Q  Okay.  Did you work with Sheila Hess at PTFS?
14    A  Well, she was the supervisor from PTFS, yes.
15    Q  Okay.  Now, Sheila Hess, do you know how old she
16  is?
17    A  No, I don't.
18    Q  Is she older?
19      MR. PRESSLEY:  Objection.
20      THE WITNESS:  I couldn't tell you.
21      BY MS. WHELIHAN:
22    Q  So you don't know whether she is older than you

Page 50

1 are?
2    A  I don't know.
3    Q  Do you know how old Ursula Holmes is?
4    A  No, I have no idea.
5    Q  Do you know if Ms. Holmes was over 40?
6    A  Can you repeat that?
7    Q  Do you know if Ms. Holmes was over 40?
8    A  I don't know.
9    Q  Okay.  How about Ms. Hess?  Do you know if she
10 is over 40?
11    A  Reasonably speaking, I would like to think she
12 is, but I don't want to --
13    Q  Okay.  How did you learn that the Library of
14 Congress did not want you to return?
15    A  I was on vacation, and I believe it was the 29th
16 of December, Ms. Hess contacted me by phone.
17    Q  Okay.  And do you remember what Ms. Hess told
18 you?
19    A  She just told me don't return to the Library
20 upon my return from vacation.
21    Q  And did she say anything else?
22    A  No, that was it.  Well, of course, to see her

Page 51

1 when I came back or get in touch with her when I returned.
2    Q  Okay.  And did you do that?
3    A  Yes, I did.
4    Q  And when was that meeting?
5    A  I believe we met on the 9th of January, 2006.
6    Q  And what did you and she discuss?
7    A  Actually, when I returned, I called her office
8 and was very concerned as to what occurred, and she
9 indicated that, you know, I was -- she was asked to
10 terminate me from the Library of Congress assignment.
11 That was the 4th or the 5th of January, and at that time,
12 we set the appointment for the 9th of January at her
13 office in Bethesda, Maryland, at which time we -- I
14 believe with Anne Thomas, which is -- I believe she is an
15 employee of PTFS as well.  Ms. Hess and myself met, I
16 believe, at Ms. Hess' office, at which time I inquired as
17 to what happened, as to what would have happened, why was
18 my position terminated.
19         My immediate reaction -- well, one of my
20 immediate reactions, because there was no explanation that
21 I could think of, was my age.  Following exchanges between
22 Ms. Hess and myself regarding the situation, she then

Page 52

1 produced an e-mail which she received from Ursula Holmes.
2 My immediate reaction was not only was the e-mail totally
3 incorrect, but it was to me -- I felt that it was a
4 pretext, to me, for dismissing me.  Again, as I said, I
5 was very much aware that my age must have been a factor,
6 because as I reflect now, even at the Library, I believe
7 -- I'm not 100 percent sure -- that I was one of the old
8 -- if not the oldest employee in the contract office,
9 among those employees that you asked me about earlier.
10    Q  But you don't know how old any of your coworkers
11 were, right?
12    A  I'm sorry?
13    Q  You don't know how old any of your coworkers
14 were?
15    A  Well, as I said, I believe I was the oldest,
16 because I -- you know, just -- I'm not a judge, as such,
17 as to people's age, but I believe that I was the oldest.
18 And that's just from interaction with my coworkers.
19    Q  But you don't know how old anybody else was,
20 right?
21    A  I couldn't give you the ages.
22    Q  All right.  Well, when you met with Anne Thomas

Page 53

1 and Sheila Hess, what did they say to you?
2    A  Not very much.  I'm not -- could you rephrase
3 the question?
4    Q  Sure.  You had a discussion with Ms. Hess and
5 Ms. Thomas, right?
6    A  Ms. Thomas was merely sitting in the presence,
7 but the conversation went between Ms. Hess and myself, for
8 the most part.
9    Q  Well, tell me, since I wasn't there, what you
10 can recall that was said by Ms. Hess.
11    A  Okay.  My premise for going there was to inquire
12 of Ms. Hess, which I did, as to what could have happened,
13 what happened, why was I terminated, why was my assignment
14 ended.  Quite frankly, my characterization of the
15 conversation was one that there was a great deal of
16 hesitation, in that while I expressed my concern as to
17 what could have precipitated my termination to Ms. Hess,
18 it took some time before -- in addition to my concern that
19 my age played a factor.  But it took some time before she
20 eventually produced the e-mail which, as I said earlier,
21 to me just became a pretext for removing me based on my
22 age and the fact that, you know, the statements that were

Page 54

1  in the e-mail were not -- were not -- well, they were
2  totally false.
3     Q  Okay.  Well, what I want to understand, since I
4  wasn't there, is I would like to know what you recall
5  Ms. Hess saying to you about your employment at the
6  Library of Congress.
7     A  She simply said the fact that -- the statements
8  became the issue -- that was not true, because that does
9  not represent who I am, the employee that she hired to
10  work with PTFS at the Library of Congress.
11     Q  Okay.
12     A  That's pretty much what she said.
13     Q  Okay.  Well, I would like you to tell me, so
14  that I can better understand, what precisely was said
15  during this meeting by Ms. Hess to you, to the best of
16  your recollection.
17     A  To the best of my recollection?
18     Q  Right.  From the minute you walked into the
19  office and sat down, what was said?
20     A  Not very much.  When I say not very much, it was
21  only when -- there was only discussion when she produced
22  the e-mail.  There was not any intense discussion.  It was

Page 55

1  just more or less chitchat, if I should say.
2     Q  Okay.  Well, how long did this meeting last?
3     A  Oh, boy.  Maybe 20, 30 -- I'm not -- maybe 20
4  minutes.  I'm not sure how long, about 20 or 30 minutes.
5     Q  All right.  And what was the purpose of the
6  meeting?
7     A  Well, the purpose of the meeting was, one, for
8  Ms. Hess to let me know what had happened.  That was my
9  grave concern and my question to her on the telephone.
10  That was the purpose of my going there, what had happened,
11  because I had no inclination that there was anything wrong
12  with my job performance prior to my going on vacation.  I
13  intended or expected when I returned to go back to my
14  employment at the Library of Congress.
15     Q  Okay.  Who initiated the meeting, you or PTFS?
16     A  Well, Ms. Hess, when she called me on the 29th
17  and she -- of course, she knew I was on vacation --
18  indicated upon my return, I should call her to set up that
19  meeting.
20     Q  Okay.  Did you have any understanding about what
21  the purpose of the meeting was --
22     MR. PRESSLEY:  Objection.

Page 56

1     BY MS. WHELIHAN:
2     Q  -- from the telephone conversation that you had
3  with Ms. Hess?
4     A  I'm not sure I understand.
5     Q  Did you know that the Library of Congress did
6  not want you back from the telephone conversation?
7     A  Well, Ms. Hess told me that I'm not to report
8  back to the Library of Congress.  I did not know at that
9  time what the -- the reason or purpose or anything like
10  that.  Ms. Hess never told me, other than the fact that I
11  was not to report back to the Library.  That's all she
12  told me.
13     Q  Okay.  So when you got to the meeting with
14  Ms. Thomas, did you understand that you were being
15  terminated?  Did you understand after you had the meeting
16  with Ms. Thomas and Ms. Hess that you had been terminated
17  from the Library of Congress?
18     A  Yes.
19     Q  Okay.  Did you understand that PTFS had kept you
20  employed longer because of the fact that you were on
21  vacation?
22     A  I'm not sure I understand you.

Page 57

1     Q  Okay.  Did you ever understand that PTFS had
2  extended your employment, notwithstanding that the Library
3  of Congress didn't want you back, basically because you
4  were on vacation and they didn't want to terminate you
5  while you were on vacation?
6     A  I'm not sure I understood that.  I'm not sure
7  that I understood that.
8     Q  So neither Ms. Hess nor Ms. Thomas told you that
9  they had extended your employment, even though the Library
10  of Congress didn't want to employ you anymore, basically
11  because they didn't want to disrupt your vacation?  Were
12  there discussions about that?
13     A  No.
14     Q  Did you later learn that was the case?
15     A  The only thing in that regard was so that I
16  can -- because I was scheduled for surgery, so that I can
17  finish complete -- the process of the termination took
18  place after I returned from vacation.
19     Q  Okay.  Well, did you learn that PTFS extended
20  your employment so that you could continue your health
21  coverage and have your surgery?
22     A  Yes.

**Page 58**

1    Q  Did you have a conversation with Ms. Hess after
2  this meeting in January of 2006?
3    A  Yes.
4    Q  Okay.  And when was that conversation?
5    A  At the outset of the meeting on the 9th,
6  contrary to the normal practice, Ms. Hess offered to
7  assist in placing me and asked me if I would provide her
8  my resume, which I did subsequent to the 9th.  Sometime
9  after that -- I'm not sure the sequence of the time -- up
10  to this day, I have not been able to -- well, for a while
11  I tried to reach Ms. Hess via telephone, e-mail, and I
12  have not had any communication with her.
13    Q  Did you tell Ms. Hess that you had only filed
14  the charge of discrimination which you filed with the EEOC
15  against Progressive Technology Federal Systems because
16  they were your actual employer?
17    A  Can you repeat that?
18    Q  Let me try a different way.
19      Ultimately, you filed a charge of
20  discrimination, correct?
21    A  Yes, I did.
22    Q  Okay.  And did you contact PTFS about the charge

**Page 59**

1  of discrimination?
2    A  No.  I believe the EEOC would have done that.
3  Or, from what I understood, I don't believe I -- no, I did
4  not.  I don't think so.
5    Q  Okay.  Well, did you tell Ms. Hess that you were
6  going to file a charge of discrimination against the
7  library and that you would have to include PTFS?
8    A  No.  I think I did that independent of PTFS.
9    Q  Okay.  Well, did you have any conversations with
10  Ms. Hess that you didn't really want to sue PTFS, that you
11  were only suing PTFS or claiming discrimination because
12  they were your employer, but that your claim was against
13  the Library of Congress?
14    A  No, because I don't believe I was able to
15  contact Ms. Hess after -- as I said, shortly after that
16  meeting on the 9th, and I believe I filed the complaint so
17  much later.  I made several attempts to contact Ms. Hess
18  after the meeting of the 9th.  I think I spoke with her
19  maybe once, to just let her know I sent her the e-mail.  I
20  don't recall any discussion.
21    Q  You don't remember having any conversations with
22  Ms. Hess about the fact that you didn't want to sue PTFS?

**Page 60**

1    A  I don't recall.
2    Q  Okay.  Do you recall having any conversations
3  with Ms. Hess that you were grateful or thankful that PTFS
4  had extended your employment and that you really didn't
5  have any claim against them?
6    A  Well, I did that on the 9th.  I thanked Ms. Hess
7  and Ms. Thomas, particularly since they were kind enough
8  to extend my coverage, my time of employment.  I expressed
9  my appreciation and gratitude to them at that time.
10    Q  Okay.  Well, if Ms. Hess remembers having a
11  conversation with you where you told her that you didn't
12  really want to sue PTFS and that you only wanted to sue
13  the Library of Congress, would she be mistaken?
14    A  Can you say that again?
15    Q  Sure.  If Ms. Hess recalls having a conversation
16  with you where you told her that you didn't want to sue
17  PTFS or for any claim against PTFS, that your only claim
18  was against the Library of Congress, would she be
19  mistaken?
20    A  I don't know that I would be able to say yes, we
21  did or yes (sic), we didn't.
22    Q  Okay.  Did you have trouble working with the

**Page 61**

1  software at the Library of Congress?
2    A  Absolutely not.
3    Q  Do you remember what the software was at the
4  Library of Congress?
5    A  There was a new system that was implemented
6  called Momentum.  From its inception, myself, as far as I
7  know, as well as all of the employees, the contract
8  specialists, had difficulty working with it.  The system
9  itself posed a problem, but to the extent that I could, I
10  mastered it as best I could.
11    Q  Okay.  Did Ms. Holmes give you any comments at
12  all about your work that you recall?
13    A  No.
14    Q  Did Ms. Holmes call you in the morning and
15  request that you give her a status report in the afternoon
16  about the projects that you were working on?
17    A  That was ongoing, yes.  I don't know -- well,
18  yes.
19    Q  Okay.  Were you the only employee that she did
20  that to?
21    A  As far as I know, no.
22    Q  Okay.  Well, who else did she ask for a status

## Page 62

1 report from as to the projects on which they were --
2    A  I would think in the normal course of the day,
3 she would have asked other employees, whether it's Joanne
4 Walker or Rene Servin or Chris Hansen or any of the names
5 I mentioned earlier.
6    Q  Are you guessing about that?
7    A  Well, no. I think that was the normal -- see,
8 Ms. Holmes came in October of 2005. It was just a few
9 weeks, if I should say, before -- during which time she
10 was becoming accustomed to the work environment,
11 et cetera. I'm not sure I knew exactly how she functioned
12 or how she interacted, because it was not until November
13 before we got together as a group.
14    Q  How many workers were doing about the same kind
15 of things that you were?
16    A  I would say at least about 12 of us, whoever the
17 contract specialists were. Of course, you know, there
18 were small acquisitions. There were larger procurement
19 actions which the Library of Congress employees handled
20 those, but for the most part, the contract employees did
21 the small acquisitions.
22    Q  Okay. Well, who had similar job functions like

## Page 63

1 yours?
2    A  Chelsea Baker. As far as I know, Chelsea Baker,
3 Rene Servin, Verna Tubman. And the reason why I named
4 those three is because we were pretty much under the PTFS
5 contract.
6    Q  Was there anybody else?
7    A  Well, Aileen Dozier. Employees?
8    Q  Yes, that were doing the same, similar function
9 to you.
10    A  Yeah. Aileen Dozier. I believe I mentioned
11 Joanne Walker already. Valda Mumfree, Chris Hansen.
12 Those are the ones I can recall.
13    Q  Okay. Did anybody tell you -- any of your
14 coworkers at the Library of Congress tell you that Ursula
15 Holmes had asked for status reports on their projects for
16 the afternoon?
17    A  Yes; Chris Hansen.
18    Q  Anybody else?
19    A  I'm sure in interaction, they would have
20 mentioned -- you know, whether it was Rene or Joanne or
21 whomever -- in the normal course of daily activities,
22 yeah.

## Page 64

1    Q  Did Ms. Holmes tell you that she wanted a status
2 report on your projects by the afternoon by a time
3 certain?
4    A  Could you rephrase that?
5    Q  Sure. Did Ms. Holmes ask you for a status
6 report in the morning to be given at any certain time in
7 the afternoon?
8    A  Can you give me some specifics? I'm not sure
9 that --
10    Q  Do you remember Ms. Holmes asking you to provide
11 her with a status report on the projects that you were
12 working on in the afternoon, beginning in the morning?
13    A  Any specific time frame?
14    Q  Yeah. Did she give you a time frame?
15    A  I'm not sure if I'm understanding your question.
16    Q  When you started working with Ms. Holmes, did
17 she start asking you for a status report on the projects
18 that you were working on?
19    A  There were times when she would ask for status
20 reports, yes.
21    Q  Okay. Did you ever fail to give her a status
22 report?

## Page 65

1    A  No, I never did.
2    Q  Did she ever tell you that she had failed to get
3 status reports from you?
4    A  Yes. And when she did, we discovered it was as
5 a result of a quirk in the system, Momentum.
6    Q  Okay. So it's your recollection that any time
7 she complained to you about not getting a status report,
8 the blame would be because of the software?
9    A  Well, it was just as a result of the quirk in
10 the system.
11    Q  Okay. Did you ever give her status reports
12 late?
13    A  No. I can't recall any. I was always prompt,
14 as best I can, and functioned and gave whatever --
15 responded promptly to whatever request was given to me.
16    Q  Did she seem to be giving you more feedback than
17 your coworkers?
18    A  I'd have no way of knowing.
19    Q  Okay. Did she tell you that she had to give you
20 more feedback than your coworkers?
21    A  No.
22    Q  Did she tell you that she thought your work was

Page 66

1  inferior to your coworkers?

2     A  No.

3     Q  Okay.  Did she tell you that you needed to edit

4  the work that you gave to her?

5     A  No.

6     Q  Did she return work to you for corrections?

7     A  In the normal course of doing work, that was

8  just a given.  Again, because of the system that we were

9  working, it had numerous quirks in it.  It usually require

10  (sic) sometimes doing and redoing.

11     Q  Did she appear to be giving you more work to

12  redo for edits than your coworkers?

13     A  I have no way of knowing.

14     Q  Okay.  But she did give you work back, right?

15     A  Yes.

16     Q  Okay.  Did she tell you that customers, other

17  departments within the Library of Congress, had complained

18  to her about the quality of your work?

19     A  No.  The first I became aware of that was when I

20  got the e-mail from Sheila Hess on the 9th of January.

21     Q  Okay.  Did Ms. Holmes ever tell you that you did

22  not understand the electronic acquisition software?

Page 67

1     A  No, she did not.

2     Q  Okay.  And you never had any impression from her

3  that your work was unsatisfactory?

4     A  Huh?

5     Q  You did not have an impression from her when you

6  worked directly with her that your work was

7  unsatisfactory?

8     A  No, I did not.

9     Q  Okay.

10     MS. WHELIHAN:  Let's mark the Second Amended

11  Complaint as Exhibit Number 1.

12       (Whereupon, Darbeau Exhibit No. 1

13       was marked for identification.)

14     MS. WHELIHAN:  And then let's mark the 26(A)(1)

15  as Exhibit Number 2.

16       (Whereupon, Darbeau Exhibit No. 2

17       was marked for identification.)

18     MS. WHELIHAN:  And this will be Number 3, which

19  is the e-mail.

20       (Whereupon, Darbeau Exhibit No. 3

21       was marked for identification.)

22     BY MS. WHELIHAN:

Page 68

1     Q  Starting with the top, Deposition Exhibit Number

2  1, which is the Second Amended Complaint, if you flip over

3  to page 3, it says in December of 2005, Ms. Holmes made

4  unfounded allegations against the Plaintiff, in which she

5  disparaged his work performance and conveyed said

6  allegations to Sheila Hess, Plaintiff's supervisor at

7  PTFS.

8       Do you see where I'm reading?

9     A  Yes.

10     Q  Okay.

11     A  At the top?

12     Q  Yes.  And that's paragraph 12 of your Second

13  Amended Complaint, right?

14     A  Yes.

15     Q  Okay.  The Complaint that you filed, right?

16     A  Yes.

17     Q  Okay.  The unfounded allegations, are those the

18  remarks that are contained in Deposition Exhibit Number 3,

19  the e-mail?

20     A  Yes.

21     Q  Okay.  And if you look at Deposition Exhibit

22  Number 2, that's your Plaintiff's Rule 26(A)(1)

Page 69

1  Disclosures, right, Deposition Exhibit Number 2?

2     A  Yeah.  I'm looking.

3     Q  That's your document, right?  That's your

4  26(A)(1) Disclosures, right?

5     A  Yes.

6     Q  Okay.  If you flip over to page 4 of Deposition

7  Exhibit Number 2, where it says Documents --

8     A  Yes.

9     Q  -- it says Plaintiff has copies of e-mails

10  relating to communications between Sheila Hess and Ursula

11  Holmes with respect to his performance and termination.

12     A  Yes.

13     Q  Okay.  Is Deposition Exhibit Number 3 the only

14  e-mail that you have?

15     A  Yes, that's it.

16     Q  Okay.  There are no other documents?

17     A  No other.

18     Q  Okay.  So the only document that you have

19  regarding the unfounded allegations which you allege is

20  Deposition Exhibit Number 3?

21     A  Yes.

22     Q  Okay.  And this is the document -- Deposition

## Page 70

1 Exhibit Number 3 was the document given to you by Ms. Hess
2 at the January 9th meeting?
3    A  Yes.
4    Q  Okay. And looking at Deposition Exhibit Number
5 3, a, it says he is unable to effectively manage his
6 workload.
7    Do you see where I am reading?
8    A  Yes.
9    Q  All right. And you would agree that Ms. Holmes
10 told Ms. Hess that, right?
11    A  I believe that's -- yeah. That's who the e-mail
12 is sent to, that's who I got it from, so I believe that
13 was the intent, yes.
14    Q  All right. And you have no recollection of
15 Ms. Holmes making any comments to you which would have led
16 you to conclude that she thought you could not effectively
17 manage your workload?
18    A  Absolutely none.
19    Q  Okay. And until January 9, 2005, Ms. Holmes had
20 not told you that she had received phone calls or e-mails
21 from customers regarding your failure to follow up?
22    A  She never did, no.

## Page 71

1    Q  Okay. And she did not tell you or you did not
2 learn until January 9, 2005 that Ms. Holmes felt that she
3 was rarely able to sign documents that you prepared for
4 her signature?
5    A  That's correct.
6    Q  Did any of the documents that you gave her have
7 typographical errors?
8    A  They could have. I'm not sure. I'm not in the
9 habit of working so deficient.
10    Q  Well, did Ms. Holmes ever return to you a
11 document that had typographical errors in it?
12    A  No.
13    Q  Okay. How about process errors? Did Ms. Holmes
14 ever complain to you that a document that you gave her had
15 process errors?
16    A  Again, I think as it relates to the system that
17 we were using and the problems that we encountered on a
18 daily basis, it lent itself to errors that we would
19 generally be, you know, confronted with errors that -- you
20 know, we had sometimes no control over it.
21    Q  Okay. But did you ever give documents to
22 Ms. Holmes that had process errors in them that you had

## Page 72

1 failed to observe at process?
2    A  No, I would not give a document with process
3 errors. Perhaps, you know -- I would not. I would give
4 her a document, yes, but not with process errors.
5    Q  Okay. Were there ever documents that you gave
6 Ms. Holmes that actually had process errors in them?
7    A  Perhaps. You know, I -- maybe. I don't know.
8    Q  Okay. Did Ms. Holmes ever tell you that you had
9 not grasped the use of Momentum?
10    A  No.
11    Q  Did the IT staff have to help you fix errors in
12 your data entries?
13    A  Yes.
14    Q  Okay. And when did that happen?
15    A  As often as was required in our daily use of the
16 Momentum system, we had to call on the IT staff to help us
17 through problems we encountered, I as well as all the
18 other contract specialists.
19    Q  Okay. But you do remember using the IT staff to
20 fix errors?
21    A  That's what they were there for. Yes.
22    Q  Do you know whether or not the IT staff fixed

## Page 73

1 errors in your data entries more often than any of your
2 coworkers?
3    A  No, I don't.
4    Q  Okay. You don't know one way or the other?
5    A  No, I don't.
6    Q  Okay. Did Ms. Holmes ever tell you that you had
7 promised to get back to her with the status of an
8 assignment and that you had failed to do so?
9    A  No.
10    Q  Okay. Did you ever give her an update on
11 assignments that was not true?
12    A  No.
13    Q  Did you have any problems with the Library's
14 software, Momentum?
15    MR. PRESSLEY: Objection.
16    THE WITNESS: Yes. No more than any other of
17 the employees, my fellow contractors, the contract
18 specialists.
19    BY MS. WHELIHAN:
20    Q  How do you know that?
21    A  Because we all were complaining constantly,
22 almost, at a period in time, even long before Ursula

Page 74

1 Holmes came on board.

2    Q  Okay.  Did Ms. Holmes ever make any comments to
3 you about your age?

4    A  Not that I can recall.

5    Q  All right.  Did Ms. Holmes ever make any
6 comments to anybody else about your age?

7    A  Not that I know of.

8    Q  All right.  Looking at Deposition Exhibit Number
9 1, which is your Second Amended Complaint --

10    A  Which one?

11    Q  Your Complaint, the Second Amended Complaint,
12 page 3, paragraph 13.  Paragraph 13 says Ms. Hess knew or
13 should have known that the allegations against the
14 Plaintiff were false and unfounded.

15       How should Ms. Hess have known that?

16    A  One, they were false, and one, the statements
17 were incorrect or false.  Ms. Hess herself acknowledged,
18 in fact, she didn't believe them.  And, two, of course,
19 she had my resume and my application, and she would have
20 known my age by that time.

21    Q  Okay.  Well, how would Ms. Hess know that
22 Ms. Holmes' opinion that she was rarely able to sign

Page 75

1 documents that you prepared because of the typographical
2 errors or processing errors was untrue?  How would
3 Ms. Hess have known that?

4    A  I don't know, other than the e-mail.

5    Q  Well, the e-mail says that you had documents
6 that had typographical and process errors, right?

7    A  Yes.

8    Q  Okay.  Well, how would Ms. Hess know that
9 Ms. Holmes was not correct?

10    A  By her own statement to me when we looked at the
11 e-mail and we discussed it or when we went over the
12 e-mail.

13    Q  Okay.  Well, you don't have any facts to show
14 that Ms. Hess knew that Ms. Holmes' opinions of you, as
15 contained in Deposition Exhibit Number 2, were untrue,
16 right?

17       MR. PRESSLEY:  Objection.

18       THE WITNESS:  Could you repeat that?

19       BY MS. WHELIHAN:

20    Q  Sure.  As far as you know, Ms. Hess believed
21 what Ms. Holmes had written in the e-mail, right?

22    A  No, I don't know that.

Page 76

1    Q  Okay.  You don't know that that isn't true,
2 right?

3    A  I know Ms. Hess said to me that she did not
4 believe the statements either, as it pertained to me.

5    Q  Okay.  Did you tell Ms. Hess that you thought
6 that Ms. Holmes was targeting you because of your age?

7    A  I don't recall if I said that or not.

8    Q  Okay.  Well, now, in paragraph 13 of Deposition
9 Exhibit Number 1, it says that Ms. Holmes was displaying a
10 preference for younger workers, at the expense of older
11 workers.

12       What is the factual basis for that statement?

13    A  The fact that -- based on her statements and
14 unfounded statements that I was terminated.  Again, I have
15 reason to believe that I was, if not the oldest one, the
16 oldest employee.

17    Q  Okay.  So as far as you know, the only older
18 worker that Ms. Holmes targeted was yourself; is that
19 right?

20    A  At that time, yes.

21    Q  Okay.  Who else did Ms. Holmes fire?

22    A  From what I understand, Rene Servin, who, again,

Page 77

1 was one of my colleagues, worked for PTFS as well.  And I
2 later found out that Carol Barton, who was a Library of
3 Congress employee, was an employee, I believe, over 40.

4    Q  When did you find out about Carol Barton and
5 Rene Servin being terminated by Ms. Holmes?

6    A  It must have been sometime during the spring or
7 summer of 2006.

8    Q  And how did you find out?

9    A  Well, I kept in touch with Rene Servin, because
10 we both live in Capitol Hill.  He lives in Capitol Hill,
11 and I would run into him.  I think one Saturday, actually,
12 we had lunch.  You know, we just -- we maintained a good,
13 cordial relationship.

14    Q  Okay.  Well, how did you find out about Carol
15 Barton?

16    A  Through Rene.

17    Q  Have you spoken to Carol Barton?

18    A  I did, yes.

19    Q  When did you do that?

20    A  Sometime last summer, I believe.

21    Q  What younger workers did Ms. Holmes display a
22 preference for?

## Page 78

1    MR. PRESSLEY: Objection.
2    THE WITNESS: I know that -- what's her name --
3  Verna Tubman is one that comes to mind.
4    BY MS. WHELIHAN:
5  Q  Anybody else?
6  A  Oftentimes, I like to think everybody has fallen
7  in that category; Joanne Walker, Aileen Dozier, the whole
8  list there.  They are younger than I am, as far as I
9  believe.
10  Q  But you don't know, right?  You don't know the
11  ages of anybody?
12  A  No.  I mean, again, it only was -- it was more
13  or less like a standard joke, I mean, amongst us in the
14  office, that -- they all recognized that I was an older
15  person, and therefore, they treated me that way, and
16  therefore, I assumed that for them to do that that they
17  would have been much younger than I am.
18  Q  Okay.
19  A  It was a standard joke, actually.
20  Q  Did anybody joke with Ms. Hess about how old she
21  was?
22  A  You know, quite frankly, Ms. Hess wasn't there

## Page 79

1  long enough to even -- for me to even get to know her, to
2  be honest with you.
3  Q  How much contact, do you know, did Ms. Hess have
4  with Ms. Holmes?
5  A  I don't know.
6  Q  How much contact did Ms. Hess have with you
7  while you were working at the Library of Congress?
8  A  Well, we did have about two or three meetings;
9  the interview for the job, the -- I'm not sure if she or
10  Ms. Thomas conducted the benefit orientation.  I believe
11  she might have been present, but I would like to think
12  about three or so contacts that we have had, which would
13  have been more or less back in September of 2005.
14  Q  Well, what facts do you have that would support
15  your contention that Ms. Hess should have known or did
16  know that Ms. Holmes had a preference for younger people,
17  as opposed to older people?
18  A  Well, other than the fact my age and the e-mail
19  or the statements of the reason or the purpose of the
20  termination was based on statements that to me were a
21  pretext for terminating me from the contract, facts that
22  Ms. Hess herself said that she did not believe that it

## Page 80

1  applied to me.
2  Q  Okay.  Well, nobody ever discussed with you your
3  age, right?
4  A  No.
5  Q  Okay.  So the only basis that you have for a
6  belief that your age played a role in your termination by
7  the Library of Congress is speculative, right?
8    MR. PRESSLEY: Objection.
9    THE WITNESS: I didn't understand.
10    BY MS. WHELIHAN:
11  Q  Well, you are presuming or assuming that your
12  age played a role in your termination.
13  A  No.
14  Q  Okay.  And why do you say no?
15  A  Because I am the age -- I was 60 years old at
16  the time and I was performing my duties as assigned, and I
17  could not think of any other reason but the fact that --
18  my age.  I was performing.  I was working.  No one ever
19  said that they were dissatisfied or unhappy when I was
20  hired by Ms. Hess and PTFS.  They did not indicate any
21  hesitation.  They did not in any way hesitate to hire me
22  or to bring me on to contract.  So the only thing being

## Page 81

1  60 in the work environment that -- other younger
2  employees, and that's not an assumption or presumption.  I
3  was 60 years old or just approaching 60 at the time.
4  Q  Okay.  Well, did you know that Ms. Hess is older
5  than you are?
6  A  No, I don't know that.
7  Q  Okay.  Ms. Hess never told you that Ursula
8  Holmes terminated you because of your age, right?
9  A  No.  In fact, she -- no.
10  Q  And there were older workers besides you who
11  worked for the Library of Congress, correct?
12  A  I believe so, yes.  I believe so.  I don't know.
13  Q  Well, who, when you were working at the Library
14  of Congress, did Ms. Holmes seem to prefer to you?
15    MR. PRESSLEY: Objection.
16    THE WITNESS: I don't know.  I couldn't answer
17  that question.
18    BY MS. WHELIHAN:
19  Q  Okay.  Well, in paragraph 15 of the Second
20  Amended Complaint, which is Deposition Exhibit Number 1,
21  you say that Plaintiff was subsequently replaced by a less
22  qualified, younger worker under the age of 40 years old.

Page 82

1    Who is the younger worker that subsequently
2 replaced you?
3    A  I know the person who replaced me that actually
4 sat in the place that came from PTFS was a younger person,
5 but I don't know who that person is specifically.
6    Q  Well, how do you know that person was younger?
7    A  I believe in one of my conversations with Rene,
8 he might have indicated to me that it was a young man who
9 replaced me.
10    Q  Well, how do you know that worker was under the
11 age of 40?
12    A  Based on just the conversation, I came to a
13 reasonable conclusion that the person was younger than I
14 was, and at least under the age of 40.
15    Q  Well, this conversation that you had with Rene,
16 was that on that Saturday?
17    A  Possibly, yeah.
18    Q  Okay.  But did Rene tell you how old the worker
19 was that replaced you?
20    A  No, he did not.
21    Q  Okay.  What qualifications did that worker have?
22    A  I don't know.

Page 83

1    Q  Well, then, how do you know that worker was less
2 qualified than you?
3    A  I know of my experience and qualifications.
4    Q  Okay.  But you don't know if the qualifications
5 of the person who replaced you was superior or not, right?
6    A  No, I would have no way of knowing that.
7    Q  Okay.  How would Ms. Hess know that Ms. Holmes
8 preferred younger workers to older workers, if that
9 statement were true?
10    MR. PRESSLEY:  Objection.
11    THE WITNESS:  Well, I presume that as the
12 supervisor, the PTFS representative, and Ursula Holmes in
13 her capacity as the supervisor at the Library of Congress,
14 they would have communication.  There would be
15 communication.
16    BY MS. WHELIHAN:
17    Q  Okay.  So when you say presume, you are
18 speculating, right?
19    A  No.  It's just normal that there would have to
20 be communication.  I mean, I can only go on my experience,
21 having worked in such a capacity before, that you have to
22 be in contact with your contract representative.

Page 84

1    Q  Well, you don't know what communications there
2 were between Ms. Hess and Ms. Holmes except for what has
3 been marked as Deposition Exhibit Number 3, true?
4    A  Absolutely.
5    Q  Okay.  So that's yes, right?
6    A  Yes.  Sorry.  Sorry.
7    Q  All right.  So you don't know what discussions,
8 other than performance reasons, Ms. Holmes gave to
9 Ms. Hess, right?
10    A  I'm not sure I understand that question.
11    Q  Okay.  Well, in this e-mail, you would agree
12 that there are performance reasons that Ms. Holmes gives
13 for your termination, correct?
14    A  Based on, yeah, the e-mail.
15    Q  And there is nothing in Deposition Exhibit
16 Number 3 about your age, correct?
17    A  Yes, there is.
18    Q  In Deposition Exhibit Number 3 --
19    A  Oh, Number 3.  Sorry.  No.  Sorry.  No.
20    Q  In Number 3, there is nothing about your age
21 referenced, right?
22    A  No.

Page 85

1    Q  The only issues communicated to Ms. Holmes --
2 I'm sorry.  Strike that.
3    The only communications made by Ms. Holmes to
4 Ms. Hess were performance reasons, right?
5    A  As far as the document reflects, yes.
6    Q  And Ms. Hess never said to you that she thought
7 that Ms. Holmes was targeting older workers for
8 termination, right?
9    A  She did not.
10    Q  And she never told you that she knew that
11 Ms. Holmes was displaying a preference for younger
12 workers, right?
13    A  I don't know that she did.
14    Q  Well, Ms. Hess never told you that Ms. Holmes
15 had told her that she liked younger workers better than
16 older workers, right?
17    A  No, she never told me that.
18    Q  Okay.
19    A  I don't think she did.
20    Q  And you understood that PTFS had a contract with
21 the Library of Congress, right?
22    A  Yes.

Page 86

1  Q And that the Library of Congress, then, could
2 dictate who worked under the contract, right?
3     MR. PRESSLEY: Objection.
4     THE WITNESS: I'm not sure I understand.
5     BY MS. WHELIHAN:
6  Q You understood that the Library of Congress
7 could control what workers worked under the contract that
8 it had with PTFS, right?
9     MR. PRESSLEY: Objection.
10    THE WITNESS: I don't know that I know that or
11 would know that.
12    BY MS. WHELIHAN:
13  Q In the meeting with Ms. Hess, did she tell you
14 that if the Library of Congress didn't want you back, that
15 that was the end of it, that she could not do anything
16 about that fact?
17  A Well, that's in the contract, the contract that
18 you have with your employer, which in this case is PTFS.
19 That is, again, a standard provision in the contract, yes.
20  Q Right. So you knew that if the Library of
21 Congress was dissatisfied with you for any reason, PTFS
22 couldn't force the Library of Congress to keep you

Page 87

1 employed?
2     MR. PRESSLEY: Objection.
3     THE WITNESS: In this case, I don't know that.
4     BY MS. WHELIHAN:
5  Q Okay. Well, you don't know that PTFS had any
6 control over the Library, do you?
7  A I don't know that.
8  Q Okay. So you don't know whether the Library of
9 Congress could dictate who worked under the contract?
10  A No, I don't know that.
11  Q So if the Library of Congress didn't want
12 somebody to work for it, you don't know whether or not
13 PTFS had to abide by the Library's decision?
14  A Could you repeat that?
15  Q You don't know whether or not PTFS had to abide
16 by any decision made by the Library as to who could work
17 under its contract?
18  A I'm not sure I am understanding you.
19  Q Okay. Well, if the Library of Congress told
20 PTFS that they didn't want you working for the contract
21 anymore, you understood that PTFS had to abide by that
22 decision by the Library, right?

Page 88

1  A I guess that would depend.
2  Q Depend on what?
3  A On the circumstances or conditions.
4  Q Okay. What circumstances or conditions?
5  A In this case, we had an e-mail that I became
6 privy to by my employer, PTFS, that my immediate response
7 and reaction was it could not be true, of course, one.
8 And, as I said, to me, it's a pretext for terminating me
9 because of my age. No one would have told me that, I
10 don't think. And, two, Sheila Hess herself disagreed with
11 the contents of the e-mail as it pertains to me.
12  Q Okay. Well, didn't Sheila Hess tell you that
13 she could do nothing if the Library of Congress didn't
14 want you back?
15  A In the context where, at the end of our meeting,
16 she indicated -- again, based on the provisions of the
17 contract, they had no obligation to continue my employment
18 with the Library because of the request that was made.
19 However, she went on to say that they could -- they would
20 find a replacement or find a placement for me. That's the
21 only conversation that we had.
22  Q Well, didn't you understand from your

Page 89

1 conversation with Ms. Hess in January of 2006 that PTFS's
2 hands were essentially tied, that they could do nothing if
3 the Library didn't want you back?
4  A Other than the fact I was terminated, there was
5 no real discussion regarding -- as to that question. All
6 I knew, that I was terminated, and then we moved on into
7 the reason, which I became aware of and took exception to
8 it. That's really what we talked about. Again, as I
9 repeat -- I mean, it was my feeling then and it is now
10 that it was a pretext for my age. I mean --
11  Q Right. But you're guessing about that, right?
12 That's your supposition?
13  A Which has been borne out by the actions that
14 were taken.
15  Q Well, the action being your termination, right?
16  A My termination, yes.
17  Q Okay. That's the only evidence that you have of
18 your belief that age played a role?
19  A At that time, yes.
20  Q Okay. What other evidence do you have that your
21 age played a role in your termination by the Library?
22  A The fact that other coworkers had been similarly

Page 90

1  -- or had been discharged subsequent to my termination.
2      Q  Well, and the only two coworkers which you are
3  aware of are Rene and Carol, right?
4      A  Yes.
5      Q  Okay.  Who replaced them?
6      A  I don't know.
7      Q  Well, how old were the people that replaced
8  them?
9      A  I don't know.
10     Q  Okay.  What did Rene tell you as to why he was
11 terminated from the Library of Congress contract?
12     A  I really don't know if I know the facts or
13 specifics as to his termination, at least that I could
14 recall.  I mean, he may have told me something, but I
15 don't know now exactly or specifically why or what reason.
16     Q  Okay.
17     A  If you have a document that I could look at that
18 would help me --
19     Q  I don't actually have a document that would
20 support that.
21     A  Oh.
22     Q  All right.  How about Ms. Barton?  What evidence

Page 91

1  do you have that she was terminated by the Library of
2  Congress because of her age?
3      A  Again, the one conversation -- I believe it was
4  one conversation that I had with her, as I indicated.  She
5  appeared to me to be knowledgeable and knowing
6  procurement, and the fact that she -- well, she came, I
7  believe, after -- well, yes, she would have been there
8  after I was terminated.  Apparently, she was hired based
9  on her qualifications and her experience, and to find that
10 shortly after she was hired, she felt -- and, this is,
11 again -- and maybe I shouldn't -- but anyway, she felt and
12 my impression was that she had some difficulties working
13 with Ms. Holmes.  And, while she was one of the older
14 employees -- I am sure she's over 40 -- she felt that that
15 was part of the reason for her termination.
16     Q  Okay.  So Carol Barton, did she tell you that
17 she thought she had been fired because of her age or did
18 she not tell you that?
19     A  She was fired, but the general consensus was
20 that we were all over the hill guys.
21     Q  Okay.  Well, the general consensus I'm not
22 really interested in.

Page 92

1      Did Ms. Barton tell you that she was fired
2  because of her age?
3      A  I don't recall.
4      Q  Okay.  How about Mr. Servin?  Did he tell you
5  that he was fired because of his age?
6      A  No, I don't recall.
7      Q  Okay.  Do you know where Ms. Barton is now?
8      A  No, I don't.
9      Q  And when is the last time you spoke to
10 Ms. Barton?
11     A  It would have been sometime last summer, I
12 believe.
13     Q  And how did you happen to communicate with
14 Ms. Barton?
15     A  Through Rene.
16     Q  Was Rene present when you were speaking with
17 Ms. Barton?
18     A  Yes.
19     Q  Was this at the same lunch meeting?
20     A  Yes.
21     Q  But you don't know anything about where Carol
22 Barton is now?

Page 93

1      A  No.  I know -- I was told she was -- of course,
2  she is no longer at the Library, but I couldn't tell you
3  where she is now.
4      Q  Okay.
5      A  I don't want to guess.
6      Q  Well, do you know where she lives?
7      A  No.
8      Q  Do you have an e-mail address, telephone number?
9      A  I never had her telephone number.  I think I
10 received an e-mail from her.  I don't know if it was a
11 copy or a forward from Rene.  It might have been a forward
12 from Rene.
13     Q  Do you know when that was?
14     A  That was back in the summer.  We had limited
15 contact, and it would have been just that narrow time
16 frame, sometime in the summer of last year.
17     Q  And when was the last time you have had any
18 contact with Rene?
19     A  Maybe a couple of months ago.  Not very long.
20     Q  Okay.  Did Mr. Servin ever tell you that he
21 thought that you were fired because of the way the
22 contract was administered between PTFS and the Library of

Page 94

1 Congress?

2    MR. PRESSLEY: Objection.

3    THE WITNESS: Can you repeat that, please?

4    BY MS. WHELIHAN:

5    Q  Did Rene Servin ever tell you that he thought

6 that you were fired because of the way the contract was

7 administered?

8    A  Are you saying that I was fired?

9    Q  Well, you were terminated from the contract --

10   A  Terminated, whichever.

11   Q  Right.  Did Rene ever tell you that he thought

12 the reason was because of the way the contract was

13 administered, as opposed to your age being the reason?

14   A  No.  I'm not sure I understand the question.

15   Q  But Mr. Servin never told you that you were

16 terminated because of your age, right?

17   A  I think in general conversation, that was one of

18 the suggestions that we had amongst us.

19   Q  You and Ms. Barton and Mr. Servin?

20   A  Well, Rene and myself, particularly.

21   Q  Okay.  Did Rene ever tell you -- because I'm not

22 clear about this.  And I have spoken to him, so I'm just

Page 95

1 wondering, did Rene ever tell you that he thought you had

2 been fired because of your age?

3    A  No, I don't think he has told me that.

4    Q  Did he ever say that he was thinking that you

5 were fired because of your age?

6    A  Reason why I said that, because we sort of had

7 exchanging of thoughts between us and we were looking at

8 the circumstances of why did this happen kind of thing,

9 and that was one of the things I believe that we reflected

10 on.

11   Q  Okay.  Well, here's what I am just -- as opposed

12 to what you reflected on, did Mr. Servin tell you that

13 your termination had anything to do with your age?

14   A  No.

15   Q  Okay.  Did you ever contact Ms. Holmes after you

16 were terminated?

17   A  No.

18   Q  Why not?

19   A  Excuse me?

20   Q  Why not?

21   A  Honestly speaking, the way in which Sheila Hess

22 conveyed to me the whole happenstance as to what happened,

Page 96

1 the e-mail, I did not want to take the chance of calling

2 Ms. Holmes.  To be honest with you, I felt that to be

3 defamed in such a manner by someone who did not know me

4 well enough and perhaps just because of my age decided

5 well, this is one way to get rid of him, I didn't feel

6 comfortable to contact her and, in fact, did not and have

7 not to this point.

8    Q  Did you contact anybody at the Library of

9 Congress to complain about what Ms. Holmes had said about

10 you?

11   A  Well, I went to the EEO office at the Library of

12 Congress.  I don't remember the name of the gentleman

13 there.  It's a Hispanic name.  I don't remember the --

14 Carlos?  I'm not sure.  But, yes, I did go to the EEO

15 office at the Library of Congress.

16   Q  Okay.  When did you do that?

17   A  Finally, I was able to get an appointment after

18 two or three attempts, and it must have been either late

19 January or early February of 2006.

20   Q  Okay.  And who did you meet with?

21    MR. PRESSLEY: Objection.

22    THE WITNESS: I don't recall the person now.

Page 97

1    BY MS. WHELIHAN:

2    Q  But there was somebody at the Library of

3 Congress that you met with?

4    A  Yes.  At the EEO office at the Library of

5 Congress, yes.

6    Q  Okay.  Did you take any notes?

7    A  What I did, I filled out a complaint sheet or

8 form and I gave them that.

9    Q  Are you talking about the EEOC, as opposed to

10 the Library of Congress?

11   A  No.  That's the EEO office at the Library of

12 Congress.

13   Q  But you actually filed something at the Library

14 of Congress in January or February --

15   A  January or February of 2006.

16   Q  What happened with that paperwork?

17   A  I received at a later date a response, pretty

18 much saying that they did not have jurisdiction because of

19 -- summarizing, because I was a contract employee.  The

20 EEO office at the Library was for the Library of Congress

21 employees.

22   Q  Okay.  Let's look at Deposition Exhibit Number

**Page 98**

1  2, which is your 26(A)(1) Disclosures.

2     A  Yes.

3     Q  All right.  And you have not spoken to

4  Ms. Holmes, right?

5     A  Right.

6     Q  Okay.  And Ms. Hess, you haven't spoken to her

7  since your last conversation with her, right?

8     A  Right.  No, I have not.

9     Q  And she has never told you that your age played

10  any role in your termination by the Library of Congress,

11  right?

12     A  No.

13     Q  Okay.  And Mr. Servin we have already talked

14  about.  Now, you have Carol Barton, address not presently

15  known, but all you know is that she was terminated by

16  Ursula Holmes, right?

17     A  Yes.

18     Q  Ms. Barton never told you that she thought she

19  was terminated because of her age, right?

20     A  No.

21     Q  And then you have individuals that were your

22  coworkers.  When is the last time you spoke to Mr. Hansen?

**Page 99**

1     A  Might be a month or so ago.

2     Q  And what did you talk about with him?

3     A  Oh, just chitchat, just how -- you know, I keep

4  in contact with a few, just a very few of the employees.

5     Q  Did you have any discussion about the lawsuit

6  that you filed?

7     A  No.

8     Q  Okay.  How about your termination by Ms. Holmes?

9     A  Yes.  He has always been very, very much

10  concerned about that, so he would oftentimes want to know

11  how I'm doing in regards to that.

12     Q  Well, Mr. Hansen never told you that he thought

13  you were terminated because of your age, right?

14     A  That's a difficult one.  He may have, but I just

15  cannot specifically recall.

16     Q  Okay.  Well, Mr. Hansen still works for the

17  Library of Congress, right?

18     A  As far as I know, yes.

19     Q  Okay.  Do you know how old Mr. Hansen is?

20     A  Absolutely not, no.

21     Q  Okay.  Would you say he is over 50?

22     A  I really couldn't judge.  I don't know if you

**Page 100**

1  know him, but I couldn't say.  No, I couldn't.

2     Q  Okay.  And, just so I'm clear, Mr. Hansen never

3  told you that he thought you were terminated because of

4  your age; is that right?

5     A  I'm not sure if he did or did not.

6     Q  You don't know one way or the other?

7     A  I'm not sure if he did or did not.

8     Q  Okay.  How about Joan Fitts?  What does Joan

9  Fitts know?

10     A  The reason why, she was one of the panel of

11  supervisors or interviewees who interviewed me on a couple

12  of jobs that I applied for at the Library.

13     Q  Okay.  Before you went to work as a contract

14  specialist?

15     A  No.  No.  During the time I was working there.

16     Q  And what does she know?

17     A  As far as I know, she is still at the Library.

18     Q  Well, does she only know about your

19  qualifications based upon your resume?

20     A  And the interview, et cetera, et cetera.  Yes.

21     Q  Okay.

22     A  And we have interacted in terms of actual work

**Page 101**

1  experience at the Library.

2     Q  When is the last time that you spoke to

3  Ms. Fitts?

4     A  Sometime prior to my termination.

5     Q  Okay.  Ms. Fitts, I take it, never told you that

6  she thought you were fired because of your age; is that

7  fair?

8     A  We have had no conversation since my

9  termination.

10     Q  Okay.  Napoleon Jasper, have you spoken to him

11  since you were terminated?

12     A  Yes, I have.

13     Q  Did he tell you that he thought you were fired

14  because of your age?

15     A  No, he did not.

16     Q  Okay.  Do you know anything else that he might

17  know that would be relevant to this lawsuit?

18     A  Well, he contacted me because he was concerned,

19  once he heard that I was terminated, and we discussed what

20  had happened.  He expressed concern and very deeply

21  regretted what had happened.

22     Q  Did he tell you that he knew Ms. Holmes?

Page 102

1    A I'm sorry?
2    Q Did Mr. Jasper tell you that he knew Ms. Holmes?
3    A No, he did not.
4    Q Okay. Did Mr. Jasper tell you that he knew
5 anything about your termination?
6    A I believe no more than what he might have heard
7 from someone and then my conversation with him.
8    Q And Mr. Jasper had actually left the Library of
9 Congress?
10    A Yes.
11    Q He retired?
12    A Yeah, he retired.
13    Q And was replaced by Ms. Holmes?
14    A No. Well --
15    Q Eventually?
16    A Eventually, yes.
17    Q Okay. And Mr. Baker, who is he?
18    A William Baker?
19    Q Yes.
20    A Mr. Baker was the -- I believe he was the Acting
21 Director of Contracts at the Library of Congress. I
22 previously worked for Mr. Baker at the Navy Yard. He was

Page 103

1 very supportive in my coming to the Library of Congress.
2    Q Okay.
3    A And he is well aware of my work ethics or work
4 abilities, or however you put it.
5    Q Does Mr. Baker know anything about your use or
6 ability to use Momentum?
7    A Was he there? Actually, I'm not sure if he was
8 there during the time that we were training on Momentum.
9    Q Okay. Does Mr. Baker know anything about your
10 termination?
11    A I don't know.
12    Q Have you ever spoken to Mr. Baker about your
13 termination?
14    A No.
15    Q Okay. Nydia Coleman, does she know anything
16 about your termination?
17    A Well, I want to presume so. She is Ursula
18 Holmes' immediate superior.
19    Q Did you ever speak to her about the fact that
20 you thought your termination was based on your age?
21    A No, I did not.
22    Q Okay. When is the last time you spoke to Nydia

Page 104

1 Coleman about anything?
2    A Sometime prior to my termination.
3    Q Okay. Barbara Exum?
4    A Yeah.
5    Q What does she know?
6    A Well, the purpose for her being there is one of
7 the customers with whom I worked on several assignments.
8    Q Do you know whether or not she ever complained
9 about you to Ms. Holmes?
10    A No, I don't.
11    Q Have you had any conversations with Ms. Exum?
12 Have you had any conversations with her about your
13 termination?
14    A No.
15    Q Okay. How about Mark Wilson? What does he
16 know?
17    A Same; I worked with him as a customer in my
18 assignments.
19    Q Okay. Do you know whether or not he complained
20 to Ms. Holmes?
21    A No.
22    Q Okay. Have you had any conversations with

Page 105

1 Mr. Wilson about your termination?
2    A No.
3    Q Charlene Mobley, she is a customer?
4    A Yes.
5    Q Do you know whether or not she complained to
6 Ms. Holmes?
7    A No.
8    Q Ever have any conversations with her about your
9 termination?
10    A Yes.
11    Q Okay. What did she tell you?
12    A Again, she was -- I think it was early this year
13 that we finally -- she had made attempts to reach me when
14 she found out that I was terminated. And I think a year
15 later, we finally spoke on the phone. She was more or
16 less just expressing remorse or regrets to have heard that
17 I was terminated. That was the extent of our
18 conversation.
19    Q Okay. Well, Ms. Mobley didn't tell you that you
20 had been terminated because of your age, right?
21    A No. No.
22    Q All right. Maria Anderson, why is she on the

**Page 106**

1 list?
2    A  Customer.
3    Q  Do you know whether or not she ever complained
4 to Ursula Holmes?
5    A  No.
6    Q  Do you know what, if anything, she knows about
7 your termination?
8    A  No.
9    Q  Do you know if Ms. Mobley ever complained to
10 Ms. Holmes about you?
11    A  No.
12    Q  Okay.
13    A  I mean, quite frankly, I don't see or know of
14 any reason why any of these people would have complained
15 to Ms. Holmes.
16    Q  Okay.  But you don't know whether anybody did,
17 right?
18    A  I don't know whether they did.
19    Q  Okay.  Mike Dickerson, what --
20    A  Customer.
21    Q  Do you know whether or not he ever complained to
22 Ms. Holmes about you?

**Page 107**

1    A  No.
2    Q  Do you know if he knows anything about your
3 termination?
4    A  No, I don't know.
5    Q  Okay.  Donald Simon, customer?
6    A  Customer.
7    Q  Did he ever complain to Ms. Holmes about you, do
8 you know?
9    A  No.
10    Q  Do you know if he knows anything about your
11 termination?
12    A  No.
13    Q  Okay.  Did you ever keep any of the work that
14 you did at the Library of Congress?
15    A  I never received my personal belongings or
16 anything, not being allowed to go back to the Library.  I
17 was promised that I would be given my documents or
18 personal belongings, but I never received them.  And I
19 didn't have any reason to keep any journal or anything
20 other than my work records.
21    Q  Okay.  Did you ever keep any samples of any work
22 that you had done?

**Page 108**

1    A  Yes.
2    Q  Where would those samples be?
3    A  I don't know where they are now.
4    Q  Okay.  Did you ever feel when you worked at the
5 Library of Congress that Ms. Holmes had any kind of
6 criticisms that were unfair about your work product?
7    A  No.  I oftentimes think that we didn't really
8 work that long together to even get to that point.
9    Q  Okay.  Well, Ms. Holmes became your supervisor
10 in October of 2005; is that right?
11    A  Yes.
12    Q  Do you remember when in October she --
13    A  Approximately, I think it was, the 8th of
14 October, 2005.
15    Q  And she worked with you for several months,
16 then, right?
17    A  Approximately two months and some days or weeks.
18    Q  Did she ever return to you documents that you
19 had done with a complaint about the document?
20    A  She would have returned to me document, but not
21 complained, as far as I could recall.
22    Q  Well, did she ever give you feedback that was

**Page 109**

1 not positive about documents that you had done?
2    A  No.
3    Q  Okay.  So you never had any discussions with her
4 about documents that you had done that she was
5 dissatisfied with?
6    A  Not at all.
7    Q  Did she spend any time discussing with you how
8 to do a document that you had given to her that you had
9 prepared for her that she returned to you?
10    A  No.
11    Q  Okay.  So you never had any discussion where she
12 would bring a document back and say, Mr. Darbeau, I'm
13 unhappy with this, this has this wrong with it, can you
14 please fix that?  You never had any discussion with her
15 about that?
16    A  In the context of the Momentum system which we
17 worked, it was very troubling, to say the least.  There
18 were problems that I encountered, just as my colleagues
19 did.  And very often, we all were approached or
20 reapproached, as the case might be, from my knowledge, to
21 either correct or to verify or whatever the case might be,
22 because of the fact that the document produced would have

| Page 110 |
|---|

1 problems created by the Momentum system.

2 Q Okay. Well, let's try this, maybe, in little
3 building blocks. Ms. Holmes, did she come back to you and
4 say I need you to correct this because it's wrong?

5 MR. PRESSLEY: Objection.

6 THE WITNESS: On occasion, I believe she would
7 have, yes. That's the normal standard procedure.

8 BY MS. WHELIHAN:

9 Q Okay. And all of those errors you believe were
10 caused by the software? Any of those errors that she
11 brought back to your attention were caused by the
12 software?

13 A I didn't get the end of your statement.

14 Q I'm sorry. Any of the documents that she
15 brought back to you that had errors in them, you believe
16 those were caused exclusively by the software?

17 A For the most part, yes.

18 Q Okay. Not by your input?

19 A Not necessarily, no, but there were some
20 conditions beyond my control that were again presented by
21 the use of the software.

22 Q How much contact would you have with Ms. Holmes

| Page 111 |
|---|

1 on a daily basis?

2 A Very little.

3 Q Okay. Would she meet with you in the morning?

4 A No.

5 Q Would she meet with you in the afternoon?

6 A Not necessarily.

7 Q Well, did she ever do that?

8 A We had not much contact, other than as you
9 indicated whenever she would probably have to bring back a
10 document that, for some reason, the processing was not,
11 you know -- whether it was incorrect as a result of a
12 problem with the system or whatever.

13 Q Did you ever detect in her a change in her
14 demeanor towards you during the time that you worked for
15 her?

16 A There was one incident that has come to mind
17 that -- following my -- and it is only in retrospect that
18 I look back and wonder what could have gone wrong in terms
19 of our supervisor-employee relations. I had already been
20 approved for vacation sometime August of 2005 to be taken
21 in December of 2005. Once Ms. Holmes came on board, she
22 was aware of this.

| Page 112 |
|---|

1 As a professional, as a contract specialist,
2 three weeks prior to -- I believe I went on vacation
3 either the 19th or the 20th of December. Three weeks
4 prior to that, I approached Ms. Holmes and requested a
5 meeting to discuss my assignments in preparation for my
6 absence, which is, from my standpoint, normal. Ms. Holmes
7 was busy, in spite of several appointed times that she set
8 for us to meet.

9 It was not until the 19th or the 20th -- I'm not
10 sure which day was my last day before vacation -- that I
11 had to essentially barge into her office -- not barge, but
12 went to her office at about 2:15 that afternoon, after
13 several cancellations of our meeting, to meet with her,
14 sort of like have a smooth transition and have my work
15 covered while I was gone. She was still busy, as she had
16 indicated on previous occasions, but I did my very best to
17 convey to her what I had, where I was, where the work flow
18 was that I had assigned to me.

19 In retrospect, as I said, when I think of the
20 e-mail, when I saw the e-mail -- and I can only think of
21 why these statements are made, when, in fact, they are not
22 true -- I thought well, maybe, just maybe, that was an

| Page 113 |
|---|

1 indication to me that should have been -- some red light
2 should have gone up that maybe Ms. Holmes had a problem
3 which she never conveyed to me. To whatever extent,
4 that's the only communication or apparent communication
5 that we have had.

6 Q Okay. So you didn't observe during your tenure
7 with the Library of Congress after Ms. Holmes got there
8 that she was frustrated in any way with your performance?

9 A She expressed her own frustration on 11/2 in a
10 meeting with all of the contract specialists. In other
11 words, she had come to the conclusion that we all had
12 concluded long before she got there that Momentum did not
13 work and it posed problems in our capability and ability
14 to function properly. She expressed her own concerns
15 about that and frustrations.

16 Q Okay. But Ms. Holmes never expressed to you
17 that she was frustrated with your use of Momentum?

18 A No.

19 Q Okay. Is there anybody else that you have
20 talked to about this lawsuit, other than the people that
21 we have discussed?

22 A No. Well, sorry. May I back up?

Page 114

1  Q  Yes, you may.
2  A  I did not discuss it with any of -- you are
3  talking about coworkers?
4  Q  Right.
5  A  No, I did not.
6  Q  Okay.  Is there anybody that you have discussed
7  the subject matter of the lawsuit with, beyond the people
8  that we have discussed?
9  A  My pastor, for one.
10  Q  And who is he?
11  A  She.
12  Q  She.
13  A  Lynette Gregorio.
14  Q  And what church is that?
15  A  The Capital Wesleyan Church.
16  Q  And did you get counseling from her, or did you
17  just talk about the subject matter of the lawsuit?
18  A  Counseling is the correct name, because -- yes.
19  Q  And when did you get counseling from her?
20  A  It would have been shortly after, in January of
21  2006.
22  Q  And how many times did you seek counseling from

Page 115

1  her?
2  A  Well, as my pastor, I would oftentimes go to
3  her, and I must have spoken with her maybe two or three
4  times specific to this event.
5  Q  Well, did you ever talk to her about any other
6  issues that you had, like, for example, your medical
7  problems with your eyes?
8  A  Oh, yes.
9  Q  Are there any other issues that you had in the
10  same time frame in January of 2006 to the present time,
11  besides your eye condition or your termination, that you
12  would have discussed with her?
13  A  As my pastor, I discuss -- we have several
14  discussions, whether it relates to the church or just my
15  personal life or whatever, yeah.
16  Q  Are you married?
17  A  No, I'm not.
18  Q  Have any children?
19  A  Yes, I do.
20  Q  How many children do you have?
21  A  Twin daughters, lovely twin daughters.
22  Q  Where do they live?

Page 116

1  A  One live (sic) in Laurel, Maryland, one live in
2  Upper Marlboro.
3  Q  Okay.  Have you talked to them about your
4  lawsuit?
5  A  No.
6  Q  Do you have any very close friends that you have
7  talked to about the lawsuit?
8  A  Close friend, former coworker, former boss,
9  mentor, Winston Punch.
10  Q  Okay.  The same person that you talked to about
11  finding a job?
12  A  Yes.
13  Q  Ever been convicted of a crime?
14  A  Excuse me?
15  Q  Ever been convicted of a crime?
16  A  Absolutely not, no.
17  Q  Have you put together a resume for your job
18  search?
19  A  No.  Essentially, I have been using the same
20  resume for the last couple of years.
21  Q  Do you have a copy of it?
22  A  Unfortunately, no.

Page 117

1  Q  Can you give a copy to Mr. Pressley?
2  A  I certainly can.
3  Q  Okay.  Other than --
4  A  Wait.  A resume for -- well, I mean, the resume
5  that I use for a job search?
6  Q  Correct.
7  A  Yeah.
8  Q  Which would have been the same resume that you
9  would have used to find a job in the spring or summer of
10  2006?
11  A  Yes.
12  Q  Okay.  And the only documents that you have that
13  relate to this lawsuit and the allegations that you made
14  against Ms. Holmes and Ms. Hess would be Deposition
15  Exhibit Number 3?
16  A  Yes.
17  Q  Okay.  Well, it's hard to imagine, but I can't
18  think of one more question.
19  MS. WHELIHAN:  I don't have any more questions.
20  John, do you have any questions?
21  MR. PRESSLEY:  I don't think so.  Give me a
22  second here.

Page 118

1      I don't have any questions.  Can we go off the
2  record for a second?
3      (Whereupon, there was a brief discussion off the
4  record.)
5      (Whereupon, at approximately 1:49 p.m., the
6  taking of the deposition was concluded.)
7      (Signature waived.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 119

CERTIFICATE OF NOTARY

     I, MAUREEN S. BENNIE, the officer before whom
the foregoing deposition was taken, do hereby certify that

the witness whose testimony appears in the foregoing

deposition was duly sworn by me; that the testimony of
said witness was taken by me stenographically and
thereafter reduced to typewriting by me; that said
deposition is a true record of the testimony given by said
witness; that I am neither counsel for, related to, nor
employed by any of the parties to the action in which this
deposition was taken; and, further, that I am not a
relative or employee of any attorney or counsel employed
by the parties hereto, nor financially or otherwise
interested in the outcome of this action.

                _____
                Maureen S. Bennie
                Notary Public in and for
                the District of Columbia
My Commission Expires:  2/14/08

Darbeau v. PTFS
7-3-07

Case 1:06-cv-01081-AK    Document 42-4    Filed 10/09/2007    Page 33 of 45

Multi-Page

$65,000 - agency
Selwyn Darbeau

**-$-**

$65,000 [1]          26:5

**-&-**

& [1]          2:10

**-'-**

'70 [1]          14:10
'70s [1]          9:4
'73 [1]          16:16
'75 [1]          10:15
'78 [1]          10:16
'81 [1]          17:1
'82 [1]          17:1
'94 [1]          17:6
'95 [1]          17:6
'96 [1]          17:11

**-0-**

00539 [1]          5:15
06-01081 [1]          1:6

**-1-**

1 [12]          3:3          3:4
   67:11     67:12     67:14
   68:2      68:22     69:4
   74:9      76:9      81:20
   98:1
10 [3]          36:11     36:13
   36:21
100 [1]          52:7
11/2 [1]          113:9
1100 [2]          1:17      2:11
11:05 [1]          1:18
12 [3]          36:21     62:16
   68:12
13 [3]          74:12     74:12
   76:8
1453 [1]          4:11
15 [1]          81:19
1969 [1]          14:10
1970 [1]          16:16
1972 [2]          16:16     16:18
1981 [1]          16:19
1985 [1]          14:21
1987 [1]          15:15
1990 [1]          16:11
1993 [1]          17:4
1994 [1]          17:5
1995 [1]          17:10
1996 [1]          8:5
1999 [2]          8:7       15:8
19th [4]          23:16     24:21
   112:3     112:9
1:49 [1]          118:5

**-2-**

2 [9]          3:4       16:18
   67:15     67:16     68:22
   69:1      69:7      75:15
   98:1
2/14/08 [1] 119:19
20 [3]          55:3      55:3
   55:4
2000 [5]          8:10      8:10
   15:8      15:8      39:15
2001 [3]          17:13     17:16
   18:16
20012 [1]          2:6
2003 [4]          17:16     17:17
   18:5      18:16
20036 [1]          2:13
2004 [3]          23:20     24:16
2005 [21]          5:12      7:8
   20:16     23:4      23:11
   23:13     23:14     23:16
   23:17     24:21     26:15
   46:12     62:8      68:3
   70:19     71:2      79:13
   108:10    108:14    111:20
   111:21
2006 [23]          7:8       17:18
   25:1      26:15     28:22
   29:5      30:18     30:21
   32:10     32:16     34:16
   40:9      41:18     46:13
   51:5      58:2      77:7
   89:1      96:19     97:15
   114:21    115:10    117:10
2007 [3]          1:12      26:8
   42:10
202 [2]          2:7       2:14
20th [4]          23:16     24:21
   112:3     112:9
26 [5]          3:4       67:14
   68:22     69:4      98:1
296-4747 [1]          2:14
29th [2]          50:15     55:16
2:15 [1]          112:12

**-3-**

3 [17]          1:12      3:5
   67:18     67:20     68:3
   68:18     69:13     69:20
   70:1      70:5      74:12
   84:3      84:16     84:18
   84:19     84:20     117:15
30 [4]          8:19      35:10
   55:3      55:4
30012 [1]          4:12

**-4-**

4 [2]          2:17      69:6
40 [9]          35:10     50:5
   50:7      50:10     77:3
   81:22     82:11     82:14
   91:14
412 [1]          2:5
4th [1]          51:11

**-5-**

50 [2]          36:21     99:21
5th [2]          26:1      51:11

**-6-**

60 [7]          35:4      35:7
   35:14     80:15     81:1
   81:3      81:3
600 [2]          1:18      2:12
67 [3]          3:3       3:4
   3:5

**-7-**

723-8800 [1]          2:7
7600 [1]          2:4

**-8-**

8 [4]          17:6      38:11
   42:9      46:12
8th [5]          26:2      26:8
   42:19     43:15     108:13

**-9-**

9 [2]          70:19     71:2
90 [1]          8:19
9th [7]          51:5      51:12
   58:5      58:8      59:16
   59:18     60:6      66:20
   70:2

**-A-**

a.m [1]          1:18
abide [3]          87:13     87:15
   87:21
abilities [1]          103:4
ability [2]          103:6     113:13
able [3]          43:6      43:8
   43:15     58:10     59:14
   60:20     71:3      74:22
   96:17
absence [1]          112:6
absolutely [8]          13:21
   44:13     44:16     61:2
   70:18     84:4      99:20
   116:16
accepting [1]          26:18
according [2]          29:2
   30:9
accountant [1]          17:3
accounting [7]          14:15
   25:2      28:14     33:3
   33:15     33:17     33:18
accumulated [1]          45:5
accurate [2]          36:2
   36:15
accustomed [1]          62:10
acknowledge [1]          35:19
acknowledged [1]          74:17

acknowledgement [1]
   35:21
acknowledging [1]  41:22
acquisition [1]          66:22
acquisitions [2]          62:18
   62:21
acronyms [1]          18:9
Acting [1]  102:20
action [6]          1:6       10:11
   26:21     89:15     119:10
   119:14
actions [3]          9:19      62:19
   89:13
actively [2]          34:20
   36:3
activities [1]          63:21
actual [6]          6:6       8:17
   8:20      13:11     58:16
   100:22
ad [1]          4:19
addition [1]          53:18
address [3]          4:10
   93:8      98:14
administered [3]          93:22
   94:7      94:13
administration [1]  14:17
administrative [1]  15:4
advertisement [1]  27:14
advertisements [1]  27:4
advocated [2]          47:19
   47:21
Aerospace [1]          27:14
afternoon [7]          61:15
   63:16     64:2      64:7
   64:12     111:5     112:12
again [18]          9:5       40:2
   42:20     43:22     52:4
   60:14     63:8      71:16
   76:14     76:22     78:12
   86:19     88:16     89:8
   91:3      91:11     105:12
   110:20
against [1]          11:8
   13:13     58:15     59:6
   59:12     60:5      60:17
   60:18     68:4      74:13
   117:14
age [43]          51:21     52:5
   52:17     53:19     53:22
   74:3      74:6      74:20
   76:6      79:18     80:3
   80:6      80:12     80:15
   80:18     81:8      81:22
   82:11     82:14     84:16
   84:20     88:9      89:10
   89:18     89:21     91:2
   91:17     92:2      92:5
   94:13     94:16     95:2
   95:5      95:13     96:4
   98:9      98:19     99:13
   100:4     101:6     101:14
   103:20    105:20
agency [7]          6:6       6:8
   6:12      6:14      8:4
   17:12     17:14

**ages** [2]    52:21    78:11

**ago** [4]    12:15    20:12
93:19    99:1

**agree** [2]    70:9    84:11

**Aileen** [4]    49:6    63:7
63:10    78:7

**allegations** [6]    68:4
68:6    68:17    69:19
74:13    117:13

**allege** [1]    69:19

**alleged** [1]    9:17

**allowed** [1]    107:16

**almost** [1]    73:22

**along** [1]    43:4

**alternative** [1]    26:17

**always** [4]    30:13    45:10
65:13    99:9

**Amended** [9]    3:3
12:16    12:17    67:10
68:2    68:13    74:9
74:11    81:20

**American** [11]    18:8
18:9    18:12    18:17
19:2    19:6    19:11
19:16    19:22    20:2
21:3

**among** [2]    6:4    52:9

**amongst** [2]    78:13
94:18

**AMSC** [3]    18:8    18:8
18:9

**Anderson** [1]    105:22

**Anne** [2]    51:14    52:22

**announcements** [1]    36:18

**answer** [2]    12:12    81:16

**answers** [2]    4:22
5:1

**anxious** [1]    34:18

**anyway** [1]    91:11

**apparent** [1]    113:4

**appear** [1]    66:11

**APPEARANCES** [1]
2:1

**appeared** [2]    5:13
91:5

**application** [2]    31:3
74:19

**applications** [7]    27:11
27:12    28:7    28:8
32:20    37:2    41:10

**applied** [9]    27:9    27:18
28:5    31:11    41:14
41:16    42:2    80:1
100:12

**apply** [1]    21:20

**appointed** [1]

**appointment** [1]    51:12
96:17

**appreciation** [1]    60:9

**approached** [2]    109:19
112:4

**approaching** [1]    81:3

**approved** [1]    111:20

**April** [2]    8:10    23:4

**archive** [1]    32:17

**arisen** [1]    24:10

**ass** [1]    7:20

**assessment** [1]    43:11

**assigned** [3]    22:17
80:16    112:18

**assignment** [5]    13:10
22:17    51:10    53:13
73:8

**assignments** [4]    73:11
104:7    104:18    112:5

**assist** [1]    58:7

**assistant** [1]    33:5

**associate** [1]    14:5
14:9    14:13

**assumed** [1]    78:16

**assuming** [1]    80:11

**assumption** [1]    81:2

**ATTACHED** [1]    3:6

**attempt** [1]    30:5

**attempts** [1]    59:17
96:18    105:13

**attended** [1]    14:4
15:5    15:11

**attention** [1]    110:11

**attorney** [1]    119:12

**auditor** [2]    16:15    16:18

**August** [4]    8:5    30:21
31:6    111:20

**available** [1]    39:18

**Avenue** [3]    1:17    2:4
2:11

**aware** [6]    52:5    66:19
89:7    90:3    103:3
111:22

**away** [1]    32:5

-B-

**B** [1]    3:1

**B.A** [1]    14:19

**B.A.** [1]    14:18

**backgrounds** [2]    33:19
33:19

**Baker** [10]    49:10    63:2
63:2    102:17    102:18
102:20    102:22    103:5
103:9    103:12

**Baltimore** [1]    21:1

**bank** [1]    42:4

**Barbara** [1]    104:3

**barge** [2]    112:11    112:11

**Barker** [1]    21:7    22:2

**Barton** [15]    77:2
77:4    77:15    77:17
90:22    91:16    92:1
92:7    92:10    92:14
92:17    92:20    94:19
98:14    98:18

**based** [10]    43:11    53:21

**76:13    79:20    82:12

**84:14    88:16    91:8
100:19    103:20

**basis** [6]    6:4    19:18
71:18    76:12    80:5
111:1

**became** [13]    5:17
5:18    6:13    9:20
23:12    44:6    46:22
53:21    54:8    66:19
88:5    89:7    108:9

**become** [1]    16:10

**becoming** [2]    44:12
62:10

**began** [7]    7:7    8:6
17:5    23:20    25:22
33:15    45:6

**begin** [1]    43:12

**beginning** [2]    22:11
64:12

**behalf** [3]    1:20    2:2
2:8

**belief** [2]    80:6    89:18

**belongings** [2]    28:2
28:3    107:15    107:18

**benefit** [1]    79:10

**Bennie** [3]    1:19    119:2
119:16

**best** [5]    34:22    54:15
54:17    61:10    65:14
112:16

**Bethesda** [1]    51:13

**better** [2]    54:14    85:15

**between** [7]    31:2
51:21    53:7    69:10
84:2    93:22    95:7

**beyond** [2]    110:20    114:7

**bill** [1]    41:2

**bills** [3]    40:12    40:13
40:14

**black** [3]    6:2    7:20
9:20

**blame** [1]    65:8

**blocks** [1]    110:3

**board** [2]    74:1    111:21

**borne** [1]    89:13

**boss** [1]    116:8

**bottom** [1]    9:21

**bought** [1]    32:16

**Bowie** [1]    39:21

**boy** [2]    12:16    55:3

**breaks** [1]    48:19

**brief** [3]    16:19    24:15
118:3

**bring** [3]    80:22    109:12
111:9

**broke** [1]    16:20

**brought** [2]    110:11
110:15

**Brown** [5]    25:14    25:17
25:19    25:20    25:21

**building** [1]    110:3

**bulletin** [1]    31:1

**bus** [1]    12:2

**business** [4]    14:12
14:17    16:22    20:5

**busy** [2]    112:7    112:15

**Butrus** [4]    29:10    29:16
29:19    30:13

-C-

**C** [2]    2:15    4:1

**calls** [9]    31:15    34:20
35:2    36:4    36:17
41:4    41:6    41:7
70:20

**cancellations** [1]    112:13

**cannot** [2]    27:15    43:22
99:15

**capability** [1]    113:13

**capacity** [2]    83:13
83:21

**Capital** [2]    114:15

**Capitol** [2]    77:10    77:10

**care** [2]    29:7    30:1

**career** [2]    16:16    17:2
33:15

**Carlos** [1]    96:14

**Carol** [8]    77:2    77:4
77:14    77:17    90:3
91:16    92:21    98:14

**Carrie** [2]    25:7    25:8

**case** [21]    5:11    5:13
5:14    5:16    5:19
5:21    5:22    6:13
6:14    6:21    6:22
10:3    10:12    11:20
12:22    57:14    86:18
87:3    88:5    109:20

**cases** [2]    5:9    8:22

**cashiering** [1]    16:15

**cataract** [1]    29:14

**category** [1]    78:7

**caught** [1]    12:2

**caused** [3]    110:10    110:11
110:16

**celebration** [1]    20:17

**central** [4]    22:15    23:18
24:3    24:7

**CEO** [2]    25:7    25:9

**certain** [3]    29:4    64:3
64:6

**certainly** [1]    117:2

**CERTIFICATE** [1]
119:1

**certificates** [4]    15:1
15:2    16:2    16:5

**certification** [1]    14:7
15:6    15:12

**certifications** [1]    16:6

**certify** [1]    119:3

**cetera** [3]    10:2    10:2
15:21    31:15    62:11

100:20    100:20
CFSA [2]    6:8        38:8
chance [2]    35:13    96:1
change [2]    22:10    111:13
changed [1]            24:1
characterization [1]
  53:14
charge [4]    58:14    58:19
  58:22    59:6
Charlene [1]          105:3
check [2]    39:16    43:3
Chelsea [3]            49:10
  63:2    63:2
Child [6]    6:8        6:11
  8:1    17:11    17:14
  45:8
children [2]          115:18
  115:20
chitchat [2]          55:1
  99:3
choice [1]    21:18
Chris [3]    62:4    63:11
  63:17
Christmas [2]        20:16
  20:17
Christopher [1]      49:6
chronicle [1]        37:4
chronological [1]    37:4
church [3]    114:14    114:15
  115:14
circumstances [3]    88:3
  88:4    95:8
citizen [2]    16:8    16:10
city [1]    20:22
CIVIL [1]    1:6
civilian [2] 21:9    21:11
claim [4]    59:12    60:5
  60:17    60:17
claiming [1]          59:11
claims [5]    11:8    11:13
  11:16    11:17    13:13
Clark [5]    38:13    38:20
  38:21    39:19    43:19
class [3]    10:10    15:6
  15:17
classes [1]    15:18
clear [2]    94:22    100:2
close [2]    116:6    116:8
closed [1]    18:21
coincidentally [1]    25:22
Coleman [4]          23:7
  23:8    103:15    104:1
colleague [1]        38:9
colleagues [5]        38:11
  38:12    43:18    77:1
  109:18
college [4]    14:6    16:14
  17:4    40:2
Columbia [1]          1:2
  1:20    119:18
combination [1]      31:22

Comcast [1]          41:1
comfortable [2]      35:10
  96:6
coming [3] 43:4    47:16
  103:1
commanding [2]        44:19
  44:20
commencing [1]        1:18
comments [4]          61:11
  70:15    74:2    74:6
Commission [1]        119:19
communicate [1]      92:13
communicated [2]      20:14
  85:1
communication [7]    20:10
  58:12    83:14    83:15
  83:20    113:4    113:4
communications [3]
  69:10    84:1    85:3
Community [1]        25:4
  25:13    26:4    26:7
  26:10    26:19    30:20
  31:1    42:9    44:3
companies [1]        38:11
company [1]          17:7
compensation [1]      26:16
complain [5]          44:11
  45:9    71:14    96:9
  107:7
complained [10]      65:7
  66:17    104:8    104:19
  105:5    106:3    106:9
  106:14    106:21    108:21
complaining [1]      73:21
complaint [18]        3:3
  9:19    12:6    12:8
  12:10    12:16    12:17
  59:16    67:11    68:2
  68:13    68:15    74:9
  74:11    74:11    81:20
  97:7    108:19
complete [2]          23:22
  57:17
completed [1]        14:6
  24:18
complications [1]    34:13
computer [10]        31:20
  31:22    32:1    32:3
  32:4    32:7    32:9
  32:14    32:15    32:16
concern [5]          41:5
  53:16    53:18    55:9
  101:20
concerned [5]        13:17
  35:5    51:8    99:10
  101:18
concerns [1]          113:14
conclude [1]          70:16
concluded [2]        7:1
  8:6    113:12    118:6
conclusion [2]        8:7
  82:13    113:11
condition [1]        115:11
conditions [3]        88:3

88:4    110:20
conducted [1]        79:10
confronted [1]        71:19
Congress [74]        13:4
  13:8    13:14    17:17
  19:10    21:19    21:20
  22:1    22:3    22:6
  22:10    22:12    22:21
  22:22    44:7    46:16
  47:5    47:6    48:6
  49:1    50:14    51:10
  54:6    54:10    55:14
  56:5    56:8    56:17
  57:3    57:10    59:13
  60:13    60:18    61:1
  61:4    62:19    63:14
  66:17    77:3    79:7
  80:7    81:11    81:14
  83:13    85:21    86:1
  86:6    86:14    86:21
  86:22    87:9    87:11
  87:19    88:13    90:11
  91:2    94:1    96:9
  96:12    96:15    97:3
  97:5    97:10    97:12
  97:14    97:20    98:10
  99:17    102:9    102:21
  103:1    107:14    108:5
  113:7
Connecticut [2]      1:17
  2:11
consensus [2]        91:19
  91:21
constantly [1]        73:21
Constitution [1]      7:12
contact [18]          21:16
  28:10    38:12    39:5
  58:22    59:15    59:17
  79:3    79:6    83:22
  93:15    93:18    95:15
  96:6    96:8    99:4
  110:22    111:8
contacted [12]        31:18
  37:1    37:5    37:7
  37:10    38:5    38:19
  39:22    40:3    40:4
  50:16    101:18
contacting [2]        31:15
  43:19
contacts [4]          36:17
  36:17    38:6    79:12
contained [2]        68:18
  75:15
contention [1]        79:15
contents [1]          88:11
context [2] 88:15    109:16
continue [1]          57:20
  88:17
continued [1]        17:2
contract [56]        8:14
  17:5    17:12    17:15
  17:16    17:18    18:19
  18:20    19:1    19:4
  19:13    19:18    21:18
  22:17    22:18    24:5
  24:7    31:8    39:11
  39:12    39:17    41:15

46:15    47:13    47:17
47:20    48:1    52:8
61:7    62:17    62:20
63:5    72:18    73:17
79:21    80:22    83:22
85:20    86:2    86:7
86:17    86:17    86:19
87:9    87:17    87:20
88:17    90:11    93:22
94:6    94:9    94:12
97:19    100:13    112:1
113:10
Contracting [1]      21:8
contractor [3]        18:6
  21:21    21:22
contractors [1]      73:17
contracts [7]        18:21
  22:4    22:15    23:19
  24:3    38:10    102:21
contrary [1]          58:6
control [4] 71:20    86:7
  87:6    110:20
conversation [19]    53:7
  53:15    56:2    56:6
  58:1    58:4    60:11
  60:15    82:12    82:15
  88:21    89:1    91:3
  91:4    94:17    98:7
  101:8    102:7    105:18
conversations [8]    59:9
  59:21    60:2    82:7
  104:11    104:12    104:22
  105:8
convey [1] 112:17
conveyed [3]          68:5
  95:22    113:3
convicted [2]        116:13
  116:15
Conyers [1]          4:11
copies [5]    28:7    37:16
  37:20    45:2    69:9
copy [3]    93:11    116:21
  117:1
cordial [1]  77:13
Corporation [12]      9:6
  16:17    18:10    18:13
  18:18    19:3    19:6
  19:12    19:17    19:22
  20:2    21:3
correct [17]          11:3
  34:1    34:17    43:16
  46:20    47:6    49:7
  58:20    71:5    75:9
  81:11    84:13    84:16
  109:21    110:4    114:18
  117:6
corrections [1]      66:6
counsel [4] 1:15    4:6
  119:9    119:12
counseling [4]        114:16
  114:18    114:19    114:22
countless [1]        35:2
couple [6]    4:19    12:15
  16:22    93:19    100:11
  116:20
course [12] 10:22    26:21

**court - employer**

| 35:14 | 50:22 | 55:17 |
| 62:2 | 62:17 | 63:21 |
| 66:7 | 74:18 | 88:7 |
| 93:1 | | |

**court** [9]  1:1  7:10
7:11  10:5  27:10
31:13  33:4  33:8
41:11

**courtesy** [1]  4:22

**cover** [3]  37:12  37:16
37:16

**coverage** [2]  57:21
60:8

**covered** [2]  4:18
112:15

**coworker** [1]  116:8

**coworkers** [17]  6:2
47:10  48:11  49:2
52:10  52:13  52:18
63:14  65:17  65:20
66:1  66:12  73:2
89:22  90:2  98:22
114:3

**Coyne** [2]  1:17  2:10

**created** [1]  110:1

**crime** [2]  116:13  116:15

**criticisms** [1]  108:6

**customer** [6]  104:17
105:3  106:2  106:20
107:5  107:6

**customers** [3]  66:16
70:21  104:7

---

**-D-**

**D** [1]  4:1

**D.C** [6]  1:11  1:18
2:6  2:13  6:8
7:22

**daily** [5]  13:10  63:21
71:18  72:15  111:1

**Darbeau** [9]  1:4
1:14  2:17  4:3
4:9  67:12  67:16
67:20  109:12

**data** [2]  72:12  73:1

**date** [2]  29:4  97:17

**daughters** [2]  115:21
115:21

**days** [4]  8:19  8:19
12:15  108:17

**deal** [2]  35:5  53:15

**DEBORAH** [1]  2:9

**decade** [1]  33:14

**December** [10]  17:17
18:5  23:16  23:17
24:21  26:15  50:16
68:3  111:21  112:5

**decided** [1]  96:4

**decision** [3]  87:13
87:16  87:22

**deeply** [1]  101:20

**defamed** [1]  96:3

**Defendant** [4]  1:9

**Defense** [4]  17:15
18:20  19:15  39:11

**deficient** [1]  71:9

**definitely** [1]  31:14

**degree** [4]  14:5  14:9
14:13  14:16

**degrees** [2]  16:1  16:4

**Dell** [1]  32:7

**demand** [1]  33:20

**demeanor** [1]  111:14

**Department** [5]  17:15
18:19  19:14  21:9
39:11

**departments** [1]  66:17

**depend** [2]  88:1  88:2

**deposed** [3]  4:13
5:10  5:12

**deposition** [30]  1:13
6:5  9:1  9:7
9:9  12:1  12:9
68:1  68:18  68:21
69:1  69:6  69:13
69:20  69:22  70:4
74:8  75:15  76:8
81:20  84:3  84:15
84:18  97:22  117:14
118:6  119:3  119:5
119:8  119:11

**depositions** [1]  4:20

**DESCRIPTION** [1]
3:2

**detect** [1]  111:13

**Development** [9]  25:4
25:13  26:4  26:7
26:10  26:19  30:20
42:9  44:3

**Dickerson** [1]  106:19

**dictate** [2]  86:2  87:9

**different** [3]  39:10
42:5  58:18

**difficult** [4]  8:21
34:22  34:22  99:14

**difficulties** [1]  91:12

**difficulty** [1]  61:8

**directed** [1]  6:2

**directly** [1]  67:6

**director** [2]  21:8
22:3  25:2  102:21

**disagreed** [1]  88:10

**discharged** [1]  90:1

**Disclosures** [4]  3:4
69:1  69:4  98:1

**discovered** [1]  65:4

**discrimination** [7]  9:15
9:16  58:14  58:20
59:1  59:6  59:11

**discuss** [4]  51:6  112:5
114:2  115:13

**discussed** [7]  75:11
80:2  101:19  113:21
114:6  114:8  115:12

**discussing** [1]  109:7

**discussion** [9]  53:4
54:21  54:22  59:20
89:5  99:5  109:11
109:14  118:3

**discussions** [4]  57:12
84:7  109:3  115:14

**dismissing** [1]  52:4

**disparaged** [1]  68:5

**display** [1]  77:21

**displaying** [2]  76:9
85:11

**disputes** [1]  11:18

**disrupt** [1]  57:11

**dissatisfaction** [5]  45:13
45:16  45:18  45:19
46:7

**dissatisfied** [3]  80:19
86:21  109:5

**distance** [1]  41:6

**district** [15]  1:1
1:2  1:19  5:13
6:7  6:14  6:15
7:10  8:8  10:5
15:21  27:10  41:11
44:20  119:18

**divest** [1]  45:6

**doctor** [12]  29:2  29:3
29:9  29:19  29:19
29:20  30:10  30:13
30:14  34:14  43:2
43:12

**doctors** [1]  30:11

**document** [19]  8:20
36:22  69:3  69:18
69:22  70:1  71:11
71:14  72:2  72:4
85:5  90:17  90:19
108:19  108:20  109:8
109:12  109:22  111:10

**documentation** [2]  37:6
37:10

**documents** [16]  12:15
28:6  69:7  69:16
71:3  71:6  71:21
72:5  75:1  75:5
107:17  108:18  109:1
109:4  110:14  117:12

**Donald** [1]  107:5

**done** [4]  31:8  59:2
107:22  108:19  109:1
109:4

**Dorothy** [1]  49:10

**doubt** [1]  34:19

**down** [5]  12:3  17:7
18:20  27:11  54:19

**Dozier** [4]  49:6  63:7
63:10  78:7

**Dr** [11]  20:1  20:7
20:11  20:20  21:4
29:10  29:16  29:17
29:19  30:13

**due** [1]  16:21

**duly** [2]  4:4  119:5

**dumb** [1]  7:20

**dumped** [1]  32:5

**during** [10]  28:15  40:2
40:9  54:15  62:9
77:6  100:15  103:8
111:14  113:6

**duties** [6]  14:1  22:10
22:14  22:17  24:1
80:16

**duty** [1]  22:16

---

**-E-**

**E** [4]  2:15  3:1
4:1  4:1

**e-mail** [28]  3:5  52:1
52:2  53:20  54:1
54:22  58:1  59:19
66:20  67:19  68:19
69:14  70:11  75:4
75:5  75:11  75:12
75:21  79:18  84:11
84:14  88:5  88:11
93:8  93:10  96:1
112:20  112:20

**e-mails** [6]  31:20  32:2
32:17  32:19  69:9
70:20

**early** [3]  32:15  96:19
105:12

**easy** [4]  35:7  35:15
35:18  35:18

**edit** [1]  66:3

**edits** [1]  66:12

**education** [2]  14:2
15:9

**EEO** [5]  96:11  96:14
97:4  97:11  97:20

**EEOC** [3]  58:14  59:2
97:9

**effectively** [2]  70:5
70:16

**effort** [1]  36:16

**efforts** [2]  26:17  26:20

**either** [4]  76:4  96:18
109:21  112:3

**electronic** [1]  66:22

**electronically** [1]  40:15

**employ** [1]  57:10

**employed** [2]  13:4
46:22  56:20  87:1
119:10  119:12

**employee** [16]  8:12
8:14  17:20  17:22
18:2  18:12  46:20
51:15  52:8  54:9
61:19  76:16  77:3
77:3  97:19  119:12

**employees** [18]  6:2
7:20  9:21  9:22
21:9  21:11  47:19
52:9  61:7  62:3
62:19  62:20  63:7
73:17  81:2  91:14
97:21  99:4

**employer** [13]  6:6
9:5  9:18  13:15
28:9  35:12  35:12

Darbeau v. PTFS
7-3-07

Case 1:06-cv-01081-AK    Document 42-4    Filed 10/09/2007    Page 37 of 45

Multi-Page

employers - G
Selwyn Darbeau

| | | |
|---|---|---|
| | 35:19 | 46:6 | 58:16 |
| | 59:12 | 86:18 | 88:6 |
| **employers** [11] | | 11:9 |
| 11:19 | 31:15 | 31:17 |
| 31:21 | 35:1 | 36:22 |
| 37:4 | 37:7 | 37:10 |
| 41:9 | | |
| **employment** [35] | | 8:12 |
| 8:17 | 9:15 | 13:6 |
| 13:17 | 16:12 | 19:7 |
| 22:11 | 22:12 | 24:20 |
| 24:21 | 26:15 | 26:18 |
| 26:22 | 27:18 | 30:6 |
| 31:16 | 34:10 | 34:18 |
| 34:20 | 36:3 | 36:16 |
| 38:5 | 43:20 | 44:2 |
| 45:3 | 47:4 | 54:5 |
| 55:14 | 57:2 | 57:9 |
| 57:20 | 60:4 | 60:8 |
| 88:17 | | |
| **encountered** [3] | | 71:17 |
| 72:17 | 109:18 | |
| **end** [5] | 21:17 | 22:12 |
| 86:15 | 88:15 | 110:13 |
| **ended** [3] | 8:13 | 48:13 |
| 53:14 | | |
| **engage** [1] 34:9 | | |
| **entailed** [1] | | 22:13 |
| **entries** [2] 72:12 | | 73:1 |
| **environment** [2] | | 62:10 |
| 81:1 | | |
| **Eric** [1] | 49:7 | |
| **errors** [19] | 71:7 | 71:11 |
| 71:13 | 71:15 | 71:18 |
| 71:19 | 71:22 | 72:3 |
| 72:4 | 72:6 | 72:11 |
| 72:20 | 73:1 | 75:2 |
| 75:2 | 75:6 | 110:9 |
| 110:10 | 110:15 | |
| **ESQUIRE** [2] | | 2:3 |
| 2:9 | | |
| **essentially** [4] | | 18:22 |
| 89:2 | 112:11 | 116:19 |
| **estimate** [1] | | 36:6 |
| **et** [7] | 10:2 | 10:2 |
| 15:21 | 31:15 | 62:11 |
| 100:20 | 100:20 | |
| **ethics** [1] | 103:3 | |
| **evaluations** [5] | | 44:8 |
| 44:15 | 44:18 | 44:21 |
| 45:10 | | |
| **event** [1] 115:4 | | |
| **eventually** [1] | | 53:20 |
| 102:15 | 102:16 | |
| **everybody** [1] | | 78:6 |
| **evidence** [3] | | 89:17 |
| 89:20 | 90:22 | |
| **exact** [1] | 9:7 | |
| **exactly** [6] 8:21 | | 11:3 |
| 16:7 | 40:5 | 62:11 |
| 90:15 | | |
| **examination** [5] | | 1:15 |
| 2:16 | 4:4 | 4:6 |
| 5:3 | | |
| **examined** [1] | | 4:5 |

| | | |
|---|---|---|
| **example** [1] | | 115:6 |
| **excellent** [1] | | 45:11 |
| **except** [1] 10:22 | | 34:2 |
| 48:20 | 84:2 | |
| **exception** [1] | | 89:7 |
| **exchanges** [1] | | 51:21 |
| **exchanging** [1] | | 95:7 |
| **exclusively** [1] | | 110:16 |
| **Excuse** [3] 7:21 | | 95:19 |
| 116:14 | | |
| **Exhibit** [24] | | 3:2 |
| 67:11 | 67:12 | 67:15 |
| 67:16 | 67:20 | 68:1 |
| 68:18 | 68:21 | 69:1 |
| 69:7 | 69:13 | 69:20 |
| 70:1 | 70:4 | 74:8 |
| 75:15 | 76:9 | 81:20 |
| 84:3 | 84:15 | 84:18 |
| 97:22 | 117:15 | |
| **EXHIBITS** [1] | | 3:6 |
| **exist** [1] 20:3 | | |
| **expected** [2] | | 35:15 |
| 55:13 | | |
| **expense** [1] | | 76:10 |
| **experience** [5] | | 10:2 |
| 83:3 | 83:20 | 91:9 |
| 101:1 | | |
| **Expires** [1] | | 119:19 |
| **explain** [1] 27:21 | | |
| **explanation** [1] | | 51:20 |
| **express** [2] 45:13 | | 45:16 |
| **expressed** [7] | | 46:6 |
| 53:16 | 60:8 | 101:20 |
| 113:9 | 113:14 | 113:16 |
| **expressing** [1] | | 105:16 |
| **expression** [1] | | 7:21 |
| **extend** [2] 4:21 | | 60:8 |
| **extended** [4] | | 57:2 |
| 57:9 | 57:19 | 60:4 |
| **extent** [5] 37:3 | | 40:16 |
| 61:9 | 105:17 | 113:3 |
| **Exum** [1] 104:3 | | 104:11 |
| **eye** [3] 34:12 | | 43:1 |
| 115:11 | | |
| **eyes** [2] 30:7 | | 115:7 |
| **eyesight** [2] | | 42:15 |
| 43:9 | | |

-F-

| | | |
|---|---|---|
| **F** [1] | 2:3 | |
| **fact** [25] 12:11 | | 12:22 |
| 24:6 | 27:11 | 39:8 |
| 45:10 | 47:15 | 53:22 |
| 54:7 | 56:10 | 56:20 |
| 59:22 | 74:18 | 76:13 |
| 79:18 | 80:17 | 81:9 |
| 86:16 | 89:4 | 89:22 |
| 91:6 | 96:6 | 103:19 |
| 109:22 | 112:21 | |
| **factor** [3] 9:20 | | 52:5 |
| 53:19 | | |
| **facts** [4] 75:13 | | 79:14 |
| 79:21 | 90:12 | |

| | | |
|---|---|---|
| **factual** [1] 76:12 | | |
| **fail** [1] | 64:21 | |
| **failed** [3] 65:2 | | 72:1 |
| 73:8 | | |
| **Failing** [1] 42:15 | | |
| **failure** [1] 70:21 | | |
| **fair** [3] | 33:14 | 43:7 |
| 101:7 | | |
| **fallen** [1] | 78:6 | |
| **false** [4] | 54:2 | 74:14 |
| 74:16 | 74:17 | |
| **familiar** [1] | | 12:7 |
| **family** [7] 6:8 | | 6:12 |
| 8:1 | 16:21 | 17:12 |
| 17:14 | 45:8 | |
| **far** [20] | 6:22 | 11:3 |
| 11:4 | 13:17 | 20:4 |
| 23:22 | 44:2 | 44:22 |
| 46:17 | 47:7 | 61:6 |
| 61:21 | 63:2 | 75:20 |
| 76:17 | 78:8 | 85:5 |
| 99:18 | 100:17 | 108:21 |
| **father's** [1] | | 16:21 |
| **February** [8] | | 26:2 |
| 26:8 | 42:9 | 42:18 |
| 43:15 | 96:19 | 97:14 |
| 97:15 | | |
| **Federal** [10] | | 1:8 |
| 7:11 | 10:5 | 46:10 |
| 46:14 | 46:19 | 47:3 |
| 47:10 | 47:19 | 58:15 |
| **feedback** [1] | | 65:16 |
| 65:20 | 108:22 | |
| **feeling** [1] 89:9 | | |
| **fellow** [1] 73:17 | | |
| **felt** [8] | 43:3 | 48:7 |
| 52:3 | 71:2 | 91:10 |
| 91:11 | 91:14 | 96:2 |
| **few** [3] | 62:8 | 99:4 |
| 99:4 | | |
| **field** [2] | 24:6 | 33:13 |
| **file** [7] | 11:8 | 22:5 |
| 24:7 | 27:17 | 27:20 |
| 28:4 | 59:6 | |
| **filed** [11] 7:9 | | 10:4 |
| 11:19 | 12:6 | 58:13 |
| 58:14 | 58:19 | 59:16 |
| 68:15 | 97:13 | 99:6 |
| **filing** [4] 11:15 | | 11:17 |
| 23:18 | 24:3 | |
| **filled** [1] 97:7 | | |
| **finally** [4] 14:21 | | 96:17 |
| 105:13 | 105:15 | |
| **financially** [1] | | 119:13 |
| **finding** [1] 116:11 | | |
| **finish** [3] | 4:20 | 23:21 |
| 57:17 | | |
| **fire** [1] | 76:21 | |
| **fired** [16] | 8:11 | 45:21 |
| 46:2 | 46:4 | 46:5 |
| 91:17 | 91:19 | 92:1 |
| 92:5 | 93:21 | 94:6 |
| 94:8 | 95:2 | 95:5 |
| 101:6 | 101:13 | |

| | | |
|---|---|---|
| **firm** [1] | 34:7 | |
| **first** [5] | 6:16 | 6:19 |
| 22:20 | 25:15 | 66:19 |
| **Fitts** [4] | 100:8 | 100:9 |
| 101:3 | 101:5 | |
| **fix** [3] | 72:11 | 72:20 |
| 109:14 | | |
| **fixed** [1] | 72:22 | |
| **flip** [2] | 68:2 | 69:6 |
| **Florida** [1] 21:15 | | |
| **flow** [1] | 112:17 | |
| **focus** [1] | 14:13 | |
| **focused** [2] | | 41:7 |
| 42:7 | | |
| **follow** [1] 37:1 | | 70:21 |
| **follow-up** [1] | | 43:3 |
| **followed** [1] | | 29:14 |
| **following** [5] | | 22:15 |
| 23:10 | 39:11 | 51:21 |
| 111:17 | | |
| **follows** [1] 4:5 | | |
| **force** [1] | 86:22 | |
| **foregoing** [1] | | 119:3 |
| 119:4 | | |
| **form** [1] | 97:8 | |
| **format** [1] 36:20 | | |
| **former** [6] 13:15 | | 38:9 |
| 38:11 | 38:12 | 116:8 |
| 116:8 | | |
| **forms** [1] 36:19 | | |
| **formula** [1] | | 36:20 |
| **forward** [1] | | 13:1 |
| 93:11 | 93:11 | |
| **found** [3] 33:22 | | 77:2 |
| 105:14 | | |
| **four** [4] | 14:6 | 24:17 |
| 27:6 | 29:1 | |
| **frame** [7] 9:7 | | 27:13 |
| 39:9 | 64:13 | 64:14 |
| 93:16 | 115:10 | |
| **frames** [1] 8:20 | | |
| **frankly** [4] 35:4 | | 53:14 |
| 78:22 | 106:13 | |
| **friend** [3] 39:6 | | 40:2 |
| 116:8 | | |
| **friends** [2] 43:18 | | 116:6 |
| **frustrated** [2] | | 113:8 |
| 113:17 | | |
| **frustration** [1] | | 113:9 |
| **frustrations** [1] | | 113:15 |
| **full** [1] | 4:8 | |
| **full-time** [1] | | 34:10 |
| **function** [2] | | 63:8 |
| 113:14 | | |
| **functioned** [1] | | 62:11 |
| 65:14 | | |
| **functions** [1] | | 62:22 |

-G-

| | | |
|---|---|---|
| **G** [5] | 1:4 | 1:14 |
| 2:17 | 4:1 | 4:3 |

gain [1]         36:16
general [6] 41:22        47:14
   47:16    91:19    91:21
   94:17
generally [3]           29:20
   37:14    71:19
gentleman [4]           21:14
   38:8     38:13    96:12
George [1] 15:4
Georgia [2]             2:4
   4:12
given [9]   37:22    44:17
   64:6     65:15    66:8
   70:1     107:17   109:8
   119:8
giving [2]  65:16    66:11
glaucoma [1]            29:14
Glenford [1]            4:9
goal [1]    5:3
gone [4]    48:5     111:18
   112:15   113:2
good [1]    77:12
Government [5]          5:13
   6:14     6:15     8:8
   15:22
graduated [1]           14:4
grasped [1]             72:9
grateful [1]            60:3
gratitude [1]           60:9
grave [1]   55:9
great [2]   35:5     53:15
Green [1]   21:7
Greenbelt [1]           20:18
Gregorio [1]            114:13
group [2]   6:1      62:13
guess [2]   88:1     93:5
guessing [4]            37:20
   37:21    62:6     89:11
guys [1]    91:20

-H-

H [1]       3:1
habit [2]   40:11    71:9
half [1]    5:1
handled [1]             62:19
hands [2]   28:2     89:2
Hansen [9] 49:6      62:4
   63:11    63:17    98:22
   99:12    99:16    99:19
   100:2
happening [3]           34:11
   38:15    39:7
happenstance [1]        95:22
hard [1]    117:17
head [2]    29:19    44:19
headhunter [1]          28:10
   34:5
health [2]  30:1     57:20
hear [2]    41:19    48:11
heard [3]   101:19   102:6
   105:16

Heights [15]            25:4
   25:13    26:3     26:6
   26:10    26:18    30:19
   31:11    31:12    33:10
   33:17    34:1     42:9
   43:21    44:3
help [2]    72:11    72:16
   90:18
hereby [1]  119:3
hereto [1]  119:13
herself [3] 74:17    79:22
   88:10
hesitate [1]            80:21
hesitation [2]          53:16
   80:21
Hess [72]   49:13    49:15
   50:9     50:16    50:17
   51:15    51:22    53:1
   53:4     53:7     53:10
   53:12    53:17    54:5
   54:15    55:8     55:16
   56:3     56:7     56:10
   56:16    57:8     58:1
   58:6     58:11    58:13
   59:5     59:10    59:15
   59:17    59:22    60:3
   60:6     60:10    60:15
   66:20    68:6     69:10
   70:1     70:10    74:12
   74:15    74:17    74:21
   75:3     75:8     75:14
   75:20    76:3     76:5
   78:20    78:22    79:3
   79:6     79:15    79:22
   80:20    81:4     81:7
   83:7     84:2     84:9
   85:4     85:6     85:14
   86:13    88:10    88:12
   89:1     95:21    98:6
   117:14
Hess' [1]   51:16
high [4]    14:3     14:4
   14:4     33:19
hill [3]    77:10    77:10
   91:20
hire [1]    80:21
hired [11]  21:21    22:7
   25:1     25:3     25:6
   26:1     31:4     54:9
   80:20    91:8     91:10
Hispanic [1]            96:13
history [1] 16:12
hold [2]    15:1     15:2
Holland [1]             49:10
Holmes [83]             13:20
   23:14    44:6     44:12
   50:3     50:5     50:7
   52:1     61:11    61:14
   62:8     63:15    64:1
   64:5     64:10    64:16
   66:21    68:3     69:11
   70:9     70:15    70:19
   71:2     71:10    71:13
   71:22    72:6     72:8
   73:6     74:1     74:2
   74:5     75:9     75:21
   76:6     76:9     76:18

76:21    77:5     77:21
79:4     79:16    81:8
81:14    83:7     83:12
84:2     84:8     84:12
85:1     85:3     85:7
85:11    85:14    91:13
95:15    96:2     96:9
98:4     98:16    99:8
101:22   102:2    102:13
104:9    104:20   105:6
106:4    106:10   106:15
106:22   107:7    108:5
108:9    110:3    110:22
111:21   112:4    112:6
113:2    113:7    113:16
117:14
Holmes' [3]             74:22
   75:14    103:18
honest [2] 79:2     96:2
honestly [2]            21:15
   95:21
Hospital [1]            17:3
house [1]   32:12
Howard [20]             15:11
   15:13    17:2     17:3
   17:4     17:19    17:20
   17:22    18:2     18:3
   21:13    21:17    21:21
   22:5     22:7     45:12
   45:15    45:16    46:16
   47:12
Huh [2]     36:12    67:4
Huvelle [1]             13:1

-I-

idea [1]    50:4
identification [3]      67:13
   67:17    67:21
illness [1] 16:21
imagine [1]             117:17
immediate [5]           51:19
   51:20    52:2     88:6
   103:18
implement [1]           23:18
implemented [4]         22:14
   24:2     24:4     61:5
impression [3]          67:2
   67:5     91:12
Inc [4]     1:8      46:10
   46:15    47:4
inception [1]           61:6
incident [1]            111:16
inclination [1]         55:11
include [1] 59:7
included [1]            47:6
income [1]  26:14
incorrect [3]           52:3
   74:17    111:11
increase [1]            47:5
increased [3]           47:11
   47:20    47:22
increases [1]           48:6
independent [1]         59:8
indicate [1]            80:20

indicated [9]           17:13
   34:12    51:9     55:18
   82:8     88:16    91:4
   111:9    112:16
indication [1]          113:1
individuals [1]         98:21
inferior [1]            66:1
informal [2]            38:2
   38:3
Ingraham [1]            49:8
inherited [3]           46:18
   46:19    47:12
initial [1] 8:18
initiated [2]           9:19
   55:15
input [1]   110:18
inquire [1] 53:11
inquired [1]            51:16
Institute [1]           14:12
intended [1]            55:13
intense [1] 54:22
intent [1]  70:13
intention [1]           43:12
interacted [2]          62:12
   100:22
interaction [1]         52:18
   63:19
interested [2]          91:22
   119:14
intern [1]  24:15
internal [1]            16:18
international [4]        15:12
   15:12    17:8     17:10
Internet [1]            26:20
   27:1     27:3     27:5
interview [2]           79:9
   100:22
interviewed [2]         22:6
   100:11
interviewees [1]        100:11
interviews [5]          32:22
   33:2     33:3     33:4
   33:7
involved [1]            8:22
involving [1]           5:13
issue [1]   54:8
issues [3]  85:1     115:6
   115:9
itself [3]  6:13     61:9
   71:18

-J-

Jackson [1]             7:15
January [18]            17:18
   28:22    29:5     46:13
   51:5     51:11    51:12
   58:2     66:20    70:2
   70:19    71:2     89:1
   96:19    97:14    97:15
   114:10   115:10
Jasper [11] 23:1     23:2
   23:6     24:12    24:13

Darbeau v. PFFS    Case 1:06-cv-01081-AK    Document 42-1    Filed 10/09/2007    Page 39 of 45
7-3-07      Multi-Page      Jasper's - meeting
Selwyn Darbeau

24:13      49:5       101:10
102:2      102:4      102:8
**Jasper's** [2]              20:18
23:10
**Jim** [1]
**Jim's** [1]   49:8
**Joan** [2]   100:8     100:8
**Joanne** [5] 49:6     62:3
63:11      63:20     78:7
**job** [27]    26:18     27:4
30:22      32:19     33:10
33:17      33:22     34:1
35:13      35:14     36:18
37:2       38:15     39:4
40:10      41:13     42:4
43:20      45:9      45:21
55:12      62:22     79:9
116:11     116:17    117:5
117:9
**jobs** [3]    28:4      33:11
100:12
**John** [3]    2:3       4:18
117:20
**joke** [3]    78:13     78:19
78:20
**Jordan** [17]            1:16
2:10       17:18     17:20
17:22      18:2      18:3
21:12      21:17     21:21
22:5       22:7      45:12
45:15      45:16     46:15
47:12
**journal** [1] 13:19     13:22
107:19
**JR** [1]      2:3
**judge** [8]   7:13      7:15
7:16       10:6      12:19
13:1       52:16     99:22
**Judge's** [2]           12:19
12:20
**Judges** [1] 7:14
**Julian** [3]  20:1      20:7
20:11
**July** [2]    1:12      16:18
**June** [1]    34:16
**jurisdiction** [1]       97:18

### -K-

**keep** [9]    13:19     13:21
27:17      45:2      86:22
99:3       107:13    107:19
107:21
**keeping** [1]            40:11
**kept** [2]    56:19     77:9
**kind** [9]    29:11     29:13
39:17      40:16     41:8
60:7       62:14     95:8
108:5
**knew** [7]    33:3      39:17
55:17      62:11     74:12
75:14      85:10     86:8
89:6       101:22    102:2
102:4
**knowing** [4]           65:18
66:13      83:6      91:5

**knowledge** [3]         47:14
47:16      109:20
**knowledgeable** [1]     91:5
**known** [9]   9:20      48:9
48:12      74:13     74:15
74:20      75:3      79:15
98:15
**knows** [3]   106:6     107:2
107:10

### -L-

**L-I-N-V-A-L** [1]       25:17
**laid** [1]    19:2
**larger** [1]  62:18
**last** [24]   7:15      13:2
20:10      20:13     28:21
40:5       40:6      43:1
43:11      43:14     45:6
49:8       55:2      77:20
92:9       92:11     93:16
93:17      98:7      98:22
101:2      103:22    112:10
116:20
**late** [3]    30:17     65:12
96:18
**Laurel** [1]  116:1
**law** [1]     1:16
**lawsuit** [11]          9:14
10:19      11:7      99:5
101:17     113:20    114:7
114:17     116:4     116:7
117:13
**lawsuits** [3]          11:1
11:5       11:20
**learn** [7]   30:19     30:22
47:10      50:13     57:14
57:19      71:2
**learned** [1] 31:12
**least** [7]   4:16      27:6
29:1       62:16     82:14
90:13      109:17
**leave** [2]   8:9       19:11
19:13
**led** [1]     70:15
**left** [1]    102:8
**lent** [1]    71:18
**less** [7]    24:8      55:1
78:13      79:13     81:21
83:1       105:16
**lesser** [1]  37:3
**letters** [3] 37:12     37:14
37:16
**library** [92]          13:4
13:7       13:13     17:17
19:10      21:19     21:20
22:1       22:3      22:6
22:9       22:11     22:20
22:21      24:9      44:7
46:16      47:5      47:6
48:6       49:1      49:4
50:13      50:19     51:10
52:6       54:6      54:10
55:14      56:5      56:8
56:11      56:17     57:2
57:9       59:7      59:13

60:13      60:18     61:1
61:4       62:19     63:14
66:17      77:2      79:7
80:7       81:11     81:13
83:13      85:21     86:1
86:6       86:14     86:20
86:22      87:6      87:8
87:11      87:16     87:19
87:22      88:13     88:18
89:3       89:21     90:11
91:1       93:2      93:22
96:8       96:11     96:15
97:2       97:4      97:10
97:11      97:13     97:20
97:20      98:10     99:17
100:12     100:17    101:1
102:8      102:21    103:1
107:14     107:16    108:5
113:7
**Library's** [2]         73:13
87:13
**life** [1]    115:15
**light** [1]   113:1
**liked** [1]   85:15
**likely** [1]  35:13
**limited** [1] 93:14
**line** [2]    22:16     34:19
**Linval** [3]  25:14     25:17
25:20
**list** [3]    31:17     78:8
106:1
**lists** [1]   35:3
**literally** [1]         33:16
**live** [4]    77:10     115:22
116:1      116:1
**lived** [1]   40:8
**lives** [3]   20:20     77:10
93:6
**LLP** [1]     2:10
**local** [2]   41:5      41:7
**locate** [1]  26:17
**located** [4] 21:15     39:2
39:20      42:3
**Lockheed** [7]          27:12
27:13      27:14     41:11
41:13      41:19     42:2
**longer** [2]  56:20     93:2
**look** [6]    12:10     12:13
68:21      90:17     97:22
111:18
**looked** [6]  12:14     12:19
12:20      42:18     43:15
75:10
**looking** [11]          26:20
30:15      34:2      35:6
35:14      37:11     43:12
69:2       70:4      74:8
95:7
**lovely** [1]  115:21
**lunch** [2]   77:12     92:19
**Luria** [1]   21:7
**Lynette** [1]           114:13

### -M-

**M-U-M-F-R-E-E** [1]
49:9
**main** [1]    30:14
**maintained** [1]        77:12
**major** [1]   14:14
**man** [1]     82:8
**manage** [2]            70:5
70:17
**managed** [1]           16:21
**management** [13]       14:15
15:6       18:8      18:10
18:12      18:18     19:2
19:6       19:11     19:17
19:22      20:2      21:3
**manager** [2]           17:9
38:10
**manner** [1]            96:3
**marched** [1]           14:21
**Maria** [1]   105:22
**mark** [3]    67:10     67:14
104:15
**marked** [5]            3:6
67:13      67:17     67:21
84:3
**market** [1]  38:15
**Marlboro** [1]          116:2
**married** [1]           115:16
**Marshall** [15]         25:4
25:12      26:3      26:6
26:9       26:18     30:19
31:11      31:12     33:10
33:17      34:1      42:8
43:20      44:3
**Martin** [4]  41:11     41:14
41:20      42:2
**Maryland** [9]          18:11
20:18      20:21     39:3
39:21      42:5      42:6
51:13      116:1
**mastered** [1]          61:10
**matter** [2]  114:7     114:17
**Maureen** [3]           1:19
119:2      119:16
**may** [9]     8:10      34:16
35:2       39:8      40:9
90:14      99:14     113:22
114:1
**May-June** [1]          30:18
**mean** [13]   19:4      24:4
35:8       35:9      46:1
78:12      78:13     83:20
89:9       89:10     90:14
106:13     117:4
**means** [1]   36:4
**medical** [4]           26:11
42:12      42:14     115:6
**Medicine** [1]          17:4
**meet** [5]    96:20     111:3
111:5      112:8     112:13
**meeting** [22]          24:9
51:4       54:15     55:2
55:6       55:7      55:15
55:19      55:21     56:13
56:15      58:2      58:5

| | | |
|---|---|---|
| 59:16 | 59:18 | 70:2 |
| 86:13 | 88:15 | 92:19 |
| 112:5 | 112:13 | 113:10 |
| **meetings** [1] | | 79:8 |
| **mentioned** [5] | | 22:2 |
| 35:11 | 62:5 | 63:10 |
| 63:20 | | |
| **mentor** [1] 116:9 | | |
| **merely** [1] 53:6 | | |
| **met** [4] | 51:5 | 51:15 |
| 52:22 | 97:3 | |
| **middle** [1] 31:6 | | |
| **might** [1] 11:16 | | 27:21 |
| 32:20 | 79:11 | 82:8 |
| 93:11 | 99:1 | 101:16 |
| 102:6 | 109:20 | 109:21 |
| **Mike** [1] 38:13 | | 106:19 |
| **mind** [2] 78:3 | | 111:16 |
| **mine** [1] 38:10 | | |
| **Mintz** [1] 6:20 | | |
| **minute** [1] 54:18 | | |
| **minutes** [2] | | 55:4 |
| 55:4 | | |
| **mistaken** [4] | | 15:16 |
| 39:15 | 60:14 | 60:19 |
| **Mobley** [3] | | 105:3 |
| 105:19 | 106:9 | |
| **moment** [1] | | 49:12 |
| **Momentum** [11] | | 61:6 |
| 65:5 | 72:9 | 72:16 |
| 73:14 | 103:6 | 103:8 |
| 109:16 | 110:1 | 113:12 |
| 113:17 | | |
| **month** [2] 25:11 | | 99:1 |
| **months** [5] 29:1 | | 30:8 |
| 93:19 | 108:15 | 108:17 |
| **morning** [4] | | 61:14 |
| 64:6 | 64:12 | 111:3 |
| **most** [8] | 5:11 | 10:1 |
| 24:7 | 38:2 | 41:4 |
| 53:8 | 62:20 | 110:17 |
| **moved** [2] 32:3 | | 89:6 |
| **moving** [1] 45:5 | | |
| **Mr** [59] | 9:2 | 11:11 |
| 13:9 | 22:2 | 23:2 |
| 23:6 | 23:10 | 24:12 |
| 25:15 | 25:19 | 25:20 |
| 25:21 | 34:3 | 38:20 |
| 38:20 | 38:21 | 39:2 |
| 39:19 | 43:19 | 43:19 |
| 48:8 | 49:19 | 55:22 |
| 73:15 | 75:17 | 78:1 |
| 80:8 | 81:15 | 83:10 |
| 86:3 | 86:9 | 87:2 |
| 92:4 | 93:20 | 94:2 |
| 94:15 | 94:19 | 95:12 |
| 96:21 | 98:13 | 98:22 |
| 99:12 | 99:16 | 99:19 |
| 100:2 | 102:2 | 102:4 |
| 102:8 | 102:17 | 102:22 |
| 102:22 | 103:5 | 103:9 |
| 103:12 | 105:1 | 109:12 |
| 110:5 | 117:1 | 117:21 |
| **Ms** [183] | 2:17 | 4:7 |
| 9:8 | 11:14 | 13:12 |

| | | |
|---|---|---|
| 25:18 | 34:4 | 48:10 |
| 49:21 | 50:5 | 50:7 |
| 50:9 | 50:16 | 50:17 |
| 51:15 | 51:16 | 51:22 |
| 53:4 | 53:5 | 53:6 |
| 53:7 | 53:10 | 53:12 |
| 53:17 | 54:5 | 54:15 |
| 55:8 | 55:16 | 56:1 |
| 56:3 | 56:7 | 56:10 |
| 56:14 | 56:16 | 56:16 |
| 57:8 | 57:8 | 58:1 |
| 58:6 | 58:11 | 58:13 |
| 59:5 | 59:10 | 59:15 |
| 59:17 | 59:22 | 60:3 |
| 60:6 | 60:7 | 60:10 |
| 60:15 | 61:11 | 61:14 |
| 62:8 | 64:1 | 64:5 |
| 64:10 | 64:16 | 66:21 |
| 67:10 | 67:14 | 67:18 |
| 67:22 | 68:3 | 70:1 |
| 70:9 | 70:10 | 70:15 |
| 70:19 | 71:2 | 71:10 |
| 71:13 | 71:22 | 72:6 |
| 72:8 | 73:6 | 73:19 |
| 74:2 | 74:5 | 74:12 |
| 74:15 | 74:17 | 74:21 |
| 74:22 | 75:3 | 75:8 |
| 75:9 | 75:14 | 75:14 |
| 75:19 | 75:20 | 75:21 |
| 76:3 | 76:5 | 76:6 |
| 76:9 | 76:18 | 76:21 |
| 77:5 | 77:21 | 78:4 |
| 78:20 | 78:22 | 79:3 |
| 79:4 | 79:6 | 79:10 |
| 79:15 | 79:16 | 79:22 |
| 80:10 | 80:20 | 81:4 |
| 81:7 | 81:14 | 81:18 |
| 83:7 | 83:7 | 83:16 |
| 84:2 | 84:2 | 84:8 |
| 84:9 | 84:12 | 85:1 |
| 85:3 | 85:4 | 85:6 |
| 85:7 | 85:11 | 85:14 |
| 85:14 | 86:5 | 86:12 |
| 86:13 | 87:4 | 89:1 |
| 90:22 | 91:13 | 92:1 |
| 92:7 | 92:10 | 92:14 |
| 92:17 | 94:4 | 94:19 |
| 95:15 | 96:2 | 96:9 |
| 97:1 | 98:4 | 98:6 |
| 98:18 | 99:8 | 101:3 |
| 101:5 | 101:22 | 102:2 |
| 102:13 | 104:9 | 104:11 |
| 104:20 | 105:6 | 105:19 |
| 106:9 | 106:10 | 106:15 |
| 106:22 | 107:7 | 108:5 |
| 108:9 | 110:3 | 110:8 |
| 110:22 | 111:21 | 112:4 |
| 112:6 | 113:2 | 113:7 |
| 113:16 | 117:14 | 117:14 |
| 117:19 | | |
| **Mumfree** [2] | | 49:9 |
| 63:11 | | |
| **MURRELL** [1] | | 2:9 |
| **must** [5] | 43:22 | 52:5 |
| 77:6 | 96:18 | 115:3 |

-N-

| | | |
|---|---|---|
| **N** [3] | 2:15 | 2:15 |
| 4:1 | | |
| **N.W** [3] | 1:17 | 2:4 |

| | | |
|---|---|---|
| 2:11 | | |
| **name** [12] | 4:8 | 6:9 |
| 21:14 | 25:16 | 29:22 |
| 38:9 | 38:13 | 49:8 |
| 78:2 | 96:12 | 96:13 |
| 114:18 | | |
| **named** [1] 63:3 | | |
| **names** [2] 49:12 | | 62:4 |
| **Napoleon** [4] | | 23:1 |
| 24:13 | 49:4 | 101:10 |
| **narrow** [1] 93:15 | | |
| **National** [2] | | 9:6 |
| 16:17 | | |
| **naturally** [1] | | 34:19 |
| **nauseam** [1] | | 4:19 |
| **Navy** [17] | 17:15 | 17:16 |
| 18:7 | 18:19 | 18:20 |
| 19:7 | 19:14 | 21:5 |
| 21:6 | 21:6 | 21:10 |
| 22:3 | 39:12 | 39:13 |
| 44:14 | 44:20 | 102:22 |
| **necessarily** [1] | | 12:11 |
| 110:19 | 111:6 | |
| **necessary** [1] | | 36:4 |
| **need** [3] | 4:20 | 24:10 |
| 110:4 | | |
| **needed** [3] 30:8 | | 30:11 |
| 66:3 | | |
| **neither** [2] 57:8 | | 119:9 |
| **never** [27] 35:14 | | 44:9 |
| 46:4 | 46:5 | 56:10 |
| 65:1 | 67:2 | 70:22 |
| 81:7 | 85:6 | 85:10 |
| 85:14 | 85:17 | 93:9 |
| 94:15 | 98:9 | 98:18 |
| 99:12 | 100:2 | 101:5 |
| 107:15 | 107:18 | 109:3 |
| 109:11 | 109:14 | 113:3 |
| 113:16 | | |
| **new** [10] | 14:6 | 14:12 |
| 32:3 | 32:6 | 32:13 |
| 32:14 | 32:15 | 32:16 |
| 47:16 | 61:5 | |
| **niggers** [1] 7:20 | | |
| **night** [1] 16:14 | | |
| **nobody** [1] 80:2 | | |
| **none** [2] 24:9 | | 70:18 |
| **nor** [3] 57:8 | | 119:9 |
| 119:13 | | |
| **normal** [11] | | 8:20 |
| 13:18 | 26:21 | 58:6 |
| 62:2 | 62:7 | 63:21 |
| 66:7 | 83:19 | 110:7 |
| 112:6 | | |
| **normalcy** [1] | | 29:2 |
| **normally** [1] | | 39:5 |
| 39:16 | | |
| **Northeast** [1] | | 4:11 |
| **Northern** [1] | | 17:7 |
| **Notary** [4] 1:19 | | 4:5 |
| 119:1 | 119:17 | |
| **NOTE** [1] 3:6 | | |
| **notes** [5] 13:3 | | 13:6 |
| 13:11 | 13:12 | 97:6 |

| | | |
|---|---|---|
| **nothing** [4] | | 84:15 |
| 84:20 | 88:13 | 89:2 |
| **notice** [1] 1:16 | | |
| **notwithstanding** [1] | | |
| 57:2 | | |
| **November** [2] | | 7:8 |
| 62:12 | | |
| **now** [26] | 5:9 | 20:8 |
| 24:20 | 27:15 | 31:7 |
| 33:14 | 35:13 | 38:18 |
| 38:22 | 40:22 | 42:8 |
| 42:16 | 43:6 | 43:13 |
| 46:9 | 49:15 | 52:6 |
| 76:8 | 89:9 | 90:15 |
| 92:7 | 92:22 | 93:3 |
| 96:22 | 98:14 | 108:3 |
| **number** [27] | | 5:15 |
| 36:2 | 67:11 | 67:15 |
| 67:18 | 68:1 | 68:18 |
| 68:22 | 69:1 | 69:7 |
| 69:13 | 69:20 | 70:1 |
| 70:4 | 74:8 | 75:15 |
| 76:9 | 81:20 | 84:3 |
| 84:16 | 84:18 | 84:19 |
| 84:20 | 93:8 | 93:9 |
| 97:22 | 117:15 | |
| **numbers** [1] | | 40:8 |
| **numerous** [1] | | 66:9 |
| **Nydia** [4] | 23:7 | 23:8 |
| 103:15 | 103:22 | |

-O-

| | | |
|---|---|---|
| **O** [2] | 2:15 | 4:1 |
| **Oberdorfer** [1] | | 7:16 |
| **Objection** [18] | | 9:2 |
| 13:9 | 34:3 | 48:8 |
| 49:19 | 55:22 | 73:15 |
| 75:17 | 78:1 | 80:8 |
| 81:15 | 83:10 | 86:3 |
| 86:9 | 87:2 | 94:2 |
| 96:21 | 110:5 | |
| **obligation** [1] | | 88:17 |
| **observe** [1] | | 72:1 |
| 113:6 | | |
| **obtain** [1] 26:22 | | |
| **obviously** [1] | | 13:14 |
| **occasion** [1] | | 110:6 |
| **occasions** [1] | | 112:16 |
| **occurred** [2] | | 24:8 |
| 51:8 | | |
| **October** [7] | | 23:10 |
| 23:12 | 23:14 | 62:8 |
| 108:10 | 108:12 | 108:14 |
| **off** [3] | 19:2 | 118:1 |
| 118:3 | | |
| **offered** [2] 33:11 | | 33:12 |
| 58:6 | | |
| **offers** [1] 34:21 | | |
| **office** [20] 18:20 | | 22:15 |
| 23:19 | 24:3 | 42:2 |
| 42:6 | 42:6 | 51:7 |
| 51:13 | 51:16 | 52:8 |
| 54:19 | 78:14 | 96:11 |
| 96:15 | 97:4 | 97:11 |
| 97:20 | 112:11 | 112:12 |

**officer** [3]  44:19  44:20
119:2
**offices** [2]  1:16  24:7
**often** [3]  72:15  73:1
109:19
**oftentimes** [4]  78:6
99:10  108:7  115:2
**old** [20]  20:16  32:4
32:6  32:13  35:4
39:6  40:2  49:15
50:3  52:7  52:10
52:13  52:19  78:20
80:15  81:3  81:22
82:18  90:7  99:19
**older** [12]  49:18  49:22
76:10  76:17  78:14
79:17  81:4  81:10
83:8  85:7  85:16
91:13
**oldest** [5]  52:8  52:15
52:17  76:15  76:16
**on-the-job** [1]  15:20
**once** [4]  4:16  59:19
101:19  111:21
**one** [56]  5:11  6:2
7:19  10:21  10:22
15:17  22:14  29:18
29:21  32:6  32:13
32:13  33:5  33:6
33:12  34:11  38:8
38:14  39:9  39:15
42:5  44:10  45:20
47:17  49:5  51:19
52:7  53:15  55:7
73:4  74:10  74:16
74:16  76:15  77:1
77:11  78:3  80:18
82:7  88:7  88:9
91:3  91:4  91:13
94:17  95:9  96:5
99:14  100:6  100:10
104:6  111:16  114:9
116:1  116:1  117:18
**ones** [5]  32:6  41:5
41:12  42:7  63:12
**ongoing** [1]  61:17
**Ophthalmologist** [1]
29:12
**opinion** [1]  74:22
**opinions** [1]  75:14
**opportunity** [1]  30:22
**opposed** [4]  79:17
94:13  95:11  97:9
**order** [5]  12:19  12:20
12:21  12:22  13:2
**organization** [8]  25:5
26:4  26:7  26:10
26:19  30:20  42:9
44:3
**orientation** [1]  79:10
**original** [3]  3:6
6:10  7:15
**Orlando** [1]  21:15
**otherwise** [1]  119:13
**outcome** [1]  119:14
**outset** [1]  58:5

**overseas** [2]  41:6
41:7
**own** [3]  75:10  113:9
113:14

**-P-**

**P** [1]  4:1
**p.m** [1]  118:5
**packing** [1]  27:22
**page** [6]  2:16  3:2
4:17  68:3  69:6
74:12
**paid** [2]  48:7  48:14
**panel** [1]  100:10
**Panigrahi** [1]  29:17
**papers** [2]  26:21  37:9
**paperwork** [1]  45:5
97:16
**paragraph** [5]  68:12
74:12  74:12  76:8
81:19
**part** [6]  10:1  38:2
53:8  62:20  91:15
110:17
**participated** [5]  11:6
11:20  14:7  29:19
44:9
**particular** [1]  30:2
**particularly** [2]  60:7
94:20
**parties** [3]  1:21  119:10
119:13
**party** [4]  5:17  5:18
9:10  9:11
**Passenger** [2]  9:6
16:17
**pastor** [3]  114:9  115:2
115:13
**paying** [1]  40:14
**pending** [1]  48:20
**Penfield** [1]  7:15
**people** [9]  33:18  38:4
39:16  79:16  79:17
90:7  106:14  113:20
114:7
**people's** [1]  52:17
**percent** [1]  52:7
**performance** [15]  44:8
44:15  44:17  44:21
45:9  45:13  45:17
46:7  55:12  68:5
69:11  84:8  84:12
85:4  113:8
**performed** [2]  29:16
29:21
**performing** [2]  13:22
80:16  80:18
**perhaps** [4]  40:15
72:3  72:7  96:4
**period** [8]  8:3  8:17
16:19  28:15  28:18
30:2  40:15  73:22
**periods** [1]  32:18

**person** [10]  49:9  78:15
82:3  82:4  82:5
82:6  82:13  83:5
96:22  116:10
**personal** [4]  36:17
107:15  107:18  115:15
**persons** [1]  38:6
**pertained** [1]  76:4
**pertains** [1]  88:11
**phone** [9]  36:3  39:22
40:7  40:11  40:12
40:13  50:16  70:20
105:15
**physical** [1]  21:16
**picked** [1]  12:15
**place** [2]  57:18  82:4
**placement** [2]  34:7
88:20
**places** [3]  19:7  27:8
27:17
**placing** [1]  58:7
**plaintiff** [15]  1:5
2:2  5:19  6:9
6:10  6:17  6:19
9:12  10:9  10:19
11:2  68:4  69:9
74:14  81:21
**Plaintiff's** [3]  3:4
68:6  68:22
**played** [6]  53:19  80:6
80:12  89:18  89:21
98:9
**point** [5]  16:7  39:9
49:5  96:7  108:8
**posed** [2]  61:9  113:13
**position** [4]  22:7
31:3  31:13  51:18
**positions** [5]  16:15
31:13  33:5  42:5
42:6
**positive** [1]  109:1
**Possibly** [1]  82:17
**post** [1]  27:1
**practice** [1]  58:6
**Practices** [1]  9:18
**prayers** [1]  12:2
**precipitated** [1]  53:17
**precisely** [1]  54:14
**prefer** [1]  81:14
**preference** [4]  76:10
77:22  79:16  85:11
**preferred** [1]  83:8
**premise** [1]  53:11
**preparation** [2]  12:9
112:5
**prepare** [1]  11:22
**prepared** [3]  71:3
75:1  109:9
**presence** [1]  53:6
**present** [5]  1:20  6:3
79:11  92:16  115:10
**presented** [1]  110:20

**presently** [1]  98:14
**Pressley** [23]  2:3
9:2  11:11  13:9
25:15  34:3  48:8
49:19  55:22  73:15
75:17  78:1  80:8
81:15  83:10  86:3
86:9  87:2  94:2
96:21  110:5  117:1
117:21
**presumably** [1]  41:2
**presume** [3]  83:11
83:17  103:17
**presuming** [1]  80:11
**presumption** [1]  81:2
**pretext** [5]  52:4  53:21
79:21  88:8  89:10
**pretty** [4]  43:1  54:12
63:4  97:17
**previous** [3]  34:13
48:1  112:16
**previously** [4]  40:1
40:8  46:16  102:22
**primary** [1]  33:4
**privy** [1]  88:6
**problem** [3]  61:9
111:12  113:2
**problems** [7]  71:17
72:17  73:13  109:18
110:1  113:13  115:7
**procedure** [1]  110:7
**process** [21]  8:7
23:20  23:21  27:22
28:19  31:5  34:22
35:7  38:2  38:3
43:12  48:17  57:17
71:13  71:15  71:22
72:1  72:2  72:4
72:6  75:6
**processing** [2]  75:2
111:10
**procurement** [6]  15:3
15:5  33:16  33:19
62:18  91:6
**produce** [1]  34:2
**produced** [4]  52:1
53:20  54:21  109:22
**product** [1]  108:6
**professional** [1]  112:1
**program** [1]  15:13
**programs** [2]  14:7
15:21
**Progressive** [8]  1:7
46:9  46:14  46:19
47:3  47:10  47:18
58:15
**project** [2]  17:9  24:14
24:18
**projects** [6]  61:16
62:1  63:15  64:2
64:11  64:17
**promised** [2]  73:7
107:17
**prompt** [1]  65:13

promptly - right     Case 1:06-cv-01081-AK    Document 42-4™   Filed 10/09/2007   Page 43 of 45. PTFS
Selwyn Darbeau       Multi-Page™             Darbeau, S.
7-3-07

**promptly** [1]   65:15
**properly** [1]   113:14
**prospective** [2]   28:9
31:21
**provide** [1]   58:7
64:10
**provider** [2]   30:1
40:20
**provision** [1]   86:19
**provisions** [2]   47:17
88:16
**provisos** [1]   47:17
**PTFS** [38]   13:14   17:19
48:5   49:13   49:14
51:15   54:10   55:15
56:19   57:1   57:19
58:22   59:7   59:8
59:10   59:11   59:22
60:3   60:12   60:17
60:17   63:4   68:7
77:1   80:20   82:4
83:12   85:20   86:8
86:18   86:21   87:5
87:13   87:15   87:20
87:21   88:6   93:22
**PTFS's** [1]   89:1
**Public** [3]   1:19   4:5
119:17
**Punch** [5]   38:9   38:20
39:2   43:19   116:9
**purpose** [7]   55:5
55:7   55:10   55:21
56:9   79:19   104:6
**pursuant** [1]   1:16
**put** [3]   28:2   103:4
116:17

**-Q-**

**qualifications** [6]   10:1
82:21   83:3   83:4
91:9   100:19
**qualified** [2]   81:22
83:2
**quality** [1]   66:18
**Queenie** [1]   4:11
**questions** [3]   117:19
117:20   118:1
**quirk** [2]   65:5   65:9
**quirks** [1]   66:9
**quit** [1]   8:11
**quite** [7]   10:18   24:6
35:4   38:2   53:14
78:22   106:13

**-R-**

**R** [1]   4:1
**Railroad** [2]   9:6
16:17
**ranking** [2]   9:20
9:21
**rarely** [2]   71:3   74:22
**RBJ** [2]   17:8   17:9
**reach** [2]   58:11   105:13

**reaction** [3]   51:19
52:2   88:7
**reactions** [1]   51:20
**read** [1]   12:4
**reading** [2]   68:8
70:7
**real** [1]   89:5
**really** [19]   29:1   35:2
36:1   36:1   36:1
36:7   36:7   36:9
41:7   45:22   46:1
59:10   60:4   60:12
89:8   90:12   91:22
99:22   108:7
**reapproached** [1]   109:20
**reason** [19]   13:16   13:21
28:13   56:9   63:3
76:15   79:19   80:17
86:21   89:7   90:15
91:15   94:12   94:13
95:6   100:10   106:14
107:19   110:10
**reasonable** [1]   82:13
**Reasonably** [1]   50:11
**reasons** [6]   26:11
42:12   42:14   84:8
84:12   85:4
**recalls** [1]   60:15
**receipt** [2]   35:20   41:22
**receive** [2]   28:8   47:22
**received** [6]   52:1
70:20   93:10   97:17
107:15   107:18
**receivership** [3]   6:13
8:6   17:11
**recent** [1]   5:11
**recently** [1]   40:22
**recognized** [1]   78:14
**recollect** [7]   11:6
11:10   11:13   16:7
38:18   38:22   44:1
**recollection** [4]   54:16
54:17   65:6   70:14
**record** [4]   41:8   118:2
118:4   119:8
**records** [7]   40:7   40:12
40:16   40:17   45:3
45:7   107:20
**recuperate** [3]   28:20
30:9   30:12
**recuperating** [1]   28:19
**recuperation** [3]   28:18
29:8   43:4
**red** [1]   113:1
**redo** [1]   66:12
**redoing** [1]   66:10
**reduced** [1]   119:7
**Reed** [1]   39:10
**referenced** [3]   15:2
38:7   84:21
**referred** [1]   7:20
**reflect** [3]   28:4   41:3
52:6

**reflected** [2]   95:9
95:12
**reflects** [1]   85:5
**regard** [1]   57:15
**regarding** [6]   13:11
32:19   51:22   69:19
70:21   89:5
**regards** [1]   99:11
**Reginald** [1]   6:20
**regrets** [1]   105:16
**regretted** [1]   101:21
**relate** [1]   117:13
**related** [1]   119:9
**relates** [2]   71:16   115:14
**relating** [1]   69:10
**relations** [1]   111:19
**relationship** [1]   77:13
**relative** [1]   119:12
**relevant** [1]   101:17
**relocated** [1]   27:22
**remark** [1]   6:3
**remarks** [1]   68:18
**remember** [37]   5:12
5:14   7:13   8:16
9:7   9:16   10:3
10:6   10:7   10:8
10:14   11:5   11:15
11:17   12:21   14:11
19:21   21:14   27:8
29:22   31:2   33:6
35:10   36:5   37:20
40:4   40:5   41:13
41:16   50:17   59:21
61:3   64:10   72:19
96:12   96:13   108:12
**remembers** [1]   60:10
**remorse** [1]   105:16
**removal** [1]   29:15
**removing** [1]   53:21
**Rene** [23]   49:6   62:4
63:3   63:20   76:22
77:5   77:9   77:16
82:7   82:15   82:18
90:3   90:10   92:15
92:16   93:11   93:12
93:18   94:5   94:11
94:20   94:21   95:1
**repeat** [9]   16:3   18:1
45:14   50:6   58:17
75:18   87:14   89:9
94:3
**rephrase** [4]   5:3
5:6   53:2   64:4
**replaced** [9]   81:21
82:2   82:3   82:9
82:19   83:5   90:5
90:7   102:13
**replacement** [1]   88:20
**report** [10]   56:7   56:11
61:15   62:1   64:2
64:6   64:11   64:17
64:22   65:7
**reports** [4]   63:15   64:20
65:3   65:11

**represent** [1]   54:9
**representative** [2]   83:12
83:22
**request** [3]   61:15   65:15
88:18
**requested** [1]   112:4
**require** [1]   66:9
**required** [1]   72:15
**resigned** [1]   26:12
**resolved** [1]   7:4
**respect** [1]   69:11
**respective** [1]   1:20
**respond** [2]   27:4
39:8
**responded** [3]   27:2
27:13   65:15
**responding** [1]   36:18
**response** [4]   11:11
35:3   88:6   97:17
**result** [3]   65:5   65:9
111:11
**resume** [16]   22:4
27:1   35:20   35:20
36:14   37:13   38:1
41:22   58:8   74:19
100:19   116:17   116:20
117:4   117:4   117:8
**resumes** [8]   27:6
27:7   27:10   28:7
35:22   36:3   36:6
36:21
**retain** [1]   19:19
**retired** [3]   23:4   102:11
102:12
**retirement** [1]   23:10
**retrospect** [2]   111:17
112:19
**return** [7]   50:14   50:19
50:20   55:18   66:6
71:10   108:18
**returned** [7]   16:20
51:1   51:7   55:13
57:18   108:20   109:9
**returning** [1]   16:22
**review** [2]   12:6   43:2
**rid** [2]   32:8   96:5
**right** [87]   4:17   6:21
14:16   16:8   21:12
25:8   27:21   31:8
31:10   33:14   33:20
34:5   34:7   34:10
38:18   38:21   38:22
39:10   41:19   46:9
46:14   47:1   52:11
52:20   52:22   53:5
54:18   55:5   66:14
68:13   68:15   69:1
69:3   69:4   70:9
70:10   70:14   74:5
74:8   75:6   75:16
75:21   76:2   76:19
78:10   80:3   80:7
81:8   83:5   83:18
84:5   84:7   84:9
84:21   85:4   85:8

Darbeau v. PPFS
7-3-07

Case 1:06-cv-01081-AK    Document 42-4    Filed 10/09/2007    Page 43 of 45

Multi-Page

Road - supervisor
Selwyn Darbeau

| 85:12 | 85:16 | 85:21 |
| 86:2 | 86:8 | 86:20 |
| 87:22 | 89:11 | 89:11 |
| 89:15 | 90:3 | 90:22 |
| 94:11 | 94:16 | 98:3 |
| 98:4 | 98:5 | 98:7 |
| 98:8 | 98:11 | 98:16 |
| 98:19 | 99:13 | 99:17 |
| 100:4 | 105:20 | 105:22 |
| 106:17 | 108:10 | 108:16 |
| 114:4 | | |

**Road** [1]    4:11
**Roary** [5]    20:1    20:7
20:11    20:20    21:4
**role** [5]    80:6    80:12
89:18    89:21    98:10
**Rule** [1]    68:22
**rules** [1]    4:19
**run** [1]    77:11

-S-

**S** [6]    1:19    2:15
3:1    4:1    119:2
119:16
**salaries** [3]    47:5
47:20    47:22
**salary** [1]    26:3
**Salim** [1]    29:10
**samples** [2]    107:21
108:2
**sat** [2]    54:19    82:4
**satisfaction** [1]    45:18
**satisfactory** [1]    44:4
44:22
**Saturday** [2]    77:11
82:16
**save** [1]    32:19
**Savits** [2]    1:17    2:10
**savvy** [1]    27:2
**saw** [1]    112:20
**says** [7]    68:3    69:7
69:9    70:5    74:12
75:5    76:9
**scheduled** [1]    57:16
**school** [4]    14:3    14:4
14:4    14:11
**search** [2]    116:18    117:5
**searched** [1]    37:8
**second** [10] 3:3    12:17
67:10    68:2    68:12
74:9    74:11    81:19
117:22    118:2
**secure** [1]    24:8
**see** [10]    15:4    29:17
37:9    39:16    41:8
50:22    62:7    68:8
70:7    106:13
**seek** [2]    31:16    114:22
**seeking** [3] 34:20    34:20
36:3
**seem** [2]    65:16    81:14
**Selwyn** [5] 1:4    1:14
2:17    4:3    4:9

**send** [5]    31:20    32:2
35:20    35:22    37:12
**sending** [1]    36:14
**sent** [9]    27:6    27:10
36:6    36:10    36:21
37:14    37:17    59:19
70:12
**separate** [1]    39:10
**September** [7]    25:1
25:10    26:1    26:15
32:10    46:12    79:13
**sequence** [2]    8:21
58:9
**serious** [2] 16:21    34:21
**service** [1]    16:20
**Services** [6]    6:8
6:12    8:1    17:12
17:14    45:8
**Servin** [13] 49:7    62:4
63:3    76:22    77:5
77:9    92:4    93:20
94:5    94:15    94:19
95:12    98:13
**set** [3]    51:12    55:18
112:7
**settled** [2]    7:5    10:13
**settlement** [1]    7:7
**several** [12]    6:4
7:14    15:18    29:17
40:1    49:11    59:17
104:7    108:15    112:7
112:13    115:13
**sheet** [1]    97:7
**Sheila** [9]    49:13    49:15
53:1    66:20    68:6
69:10    88:10    88:12
95:21
**short** [1]    32:18
**shorthand** [1]    13:14
**shortly** [4] 23:9    59:15
91:10    114:20
**show** [3]    37:6    40:8
75:13
**shut** [1]    18:20
**sic** [3]    60:21    66:10
116:1
**side** [1]    49:4
**sight** [1]    43:4
**sign** [2]    71:3    74:22
**signature** [2]    71:4
118:7
**Silver** [2]    18:11    39:3
**similar** [2] 62:22    63:8
**similarly** [1]    89:22
**Simon** [1]    107:5
**simply** [1]    54:7
**sitting** [2]    32:12    53:6
**situation** [4]    5:22
3:17    34:12    51:22
**six** [3]    24:17    25:11
27:7
**slowly** [1]    43:4
**small** [2]    62:18    62:21

**Smith** [1]    4:11
**smooth** [1] 112:14
**Soft** [3]    17:6    17:7
17:8
**software** [9]    61:1
61:3    65:8    66:22
73:14    110:10    110:12
110:16    110:21
**someone** [4]    36:18
37:22    96:3    102:7
**sometime** [15]    7:7
23:9    32:10    32:15
40:5    40:6    41:17
58:8    77:6    77:20
92:11    93:16    101:4
104:2    111:20
**sometimes** [4]    35:19
37:22    66:10    71:20
**somewhere** [6]    9:4
17:1    20:18    28:1
28:3    31:6
**sorry** [15]    5:17    6:20
7:8    11:11    17:21
25:15    52:12    84:6
84:6    84:19    84:19
85:2    102:1    110:14
113:22
**sort** [5]    8:19    43:2
45:6    95:6    112:14
**source** [1]    26:14
**speak** [1]    103:19
**speaking** [5]    4:20
4:21    50:11    92:16
95:21
**specialist** [6]    22:17
22:18    24:5    41:15
100:14    112:1
**specialists** [5]    61:8
62:17    72:18    73:18
113:10
**specific** [3] 36:20    64:13
115:4
**specifically** [7]    27:15
38:18    43:22    47:15
82:5    90:15    99:15
**specifics** [2]    64:8
90:13
**speculating** [1]    83:18
**speculative** [1]    80:7
**spend** [1]    109:7
**spite** [1]    112:7
**split** [2]    17:7    17:8
**spoke** [6]    59:18    92:9
98:22    101:2    103:22
105:15
**spoken** [7]    77:17    94:22
98:3    98:6    101:10
103:12    115:3
**spring** [7]    18:11    23:20
30:17    39:3    41:18
77:6    117:9
**staff** [6]    17:3    20:16
72:11    72:16    72:19
72:22
**standard** [4]    78:13

| 78:19 | 86:19 | 110:7 |
| | | |
**standpoint** [1]    112:6
**start** [7]    4:21    18:4
22:18    30:15    32:14
37:11    64:17
**started** [9] 6:11    8:5
10:15    16:17    22:20
25:10    25:11    40:14
64:16
**Starting** [1]    68:1
**state** [1]    20:20
**statement** [4]    75:10
76:12    83:9    110:13
**statements** [11]    6:1
7:17    53:22    54:7
74:16    76:4    76:13
76:14    79:19    79:20
112:21
**STATES** [1]    1:1
**status** [14] 37:1    61:15
61:22    63:15    64:1
64:5    64:11    64:17
64:19    64:21    65:3
65:7    65:11    73:7
**stenographically** [1]
119:6
**sticks** [2]    5:15    7:19
**still** [7]    6:21    20:3
27:20    32:1    99:16
100:17    112:15
**stood** [1]    35:13
**stop** [3]    18:17    20:5
26:9
**stopped** [1]    42:8
**strenuous** [1]    34:15
**Strike** [1]    85:2
**student** [1] 24:15
**subject** [2]    114:7    114:17
22:5    31:3
**submitted** [1]    22:4
22:5    31:3
**submitting** [1]    41:10
**subsequent** [3]    8:18
58:8    90:15
**subsequently** [3]    41:21
81:21    82:1
**such** [3]    52:16    83:21
96:3
**sue** [5]    59:10    59:22
60:12    60:12    60:16
**sued** [1]    10:17
**suggestions** [1]    94:18
**suing** [1]    59:11
**Suite** [3]    1:17    2:5
2:12
**summarize** [1]    16:12
**summarizing** [1]    97:19
**summer** [8]    24:16
39:14    77:7    77:20
92:11    93:14    93:16
117:9
**superior** [2]    83:5
103:18
**supervisor** [26]    6:1

supervisor-employee - utilized
Selwyn Darbeau
Darbeau v.
7-3-07

7:18 7:19 19:21
21:6 21:13 22:21
23:3 23:5 23:6
23:8 23:12 23:15
24:10 24:12 25:12
25:21 38:10 44:7
44:12 49:5 49:14
68:6 83:12 83:13
108:9

**supervisor-employee** [1]
111:19

**supervisors** [2] 21:2
100:11

**support** [2] 79:14
90:20

**supportive** [1] 103:1

**supposition** [1] 89:12

**surely** [1] 43:5

**surgeons** [2] 29:18
29:20

**surgeries** [1] 30:3

**surgery** [18] 28:19
28:20 28:21 28:22
29:4 29:13 29:14
29:16 29:21 30:6
34:13 34:13 42:22
42:22 43:1 43:3
57:16 57:21

**switched** [1] 33:16

**sworn** [2] 4:4 119:5

**system** [15] 22:15
23:18 24:3 24:7
24:8 61:5 61:8
65:5 65:10 66:8
71:16 72:16 109:16
110:1 111:12

**Systems** [18] 1:8
18:10 18:13 18:18
19:3 19:6 19:12
19:17 19:22 20:2
21:3 46:10 46:15
46:19 47:4 47:11
47:19 58:15

-T-

**T** [3] 2:15 2:15
3:1

**taking** [2] 43:20 118:6

**targeted** [1] 76:18

**targeting** [2] 76:6
85:7

**task** [3] 24:11 35:15
35:18

**tax** [1] 33:5

**Technologies** [5] 17:19
18:3 21:13 22:6
22:8

**Technology** [8] 1:7
46:10 46:14 46:19
47:3 47:10 47:19
58:15

**telephone** [12] 31:15
31:22 35:1 36:16
40:20 41:2 55:9
56:2 56:6 58:11

93:8 93:9

**telephoned** [1] 38:6

**telling** [1] 36:19

**temporary** [5] 28:14
31:7 34:9 39:14
39:17

**tenure** [1] 113:6

**term** [4] 8:12 8:12
8:16 8:18

**terminate** [2] 51:10
57:4

**terminated** [30] 18:22
19:1 19:5 19:14
19:16 51:18 53:13
56:15 56:16 76:14
77:5 81:8 89:4
89:6 90:11 91:1
91:8 94:9 94:10
94:16 95:16 98:15
98:19 99:13 100:3
101:11 101:19 105:14
105:17 105:20

**terminating** [2] 79:21
88:8

**termination** [33] 39:11
53:17 57:17 69:11
79:20 80:6 80:12
84:13 85:8 89:15
89:16 89:21 90:1
90:13 91:15 95:13
98:10 99:8 101:4
101:9 102:5 103:10
103:13 103:16 103:20
104:2 104:13 105:1
105:9 106:7 107:3
107:11 115:11

**terms** [3] 29:7 100:22
111:18

**testified** [1] 4:5

**testify** [1] 5:4

**testimony** [3] 119:4
119:5 119:8

**thanked** [1] 60:6

**thankful** [1] 60:3

**thereabouts** [1] 23:5

**thereafter** [1] 119:7

**therefore** [4] 18:21
18:22 78:15 78:16

**thinking** [1] 95:4

**Thomas** [9] 51:14
52:22 53:5 53:6
56:14 56:16 57:8
60:7 79:10

**Thornhill** [2] 25:7
25:8

**thought** [16] 65:22
70:16 76:5 85:6
91:17 93:21 94:5
94:11 95:1 98:18
99:12 100:3 101:6
101:13 103:20 112:22

**thoughts** [1] 95:7

**three** [12] 11:1 11:5
29:1 30:8 31:5
63:4 79:8 79:12
96:18 112:2 112:3

115:3

**through** [16] 16:16
16:19 17:4 17:13
21:21 26:8 36:3
36:3 36:16 36:17
36:18 36:18 46:12
72:17 77:16 92:15

**Throughout** [1] 16:14

**tied** [1] 89:2

**times** [5] 4:15 64:19
112:7 114:22 115:4

**Tobago** [3] 14:3
14:5 16:20

**today** [1] 12:7

**today's** [1] 11:22

**together** [4] 20:17
62:13 108:8 116:17

**took** [10] 28:21 29:1
31:5 46:15 47:4
47:20 53:18 53:19
57:17 89:7

**top** [3] 9:22 68:1
68:11

**totally** [2] 52:2 54:2

**touch** [1] 51:1 77:9

**towards** [1] 111:14

**training** [3] 15:20
15:20 103:8

**transition** [1] 112:14

**treated** [1] 78:15

**trial** [1] 7:2

**tried** [1] 58:11

**Trinidad** [3] 14:3
14:5 16:20

**trouble** [2] 35:17 60:22

**troubling** [1] 109:17

**true** [8] 54:8 73:11
76:1 83:9 84:3
88:7 112:22 119:8

**truthful** [1] 36:9

**truthfully** [1] 5:4

**try** [6] 28:14 34:9
38:5 40:19 58:18
110:2

**trying** [2] 5:14 31:16

**Tubman** [3] 49:10
63:3 78:3

**Tuesday** [1] 1:12

**twice** [1] 4:16

**twin** [2] 115:21 115:21

**two** [17] 5:9 11:19
14:5 20:12 20:13
27:10 27:11 27:11
33:3 33:4 74:18
79:8 88:10 90:2
96:18 108:17 115:3

**type** [1] 33:6

**typewriting** [1] 119:7

**typographical** [4] 71:7
71:11 75:1 75:6

-U-

**U.S** [2] 16:8 16:10

**UDC** [2] 14:6 14:16

**Ultimately** [1] 58:19

**unable** [1] 70:5

**under** [13] 6:13 21:19
22:7 29:7 47:12
63:4 81:22 82:10
82:14 86:2 86:7
87:9 87:17

**understand** [23] 5:2
5:4 5:5 10:18
13:5 40:12 47:18
47:21 54:3 54:14
56:4 56:14 56:15
56:19 56:22 57:1
66:22 76:22 80:9
84:10 86:4 88:22
94:14

**understood** [7] 36:15
57:6 57:7 59:3
85:20 86:6 87:21

**undertake** [1] 24:11

**unemployment** [1] 26:16

**unfair** [1] 108:6

**Unfortunately** [1] 116:22

**unfounded** [5] 68:4
68:17 69:19 74:14
76:14

**unhappy** [2] 80:19
109:13

**UNITED** [1] 1:1

**University** [5] 15:5
15:11 15:13 17:2
17:3

**University's** [1] 17:4

**unsatisfactory** [1] 67:3
67:7

**untrue** [2] 75:2 75:15

**up** [18] 12:2 12:15
13:18 21:17 23:5
23:16 23:17 26:20
28:1 35:12 37:1
40:22 48:13 55:18
58:9 70:21 113:2
113:22

**update** [1] 73:10

**Upper** [1] 116:2

**Ursula** [14] 13:20
23:14 44:6 44:12
50:3 52:1 63:14
69:10 73:22 81:7
83:12 98:16 103:17
106:4

**USA** [1] 17:1

**used** [5] 7:22 18:9
32:1 36:20 117:9

**using** [5] 32:12 32:14
71:17 72:19 116:19

**Usual** [1] 26:20

**usually** [4] 7:21 38:1
41:5 66:9

**utilized** [1] 38:3

-V-

Darbeau v. PTFS
7-3-07
Case 1:06-cv-01081-AK    Document 42-4    Filed 10/09/2007    Page 45 of 45
Multi-Page
v - yourself
Selwyn Darbeau

**v** [1]        1:6

**vacation** [13]
50:15    50:20    13:18
55:17    56:21    55:12
57:5     57:11    57:4
111:20   112:2    57:18
                  112:10

**Valda** [2]   49:9    63:11

**various** [1] 22:13

**verbal** [1]   4:22

**verify** [1]   109:21

**Verizon** [1]           40:22

**Verna** [3]   49:9    63:3
78:3

**via** [1]      58:11

**Virginia** [1]          17:7

---
-W-

**wages** [1]   47:11

**wait** [2]    4:20    117:4

**waived** [1] 118:7

**walked** [1] 54:18

**Walker** [4]           49:6
62:4     63:11    78:7

**Walter** [1] 39:9

**Washington** [7]       1:11
1:18     2:6      2:13
14:12    15:3     15:5

**water** [2]   48:18    48:21

**Wednesday** [2]        43:1
43:14

**week** [1]    43:14

**weeks** [7]   24:17    25:11
31:5     62:9     108:17
112:2    112:3

**well-known** [1]       24:6

**Wesleyan** [1]         114:15

**whatnot** [1]          34:21

**Whelihan** [28]        2:9
2:17     4:7      9:8
11:14    13:12    25:18
34:4     48:10    49:21
56:1     67:10    67:14
67:18    67:22    73:19
75:19    78:4     80:10
81:18    83:16    86:5
86:12    87:4     94:4
97:1     110:8    117:19

**whichever** [1]        94:10

**white** [4]   6:1      7:18
7:19     9:22

**whole** [2]   78:7     95:22

**William** [2]          21:7
102:18

**Wilson** [2] 104:15   105:1

**Winston** [2]          38:9
116:9

**within** [2] 20:13    66:17

**Without** [1]          8:20

**witness** [26]         2:16
5:14     5:16     5:17
9:3      9:9      11:13
13:10    25:17    48:9
49:20    73:16    75:18

**78:2**    80:9     81:16
83:11    86:4     86:10
87:3     94:3     96:22
110:6    119:4    119:6
119:9

**witnessed** [2]        5:22
7:18

**wonder** [1] 111:18

**wondering** [1]        95:1

**words** [1]  113:11

**worked** [40]          16:14
16:18    17:3     17:9
17:12    17:16    17:17
18:8     18:16    19:14
21:12    21:19    21:22
22:2     24:5     31:7
38:10    39:9     39:13
40:1     44:14    45:8
46:9     48:22    49:4
49:5     67:6     77:1
81:11    83:21    86:2
86:7     87:9     102:22
104:7    104:17   108:4
108:15   109:17   111:14

**worker** [8]  28:15    76:18
81:22    82:1     82:10
82:18    82:21    83:1

**workers** [16]         47:6
47:12    48:7     48:13
62:14    76:10    76:11
77:21    81:10    83:8
83:8     85:7     85:12
85:15    85:16    86:7

**workload** [2]         70:6
70:17

**works** [1]  99:16

**written** [1] 75:21

**wrong** [4]  55:11    109:13
110:4    111:18

---
-X-

**x** [3]        1:3      1:10
3:1

---
-Y-

**Yard** [15]   17:15    17:16
18:7     18:19    18:20
19:7     19:14    21:5
21:6     22:3     39:12
39:13    44:14    44:20
102:22

**year** [7]    8:18     40:5
40:6     45:6     93:16
105:12   105:14

**years** [12]  14:5     14:6
16:22    20:12    20:13
35:4     40:1     40:2
80:15    81:3     81:22
116:20

**York** [2]    14:6     14:12

**young** [1]   82:8

**younger** [15]         35:11
76:10    77:21    78:8
78:17    79:16    81:1
81:22    82:1     82:4
82:6     82:13    83:8

**85:11    85:15**

**yourself** [2]          47:6
76:18