UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------x
SELWYN DARBEAU,         :
                        :
          Plaintiff,    :
                        :
                        :
         v.             : No. 06-01081(AK)
                        :
PROGRESSIVE TECHNOLOGY  :
FEDERAL SYSTEMS, INC.,  :
                        :
          Defendant.    :
------------------------x
```

Washington, D.C.

Thursday, September 20, 2007

Deposition of

SHEILA HESS

a witness, called for examination by counsel for Plaintiff pursuant to notice and agreement of counsel, beginning at approximately 2:17 p.m. at the law offices of Jordan Coyne & Savits, LLC, 400 Connecticut Avenue, NW, Washington, D.C., before Sharon Shapiro of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

EXHIBIT
tabbies
2

APPEARANCES:

On behalf of Plaintiff:

JOHN F. PRESSLEY JR., ESQUIRE
Law offices of John F. Pressley Jr.
7600 Georgia Avenue, NW, Suite 412
Washington, D.C. 20012
(202) 723-8800

On behalf of Defendant:

DEBORAH MURRELL WHELIHAN, ESQUIRE
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
(202) 496-2810

CONTENTS

EXAMINATION BY: PAGE
Counsel for Plaintiff 3

* * * * *

PROCEEDINGS

Whereupon,

SHEILA HESS

was called as a witness and, having been first duly sworn, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFF

BY MR. PRESSLEY:

**Q Good afternoon, Ms. Hess. My name is John Pressley. I'm an attorney. I represent the Plaintiff in this case, Selwyn Darbeau. You're here for a deposition today. I don't anticipate that it'll be that long.**

A Okay.

**Q I've been wrong before. Have you ever had your deposition taken before?**

A No.

**Q During the deposition, I will be asking you a number of questions, to which you'll be expected to give truthful answers pursuant to the oath that you've just taken.**

**Just for the sake of the court**

**reporter, please give verbal responses to the questions that are asked as opposed to a nod of the head or a mm-hmm, or something along those lines. It makes for a better transcript. And also, I would ask that you allow me to finish a question before you respond rather than have us both talk at the same time, because it also causes problems with the transcript.**

**Finally, if there's any question that I ask which is not clear, either because you didn't hear me or because you didn't understand the question, just let me know. I'll be more than happy to either restate the question or rephrase it so that it's clear.**

**Would you please state your name and address for the record?**

A Sheila Hess. 2610 North Jefferson Street, Arlington, Virginia 22207.

**Q Ms. Hess, did you do anything to prepare for the deposition today in terms of reading any documents or anything like that?**

A Yes.

**Q Which documents did you review?**

A I re-read the e-mail from Ursula Holmes that she sent me. And I don't remember the date, but asking -- that was asking me not to have Selwyn come back to work.

**Q What is your educational background?**

A Do you just want my degrees, or do you want more?

**Q Starting with high school. I assume you finished high school.**

A Finished high school. I had --

**Q Where did you go to high school?**

A In Baltimore City.

MS. WHELIHAN: I did not even know that.

THE WITNESS: Yes. Not that my high school is still standing, because it's not.

I went to public high school in

Baltimore City. I have a bachelor's degree from the University of Maryland. I have a master's of library science from Pratt Institute in New York, and I have a master's of public administration from George Mason University in Fairfax.

BY MR. PRESSLEY:

**Q How long were you employed with PTFS?**

A By my company? I started as a part-time employee in September 10 years ago I guess that's 1997. And then I became full-time. It was soon after, but I don't remember the date.

**Q Your most-recent position with PTFS was what?**

A I'm director of staffing services. Well -- while I'm answering, I want to give you the exact title --

**Q That's fine.**

A Which I don't remember. Director of professional staffing.

**Q What were your duties in that capacity?**

A I manage the contracts -- we had contracts where we provided people onsite. Mostly with libraries, but some others.

I brought on people, I recruited people. I found business, I developed business, wrote proposals, and when we were awarded a contract, I recruited the people, and then I managed the contract. Or contracts.

**Q How long were you in that position at PTFS?**

A Well, I've basically done that for the entire time. But it started out -- I was hired to do this -- when I was hired, they really didn't have this position going on or this area of the company, and I developed it. So although my title has changed over the years, it's -- I've always basically done the same work.

**Q Do you know how old PTFS is as a**

**company?**

A I think it was either 1995 or 1996. I don't recall exactly, but they weren't -- they were only a year or two --

MS. WHELIHAN: 1995.

THE WITNESS: Thank you. There you go.

BY MR. PRESSLEY:

**Q Just for the record, when I say PTFS, I'm of course referring to Progressive Technology Federal Systems, Incorporated.**

**Where were you employed prior to your employment with PTFS?**

A How far back do you want me to go? Immediately prior to PTFS?

**Q Right.**

A I worked -- my brother owns a millwork company in Westminster, Maryland, and I was working with him. But prior to that, I've done this kind of work for another -- other companies. The -- I mean, the same work that I'm doing now. But I left

it to try the family business, and then I went back into this.

**Q How long were you in the family business?**

A I don't know. A year or two. I just don't remember the dates.

**Q Back again to PTFS, did PTFS do other things -- did they do different types of work other than the type of thing that they did for Library of Congress?**

A PTFS itself does other things, other areas of the company does -- they do scanning, digitization. They have their own software product. So on-site staffing, which is what I manage, was only a part of what the company did.

**Q Do you know how large the company is?**

A In terms of personnel?

**Q Yes.**

A We've just grown recently. it's 90-something, but that's very recent.

For a long time, we were, say, 50 to 60.
**Q Do they have one principal office?**
A Yes. It's on -- in Bethesda. 6400 Goldsboro Road, Suite 200, Bethesda.
**Q As far as you know, do they have a human resources office that's separate from your staffing services office?**
A We have a human resources person. That's not part of my -- I mean, she's there for the company as a whole. I don't know if that --
MS. WHELIHAN: And they have a Human Resources Department.
THE WITNESS: Yeah.
MS. WHELIHAN: It is one person.
THE WITNESS: Right. But it's not -- it's for the entire company, and not just for the staffing part of it.
BY MR. PRESSLEY:
**Q Who is that person?**
A Ann Thomas. Well, it's -- that's who it is now. You know, over the course of years, we've had other people in that position.

**Q Do you know how long Ms. Thomas has been in that position?**
A No.
**Q Was she the human resources person for your office, also?**
A She's the human resources person for the entire company.
**Q I guess I was a little thrown off. When you said that you were director of Professional Staffing Services, you mean staffing services for business that you're working with as opposed to staffing services for the staff?**
A Yes. The title is somewhat misleading, but -- right. I manage -- a better title would have been manager or something. On-site -- and they were people who were working on customer sites.
**Q I see. When you were hired to PTFS, did you complete an application form?**

A Yes.
**Q Do you know whether employees are still required to complete an application form?**
A As far as I know.
**Q And in your case, in your instance when you were hired, do you recall what the application form asked for, what information?**
A I don't remember.
**Q Do you know what the current application forms ask for?**
A Well, I couldn't give it you verbatim, but I've seen it; I know what they ask for.
**Q Obviously, it asks for a name.**
A Yes. Name, address. I mean, the standard -- I guess name and address, references, and past experience, although, most people attach a resume. I don't remember -- otherwise, I really don't remember what else it is.
**Q Do you know whether or not it asks for date of birth?**

A No. It does -- I don't think so.
**Q Does it ask for race or sex?**
A No.
**Q Prior to PTFS having the contract the Library of Congress, there was another contractor that had that contract; correct?**
MS. WHELIHAN: Well, just so the question is clear, you're talking about prior to PTFS having the contract under which they employed Mr. Darbeau?
MR. PRESSLEY: Yes.
MS. WHELIHAN: Okay.
THE WITNESS: Because we did have a contract with the Library of Congress. We already had someone there at the Library of Congress.
MS. WHELIHAN: Did I ask you a question? I think I did not.
You like volunteering.
THE WITNESS: That's true.
MS. WHELIHAN: Don't make me stop

you.

THE WITNESS: Okay.

MS. WHELIHAN: See, it's a lawyer thing. I get to talk all I want and you don't get to talk at all.

BY MR. PRESSLEY:

**Q So in other words, the Library of Congress had an opportunity to sort of have some experience with your company? They used your company prior to your taking over the contract that Mr. Darbeau worked on?**

A Yes.

**Q Let me back up a second.**

**Did that contract, the one that Mr. Darbeau was employed under, have a particular name?**

A I don't know anything about the contract that he was employed under.

MS. WHELIHAN: I think he's talking about the PTFS one as opposed to the one --

THE WITNESS: Oh, oh, you're not talking about the prior one; you're talking

about when he came to us?

MR. PRESSLEY: Yes.

THE WITNESS: Did it have a name? I don't understand. What do you mean did it have a name?

BY MR. PRESSLEY:

**Q In other words, I was going to ask a couple of questions, and rather than go through the convoluted thing of saying that every time that I ask a question about that contract, to say the contract that Mr. Darbeau was employed under, I thought that if it was called the XYZ contract, I could just say, what about the XYZ contract?**

MS. WHELIHAN: Why don't we just do this?

MR. PRESSLEY: Right.

MS. WHELIHAN: You're talking about the contract that Mr. Darbeau was employed by PTFS. We'll just assume that's what the question is about.

THE WITNESS: Right.

MS. WHELIHAN: Unless you say something else.

THE WITNESS: Right.

MS. WHELIHAN: How about that?

THE WITNESS: The contract had a number, which I do not remember. But no name.

MR. PRESSLEY: I think I'll say "the Darbeau contract."

THE WITNESS: Okay.

BY MR. PRESSLEY:

**Q There came a time when PTFS had to make a decision as to which employees to retain when it came time to take over the Darbeau contract; correct?**

A No.

MS. WHELIHAN: And now you're calling it the "Darbeau contract." The Darbeau contract, but you're really talking about the earlier contract. You said --

THE WITNESS: Why don't you call it the current contract that we have?

MR. PRESSLEY: Okay, that's --

THE WITNESS: Or the ongoing? Call it --

MS. WHELIHAN: If we're talking about the contract, we're assuming the PTFS contract as opposed to the contract --

THE WITNESS: That --

MS. WHELIHAN: That existed before PTFS became --

MR. PRESSLEY: Okay.

THE WITNESS: Okay. Okay.

MS. WHELIHAN: The contractor for the Library.

THE WITNESS: Right.

MS. WHELIHAN: Just so we're all on the same page.

THE WITNESS: Right.

MR. PRESSLEY: We'll say that.

BY MR. PRESSLEY:

**Q Notwithstanding the fact that you apparently have other contracts with the Library of --**

A I understand, yes. We're only referring to this one.

**Q When it came time to transition from the previous contract to the current ongoing contract, is it fair to say that PTFS had to make a decision with respect to which employees to retain and which employees not to retain?**

MS. WHELIHAN: Objection.

THE WITNESS: No, it is -- well --

MS. WHELIHAN: Yes, now you can answer.

THE WITNESS: No, it is not -- that's not correct.

BY MR. PRESSLEY:

**Q What happened in reference to that decision? How was that handled in terms of which employees to keep and which employees to not keep under the ongoing current contract?**

A The library gave us Mr. Darbeau and other employees -- and I don't remember who

at the time -- we just absorbed them all. We had no decision. It was not a decision for us. We absorbed the employees.

**Q So if you know -- that was part of the contractual arrangement? In other words, the Library of Congress would be able to determine which employees would remain?**

A I don't know how the Library made those decisions. All I know is that we had a contract with them. They had a contract with people on it that was ending. We had a contract in place. They asked us to put those people on our contract. And we did it.

**Q Was there a particular individual at the Library of Congress -- once again, if you know -- who was the primary person involved in that decision?**

A Well, at the time, the COTR -- do you know what a COTR is? The person from the Library who was responsible for our contract.

Yes. His name was Christopher Hansen.

**Q As far as you know, is Mr. Hansen still employed by the Library?**

A I don't know to the -- otherwise, I mean.

**Q Do you know what COTR stands for?**

A Mm-hmm. Let me think if I can -- the Contracting Officer's Technical Representative. COTR.

**Q Okay.**

MS. WHELIHAN: It's governmentspeak.

THE WITNESS: Yeah. Every contract has -- they have to have somebody who is responsible -- from the agency who's responsible for the work performed by the contractor.

BY MR. PRESSLEY:

**Q During the time that you were at PTFS, to your knowledge, was Mr. Hansen in that position?**

A He was for a while, but then he no longer was. Ursula Holmes took -- and I do

not know exactly what the -- you know, what the status was, but I know that Ursula Holmes became the COTR for the -- for our contract, and Christopher Hansen was no longer the COTR for our contract. But I don't know anything about the internal workings at the Library.

**Q Do you know what period of time it was PTFS had the contract before Ursula Holmes took over that position as COTR?**

A Well, to the best of my recollection -- and I think we had the contract. And -- let's see. I've lost my dates. This is 2007. Starting sometime in the fall or the winter prior to the time when Mr. Darbeau and the others came on was when our contract began.

So the previous year, our contract began, but I don't remember when. And that's to the best of my recollection.

**Q Let me back up. Was there a counterpart at PTFS for the COTR?**

A Me. I mean, I managed the

contract. From our point, from PTFS.

**Q When Mr. Hansen initially indicated certain individuals that I guess the Library of Congress wanted you to maintain on your contract, was there any information provided about those individuals?**

A No. He gave me names.

**Q Now, I assume that you came to know Selwyn Darbeau, the Plaintiff in this case.**

A The first time I met Selwyn -- and I know this is more than you asked -- was when I went down -- after he had already come on our contract, I went down because we had to have him fill out paperwork to make him an employee. And the paperwork I'm referring to are the -- you know, the tax forms and our payroll, et cetera. It's the first time I had met him.

Did I get to know him? No. I mean, I -- and am I saying more? But I --

MS. WHELIHAN: No, you're --

THE WITNESS: But I -- but I want

to explain.

MS. WHELIHAN: You can.

THE WITNESS: I went down -- once in a while, I went down to the contracts office to meet -- just basically to pop in to say hey, we love you, whatever. You know, we're -- we're your company. Do you have anything you need to say? But I didn't spend time there, and I didn't go on a regular basis. I didn't get to know him really at all, other than to see him and to meet with him that time.

BY MR. PRESSLEY:

**Q When you say the "contracts office," you mean the on-site location at the Library of Congress?**

A That's where our contract was, in the contracts office.

**Q Oh, okay.**

A That's were that contract was, in the Library -- in the contracts office of the Library of Congress.

**Q Oh, okay.**

A That's where that contract was, in the Library -- in the contracts office of the Library of Congress.

**Q You referred previously to an e-mail that you received from Ursula Holmes in reference to Selwyn Darbeau's job performance; correct?**

A Yes.

**Q Do you recall when that e-mail was received?**

A I can't recall the exact date, but it was in December of -- it must've been 2005.

MS. WHELIHAN: That would be correct.

THE WITNESS: Good.

MS. WHELIHAN: You did get the date wrong, though, as to how long Mr. Darbeau was being employed under the contract initially. I thought it was September of 2005.

THE WITNESS: Oh, okay. I'm sorry.

MS. WHELIHAN: And Ursula came on board in October of 2005.

THE WITNESS: Right. Okay, well --

MS. WHELIHAN: But it's okay.

THE WITNESS: I don't recall the exact dates.

MR. PRESSLEY: No, I understand.

BY MR. PRESSLEY:

**Q Prior to your receipt of that e-mail, had you had any basis for assessing the job performance of Mr. Darbeau?**

A No.

**Q With respect to PTFS, would you have been considered his immediate supervisor?**

A For PTFS, yes, but when our people work on-site and all of my staff work on another site, the people they're responsible to who give them their tasks, are the COTR, or a designated -- a person designated by the COTR to give them tasks.

MS. WHELIHAN: Or the COTR's

26

designee.
THE WITNESS: Or that. Or -- or the COTR's designee. But anyway, that's --
BY MR. PRESSLEY:
**Q How frequently would there be contact between you and the staff at the Library of Congress?**
MS. WHELIHAN: Are we talking back in May 1985? I mean 2005.
MR. PRESSLEY: Right.
MS. WHELIHAN: Now I'm doing it.
MR. PRESSLEY: Yes, talking about --
MS. WHELIHAN: Are we talking about like September to December of 2005?
MR. PRESSLEY: Yes, during that time that --
MS. WHELIHAN: Okay.
THE WITNESS: A couple of times. Maybe I was there two or three times, not more.
BY MR. PRESSLEY:

27

**Q So is it fair to say that the COTR was the manager of these individuals on a daily basis for all intents and purposes?**
MS. WHELIHAN: Objection to the form of the question.
You can answer.
THE WITNESS: Oh, okay. I'm not sure I'd use the word "manager." I'd say assign the tasks and -- you know, "manager" is too broad a term. I really don't want to get into that, but they did assign the tasks to -- you know, let them know what their responsibilities were, what they had to do.
BY MR. PRESSLEY:
**Q Correct me if I'm wrong, but it seemed like you were about to say "supervisor" at some point.**
A Well --
**Q Would you say that the COTR supervised the individuals on the contract --**
A Mm-mm.
**Q On a daily basis? You wouldn't say that either?**

28

A Mm-mmm.
MS. WHELIHAN: You have to answer yes or no. You --
THE WITNESS: Yes, that's true. No. They gave them their tasks. The expectation was that they would perform their tasks to the appropriate standard. So far as -- and I'm just going to say that, to me, supervision includes stuff like monitoring their time, their stuff. That wasn't what the COTR did.
BY MR. PRESSLEY:
**Q If there were problems with the performance of PTFS employees on the contract, do you know whether the COTR would bring any problems to the attention of the employees, or would they bring it to your attention?**
A It depends. Some will work with the employees first, and then if it doesn't work out, they'll let me know. Some will

29

tell me and -- first and see if we can work with the employees. You know, it depends. There's no hard and fast rule.
**Q Prior to your receiving the e-mail that was previously referenced from Ms. Holmes regarding Mr. Darbeau --**
A Mm-hmm.
**Q Had she given you any indication that there were any problems with the performance of Mr. Darbeau?**
MS. WHELIHAN: And by "she," you mean Ursula Holmes?
MR. PRESSLEY: Yes.
MS. WHELIHAN: Okay.
THE WITNESS: No.
BY MR. PRESSLEY:
**Q Had anyone else at the Library of Congress given you any indication that there were problems with the performance of Mr. Darbeau prior to this e-mail?**
A No.
**Q Were there any personnel files or**

**records turned over to PTFS in conjunction with the employees that you maintained on the contract?**

A Do you mean that came from the other contractor?

**Q Either from the other contractor or from Library of Congress.**

A No.

**Q Prior to your receipt of that e-mail, did you have any basis to believe that Selwyn Darbeau was not able to fill the position of contract specialist?**

A No.

**Q After you received an e-mail from Ms. Holmes, what did you do?**

A I called Mr. Darbeau and told him not to go back.

**Q Did you speak with Ms. Holmes first?**

A No, I don't recall.

**Q Do you recall speaking to her about the e-mail at all?**

A No, I don't recall.

**Q What would have been your normal practice when you received an e-mail basically requesting that an employee be terminated for some reason?**

MS. WHELIHAN: Objection.

You can answer.

(Interruption)

THE WITNESS: Oh, I'm sorry. I'll turn that off.

To terminate the employee. I'll just turn this off.

(Discussion off the record)

BY MR. PRESSLEY:

**Q Is it fair to say that you had received communications from COTRs prior to this particular e-mail requesting that employees be terminated from the contract?**

A From COTRs from other contracts?

**Q Yes.**

A Yes.

**Q Did you ever discuss the**

**particulars of the situation with the COTRs in those situations?**

A If they -- it depends -- it depended how specific -- you know, how specific they were. Just -- but Ms. Holmes was very specific in her request.

**Q Did her allegations regarding Mr. Darbeau surprise you?**

MS. WHELIHAN: Objection.

THE WITNESS: Well, let me say this: I don't know that they surprised me; I didn't know Mr. Darbeau at all. You know, she could have said anything.

I just didn't know him.

BY MR. PRESSLEY:

**Q Did you discuss the e-mail with any other individuals there at PTFS?**

A I probably -- I think Ann Thomas was there at the time. I probably discussed it, because it was human resources also. I don't recall discussing it with anybody else.

**Q Do you recall the specifics of the**

**discussion with Ann Thomas?**

A Ann and I talked about -- this was at the very end of December. And I had to call Mr. Darbeau. He was on vacation, as I'm sure you know. I had to let him know, and when he came to see us when he got back from vacation and I told him to come see me, Ann and I met with him at the time, and he said -- although, this was still December when we were asked to let him go -- he told us at the time when he came to see us that he had scheduled some kind of operation on his eyes in January, and he was very concerned that he would not have the health insurance to cover that.

And at that time, Ann and I said to him -- you know, we will go out of our way. We don't want you to suffer and not have the eye surgery, that we would extend his period of employment until January so that he would have the insurance for the eye surgery. And let me tell you, he was very thankful that we

34

were willing to do that for him.

**Q Do you know a Jackie Johnson?**

A Yes.

**Q Who is she?**

A It's a he.

**Q I'm sorry. Who is he?**

A He is -- I don't know his exact title, but he's an assistant to Ursula Holmes.

**Q Did you have occasion to talk to Mr. Johnson about Mr. Darbeau's job performance?**

A I don't recall if I talked to him about that.

**Q How frequently would you communicate with him?**

A On rare occasions.

**Q You just mentioned the meeting with Mr. Darbeau and Ann Thomas.**

A Mm-hmm.

**Q How long did that meeting last?**

A I have no -- I don't remember.

35

**Q Did you ask Mr. Darbeau about the allegations in the e-mail?**

A No. I don't think so. Now, I don't remember; I might have. I don't -- I shouldn't say no. I don't think so, but I couldn't tell you for sure.

**Q Did Ursula Holmes ever provide any documentation relating to the alleged performance problems of Mr. Darbeau?**

A In the e-mail that she sent me saying that he should not return, she listed -- the reasons why not.

**Q Did she ever provide any other documentation other than that e-mail?**

A I don't think so.

**Q In other words, did you ever see any negative letters that customers of the Library had written about Mr. Darbeau?**

A No, I didn't see any.

**Q Or did you see any documents that had mistakes on it that were drafted by Mr. Darbeau?**

36

A I didn't see any.

**Q Was there ever any investigation conducted by PTFS regarding the allegations in the e-mail?**

A No.

**Q Are you familiar with the electronic acquisition system -- I believe it's called Momentum -- that was used at the Library of Congress?**

A Well, I know there's a system with that name, but I have no experience with it.

When you say, "are you familiar," yes, I know about it. Did I know anything more than the name and that they were using it? No.

**Q Had you ever heard anybody talk about any problems with that particular system?**

A Well, yes, I heard problems, but I hear problems about every system.

**Q What problems had you heard about with respect to Momentum?**

37

A I don't remember now.

**Q Do you recall to whom you mentioned problems relating to that system?**

A No.

**Q You mentioned earlier that PTFS had some software that I believe you indicated they developed.**

A Mm-hmm.

**Q Did PTFS develop that particular system?**

A No. It was developed by a company named AMS, but they're called something else now because they've been bought and bought, so I don't know what their company is anymore.

**Q You're no longer employed by PTFS.**

A I am employed by PTFS.

**Q Oh, you are?**

A Yes.

**Q Why did I think you were retired or left?**

A I am --

38

MS. WHELIHAN: No, no.
THE WITNESS: I am -- today, I am still employed by PTFS.
MR. PRESSLEY: Oh, okay. I don't know where that came from.
BY MR. PRESSLEY:
**Q Ms. Holmes is still the COTR?**
A Yes.
**Q Since Ms. Holmes has been the COTR, has she initiated the termination of other individuals?**
A Yes.
**Q Who are those other individuals?**
A There have been a couple. Young women; I can't think of their names at the moment. One was Chelsea Baker. One -- the other is just -- you probably have that.
MS. WHELIHAN: I probably do. But now I have to punch you and not tell you.
THE WITNESS: Okay.
BY MR. PRESSLEY:
**Q Any other individuals other than Mr. Darbeau who are over 40 whose termination Ms. Ursula Holmes initiated?**

39

A I'm going to tell you, no, I don't think so, but I don't know the ages -- age, I never ask people their age. I don't know what ages they are, but I don't think that they were over 40. But I might -- I might be incorrect. But a couple of them looked pretty young to me.
**Q How many individuals are we talking about?**
MS. WHELIHAN: Latrina Wright.
THE WITNESS: Latrina Wright.
MS. WHELIHAN: And Chelsea Baker.
THE WITNESS: And Chelsea Baker. They were in their 20s.
MS. WHELIHAN: Answer to Interrogatory 13, John.
MR. PRESSLEY: Right.
THE WITNESS: Okay.
MR. PRESSLEY: I didn't know whether they were --

40

THE WITNESS: And I don't know. They might have been in their 20s or early 30s. I -- not too old.
BY MR. PRESSLEY:
**Q Are there any other individuals other than Mr. Darbeau and those two women?**
A I don't think so.
MR. PRESSLEY: Can we go off the record for a second? I think we're almost done here.
(Recess)
MR. PRESSLEY: I have no further questions. Thank you.
(Discussion off the record)
MS. WHELIHAN: She will read and sign.
(Whereupon, at approximately 3:15 p.m., the deposition of SHEILA HESS was adjourned.)
* * * * *

A
**able** 19:6 30:11
**absorbed** 19:1,3
**acquisition** 36:7
**address** 4:17 12:16,17
**adjourned** 40:19
**administration** 6:5
**afternoon** 3:9
**age** 39:4,5
**agency** 20:14
**ages** 39:4,6
**ago** 6:11
**agreement** 1:15
**allegations** 32:7 35:2 36:3
**alleged** 35:8
**allow** 4:6
**AMS** 37:12
**Ann** 10:21 32:18 33:1,2,7,16 34:19
**answer** 18:12 27:6 28:3 31:7 39:17
**answering** 6:18
**answers** 3:20
**anticipate** 3:13
**anybody** 32:21 36:16
**anymore** 37:15
**anyway** 26:3
**apparently** 17:21
**APPEARANC...** 2:1
**application** 11:22 12:3,8 12:11
**appropriate** 28:8
**approximately** 1:16 40:17
**area** 7:18
**areas** 9:12
**Arlington** 4:19
**arrangement** 19:5
**asked** 4:2 12:8 19:12 22:11 33:10
**asking** 3:19 5:5 5:6
**asks** 12:15,22
**assessing** 25:10
**assign** 27:9,11
**assistant** 34:8
**assume** 5:13 15:20 22:8
**assuming** 17:5
**attach** 12:19
**attention** 28:17 28:19
**attorney** 3:10
**Avenue** 1:18 2:4 2:8
**awarded** 7:9

B
**bachelor's** 6:1
**back** 5:6 8:14 9:2,7 14:13 21:20 26:8 30:17 33:6
**background** 5:9
**Baker** 38:16 39:14,15
**Baltimore** 5:16 6:1
**basically** 7:14,20 23:5 31:4
**basis** 23:10 25:10 27:3,22 30:10
**began** 21:16,18
**beginning** 1:16
**behalf** 1:21 2:2,6
**believe** 30:10 36:7 37:6
**best** 21:10,19
**Beta** 1:19
**Bethesda** 10:3,4
**better** 4:4 11:18
**birth** 13:1
**board** 25:2
**bought** 37:13,13
**bring** 28:17,18
**broad** 27:10
**brother** 8:17
**brought** 7:6
**business** 7:7,8 9:1,4 11:13

C
**C** 2:10 3:1
**call** 16:21 17:2 33:4
**called** 1:14 3:4 15:13 30:16 36:8 37:12
**calling** 16:18
**capacity** 7:2
**case** 3:11 12:6 22:9
**causes** 4:8
**certain** 22:3
**cetera** 22:17
**changed** 7:19
**Chelsea** 38:16 39:14,15
**Christopher** 19:21 21:4
**City** 5:16 6:1
**clear** 4:11,15 13:9
**Columbia** 1:1,20
**come** 5:6 22:12 33:7
**communicate** 34:16
**communicatio...** 31:16
**companies** 8:21
**company** 6:10 7:18 8:1,18 9:12,16,17 10:10,17 11:9 14:9,10 23:7 37:11,14
**complete** 11:22 12:3
**concerned** 33:13
**conducted** 36:3
**Congress** 9:10 13:6,15,17 14:8 19:6,15 22:4 23:16,22 24:4 26:7 29:18 30:7 36:9
**conjunction** 30:1
**Connecticut** 1:18 2:8
**considered** 25:14
**contact** 26:6
**contract** 7:9,10 13:5,7,10,15 14:11,14,18 15:11,11,13,14 15:19 16:5,9 16:15,18,19,20 16:22 17:5,6,6 18:4,5,20 19:10,10,12,13 19:20 20:12 21:3,5,8,12,16 21:17 22:1,5 22:13 23:17,20 24:2,20 27:20 28:16 30:3,12 31:18
**Contracting** 20:7
**contractor** 13:7 17:12 20:16 30:5,6
**contracts** 7:3,4 7:11 17:21 23:4,14,18,21 24:3 31:19
**contractual** 19:5
**convoluted** 15:9
**correct** 13:7 16:15 18:14 24:8,16 27:15
**COTR** 19:18,19 20:5,8 21:3,4,9 21:21 25:19,21 27:1,19 28:12 28:16 38:7,9
**COTRs** 31:16 31:19 32:1
**COTR's** 25:22 26:3
**counsel** 1:14,16 2:12 3:7
**counterpart** 21:21
**couple** 15:8 26:19 38:14 39:8
**course** 8:10 10:22
**court** 1:1,19 3:22
**cover** 33:15
**Coyne** 1:17 2:7
**current** 12:10 16:22 18:4,19
**customer** 11:20
**customers** 35:17

D
**D** 3:1
**daily** 27:3,22
**Darbeau** 1:3 3:12 13:11 14:11,15 15:12 15:19 16:9,15 16:18,19 18:21 21:15 22:9 24:19 25:11 29:6,10,20 30:11,16 32:8 32:12 33:4 34:19 35:1,9 35:18,22 39:1 40:6
**Darbeau's** 24:7 34:11
**date** 5:5 6:14 13:1 24:12,18

**dates** 9:6 21:13 25:6
**DEBORAH** 2:7
**December** 24:13 26:15 33:3,9
**decision** 16:13 18:6,17 19:2,2 19:17
**decisions** 19:9
**Defendant** 1:8 2:6
**degree** 6:1
**degrees** 5:10
**Department** 10:13
**depended** 32:4
**depends** 28:20 29:2 32:3
**deposition** 1:12 3:12,16,18 4:21 40:18
**designated** 25:20,20
**designee** 26:1,3
**determine** 19:7
**develop** 37:9
**developed** 7:7 7:18 37:7,11
**different** 9:8
**digitization** 9:13
**director** 6:17,21 11:11
**discuss** 31:22 32:16
**discussed** 32:19
**discussing** 32:21
**discussion** 31:13 33:1 40:14
**District** 1:1,1,20
**documentation** 35:8,14
**documents** 4:22 5:2 35:20
**doing** 8:22 26:11
**drafted** 35:21
**duly** 3:5
**duties** 7:1
**D.C** 1:10,18 2:4 2:8

**E**

**E** 2:10 3:1,1
**earlier** 16:20 37:5
**early** 40:2
**educational** 5:8
**either** 4:11,14 8:2 28:1 30:6
**electronic** 36:7
**employed** 6:8 8:12 13:11 14:15,18 15:12 15:19 20:2 24:20 37:16,17 38:3
**employee** 6:11 22:15 31:4,11
**employees** 12:2 16:13 18:7,7 18:18,18,22 19:3,7 28:15 28:18,21 29:2 30:2 31:18
**employment** 8:13 33:20
**entire** 7:15 10:17 11:9
**ESQUIRE** 2:3,7
**et** 22:17
**exact** 6:19 24:12 25:6 34:7
**exactly** 8:3 21:1
**examination** 1:14 2:11 3:7
**examined** 3:5
**existed** 17:8
**expectation** 28:7
**expected** 3:20
**experience** 12:18 14:9 36:11
**explain** 23:1
**extend** 33:19
**eye** 33:19,21
**eyes** 33:13
**e-mail** 5:3 24:6 24:10 25:10 29:4,20 30:10 30:14,22 31:3 31:17 32:16 35:2,10,14 36:4

**F**

**F** 2:3,3
**fact** 17:20
**fair** 18:5 27:1 31:15
**Fairfax** 6:6
**fall** 21:14
**familiar** 36:6,12
**family** 9:1,3
**far** 8:14 10:5 12:5 20:1 28:8
**fast** 29:3
**Federal** 1:7 8:11
**files** 29:22
**fill** 22:14 30:11
**Finally** 4:10
**fine** 6:20
**finish** 4:6
**finished** 5:13,14
**first** 3:4 22:10 22:17 28:21 29:1 30:19
**follows** 3:6
**form** 11:22 12:4 12:8 27:5
**forms** 12:11 22:16
**found** 7:7
**frequently** 26:5 34:15
**full-time** 6:13
**further** 40:12

**G**

**G** 3:1
**George** 6:5
**Georgia** 2:4
**give** 3:20 4:1 6:18 12:12 25:19,21
**given** 29:8,18
**go** 5:15 8:7,14 15:8 23:9 30:17 33:10,17 40:8
**going** 7:17 15:7 28:9 39:3
**Goldsboro** 10:4
**Good** 3:9 24:17
**governmentsp...** 20:11
**grown** 9:21
**guess** 6:12 11:10 12:17 22:3

**H**

**handled** 18:17
**Hansen** 19:22 20:1,19 21:4 22:2
**happened** 18:16
**happy** 4:14
**hard** 29:3
**head** 4:3
**health** 33:14
**hear** 4:12 36:20
**heard** 36:16,19 36:21
**Hess** 1:13 3:3,9 4:18,20 40:19
**hey** 23:6
**high** 5:12,13,14 5:15,20,22
**hired** 7:16,16 11:21 12:7
**Holmes** 5:4 20:22 21:2,9 24:6 29:6,12 30:15,18 32:5 34:9 35:7 38:7 38:9 39:2
**human** 10:6,8,13 11:6,8 32:20

**I**

**immediate** 25:14
**Immediately** 8:15
**includes** 28:10
**Incorporated** 8:11
**incorrect** 39:8
**indicated** 22:2 37:6
**indication** 29:8 29:18
**individual** 19:14
**individuals** 22:3 22:6 27:2,20 32:17 38:11,13 38:22 39:10 40:5
**information** 12:8 22:5
**initially** 22:2 24:20
**initiated** 38:10 39:2
**instance** 12:6
**Institute** 6:4
**insurance** 33:14 33:21
**intents** 27:3
**internal** 21:6
**Interrogatory** 39:18
**Interruption** 31:8
**investigation** 36:2
**involved** 19:17
**it'll** 3:13

**J**

**Jackie** 34:2
**January** 33:13 33:20
**Jefferson** 4:18
**job** 24:7 25:11 34:11
**John** 2:3,3 3:10 39:18

**Johnson** 34:2,11
**Jordan** 1:17 2:7
**Jr** 2:3,3

**K**

**keep** 18:18,19
**kind** 8:20 33:12
**know** 4:13 5:17 7:22 9:5,17 10:5,10,22 11:3 12:2,5,10 12:13,22 14:17 19:4,8,9,16,19 20:1,3,5 21:1,1 21:2,5,7 22:8 22:11,16,19 23:6,10 27:9 27:12,12 28:16 28:22 29:2 32:4,11,12,12 32:14 33:5,5 33:17 34:2,7 36:10,13,13 37:14 38:5 39:4,5,21 40:1
**knowledge** 20:19

**L**

**large** 9:17
**Latrina** 39:12 39:13
**law** 1:17 2:3
**lawyer** 14:3
**left** 8:22 37:21
**letters** 35:17
**let's** 21:12
**libraries** 7:5
**library** 6:3 9:10 13:6,15,16 14:7 17:13,22 18:21 19:6,8 19:15,20 20:2 21:6 22:3 23:16,21,22 24:3,4 26:7 29:17 30:7 35:18 36:9
**lines** 4:4
**listed** 35:12
**little** 11:10
**LLC** 1:17
**LLP** 2:7
**location** 23:15
**long** 3:13 6:8 7:12 9:3 10:1 11:3 24:19 34:21
**longer** 20:22 21:4 37:16
**looked** 39:8
**lost** 21:12
**love** 23:6

**M**

**maintain** 22:4
**maintained** 30:2
**manage** 7:3 9:15 11:17
**managed** 7:10 21:22
**manager** 11:18 27:2,8,9
**Maryland** 6:2 8:18
**Mason** 6:5
**master's** 6:3,4
**mean** 8:21 10:9 11:12 12:16 15:4 20:4 21:22 22:20 23:15 26:9 29:12 30:4
**meet** 23:5,11
**meeting** 34:18 34:21
**mentioned** 34:18 37:2,5
**met** 22:10,18 33:8
**millwork** 8:18
**misleading** 11:17
**mistakes** 35:21
**mm-hmm** 4:3 20:6 29:7 34:20 37:8
**Mm-mm** 27:21
**Mm-mmm** 28:2
**moment** 38:16
**Momentum** 36:8 36:22
**monitoring** 28:10
**most-recent** 6:15
**MURRELL** 2:7
**must've** 24:13

**N**

**N** 2:10,10 3:1
**name** 3:9 4:16 12:15,16,17 14:16 15:3,5 16:7 19:21 36:11,14
**named** 37:12
**names** 22:7 38:15
**need** 23:8
**negative** 35:17
**never** 39:5
**New** 6:4
**nod** 4:2
**normal** 31:2
**North** 4:18
**notary** 1:19
**notice** 1:15
**Notwithstandi...** 17:20
**number** 3:19 16:6
**NW** 1:18 2:4,8

**O**

**O** 2:10 3:1
**oath** 3:21
**Objection** 18:9 27:4 31:6 32:9
**Obviously** 12:15
**occasion** 34:10
**occasions** 34:17
**October** 25:2
**office** 10:2,6,7 11:7 23:5,15 23:18,21 24:3
**Officer's** 20:7
**offices** 1:17 2:3
**oh** 14:21,21 23:19 24:1,22 27:7 31:9 37:18 38:4
**okay** 3:14 13:13 14:2 16:10 17:1,10,11,11 20:9 23:19 24:1,22 25:3,4 26:18 27:7 29:14 38:4,20 39:20
**old** 7:22 40:3
**once** 19:15 23:3
**ongoing** 17:2 18:5,19
**onsite** 7:4
**on-site** 9:14 11:19 23:15 25:17
**operation** 33:12
**opportunity** 14:8
**opposed** 4:2 11:14 14:20 17:6
**owns** 8:17

**P**

**P** 3:1
**page** 2:11 17:16
**paperwork** 22:14,15
**part** 9:15 10:9 10:18 19:4
**particular** 14:16 19:14 31:17 36:17 37:9
**particulars** 32:1
**parties** 1:21
**part-time** 6:11
**payroll** 22:17
**people** 7:4,6,7,9 11:1,19 12:19 19:11,13 25:16 25:18 39:5
**perform** 28:7
**performance** 24:8 25:11 28:15 29:10,19 34:12 35:9
**performed** 20:15
**period** 21:7 33:19
**person** 10:8,15 10:20 11:6,8 19:16,19 25:20
**personnel** 9:19 29:22
**place** 19:12
**Plaintiff** 1:4,15 2:2,12 3:7,11 22:9
**please** 4:1,16
**point** 22:1 27:17
**pop** 23:5
**position** 6:15 7:12,17 11:2,4 20:20 21:9 30:12
**practice** 31:3
**Pratt** 6:3
**prepare** 4:21
**present** 1:21
**Pressley** 2:3,3 3:8,10 6:7 8:8 10:19 13:12 14:6 15:2,6,17 16:8,11 17:1 17:10,18,19 18:15 20:17 23:13 25:7,8 26:4,10,12,16 26:22 27:14 28:13 29:13,16 31:14 32:15

38:4,6,21 39:19,21 40:4 40:8,12
**pretty** 39:9
**previous** 18:4 21:17
**previously** 24:5 29:5
**primary** 19:16
**principal** 10:2
**prior** 8:12,15,19 13:5,9 14:10 14:22 21:14 25:9 29:4,20 30:9 31:16
**probably** 32:18 32:19 38:17,18
**problems** 4:8 28:14,17 29:9 29:19 35:9 36:17,19,20,21 37:3
**product** 9:14
**professional** 6:22 11:12
**Progressive** 1:6 8:10
**proposals** 7:8
**provide** 35:7,13
**provided** 7:4 22:5
**PTFS** 6:9,15 7:13,22 8:10 8:13,15 9:7,7 9:11 11:22 13:5,10 14:20 15:20 16:12 17:5,9 18:5 20:19 21:8,21 22:1 25:13,16 28:15 30:1 32:17 36:3 37:5,9,16,17 38:3
**public** 1:20 5:22 6:5
**punch** 38:19
**purposes** 27:3
**pursuant** 1:15 3:21
**put** 19:12
**p.m** 1:16 40:18

**Q**

**question** 4:6,10 4:13,15 13:9 13:19 15:10,21 27:5
**questions** 3:19 4:2 15:8 40:13

**R**

**R** 3:1
**race** 13:3
**rare** 34:17
**read** 40:15
**reading** 4:22
**really** 7:17 12:20 16:19 23:10 27:10
**reason** 31:5
**reasons** 35:12
**recall** 8:3 12:7 24:10,12 25:5 30:20,21 31:1 32:21,22 34:13 37:2
**receipt** 25:9 30:9
**received** 24:6,11 30:14 31:3,16
**receiving** 29:4
**Recess** 40:11
**recollection** 21:11,19
**record** 4:17 8:9 31:13 40:9,14
**records** 30:1
**recruited** 7:6,9
**reference** 18:16 24:7
**referenced** 29:5
**references** 12:18
**referred** 24:5
**referring** 8:10
18:2 22:15
**regarding** 29:6 32:7 36:3
**regular** 23:9
**relating** 35:8 37:3
**remain** 19:7
**remember** 5:5 6:14,21 9:6 12:9,20,21 16:6 18:22 21:18 34:22 35:4 37:1
**rephrase** 4:15
**reporter** 4:1
**Reporting** 1:19
**represent** 3:11
**Representative** 20:8
**request** 32:6
**requesting** 31:4 31:17
**required** 12:3
**resources** 10:6,8 10:13 11:6,8 32:20
**respect** 18:6 25:13 36:22
**respective** 1:21
**respond** 4:7
**responses** 4:1
**responsibilities** 27:13
**responsible** 19:20 20:14,15 25:18
**restate** 4:14
**resume** 12:19
**retain** 16:14 18:7,8
**retired** 37:20
**return** 35:11
**review** 5:2
**re-read** 5:3
**right** 8:16 10:16 11:17 15:17,22 16:3 17:14,17
25:3 26:10 39:19
**Road** 10:4
**rule** 29:3

**S**

**S** 2:10 3:1
**sake** 3:22
**Savits** 1:17 2:7
**saying** 15:9 22:20 35:11
**scanning** 9:13
**scheduled** 33:12
**school** 5:12,13 5:14,15,20,22
**science** 6:3
**second** 14:13 40:9
**see** 11:21 14:3 21:12 23:11 29:1 33:6,7,11 35:16,19,20 36:1
**seen** 12:13
**Selwyn** 1:3 3:11 5:6 22:9,10 24:7 30:11
**sent** 5:4 35:10
**separate** 10:6
**September** 1:11 6:11 24:21 26:15
**services** 6:17 10:7 11:12,13 11:14
**sex** 13:3
**Shapiro** 1:19
**Sharon** 1:19
**Sheila** 1:13 3:3 4:18 40:18
**sign** 40:16
**site** 25:18
**sites** 11:20
**situation** 32:1
**situations** 32:2
**software** 9:14 37:6
**somebody** 20:13
**somewhat** 11:16
**soon** 6:13
**sorry** 24:22 31:9 34:6
**sort** 14:8
**speak** 30:18
**speaking** 30:21
**specialist** 30:12
**specific** 32:4,5,6
**specifics** 32:22
**spend** 23:8
**staff** 11:15 25:17 26:6
**staffing** 6:17,22 9:14 10:7,18 11:12,13,14
**standard** 12:17 28:8
**standing** 5:20
**stands** 20:5
**started** 6:10 7:15
**Starting** 5:12 21:13
**state** 4:16
**STATES** 1:1
**status** 21:2
**stop** 13:22
**Street** 4:19
**stuff** 28:10,11
**suffer** 33:18
**Suite** 2:4,8 10:4
**supervised** 27:20
**supervision** 28:10
**supervisor** 25:15 27:17
**sure** 27:8 33:5 35:6
**surgery** 33:19 33:21
**surprise** 32:8
**surprised** 32:11
**sworn** 3:5
**system** 36:7,10

36:18,20 37:3 37:10
**Systems** 1:7 8:11

**T**

**T** 2:10,10
**take** 16:14
**taken** 3:16,21
**talk** 4:7 14:4,5 34:10 36:16
**talked** 33:2 34:13
**talking** 13:9 14:19,22,22 15:18 16:19 17:4 26:8,12 26:14 39:10
**tasks** 25:19,21 27:9,11 28:6,8
**tax** 22:16
**Technical** 20:7
**Technology** 1:6 8:11
**tell** 29:1 33:22 35:6 38:19 39:3
**term** 27:10
**terminate** 31:11
**terminated** 31:5 31:18
**termination** 38:10 39:1
**terms** 4:21 9:19 18:17
**testified** 3:5
**Thank** 8:6 40:13
**thankful** 33:22
**thing** 9:9 14:4 15:9
**things** 9:8,11
**think** 8:2 13:2 13:19 14:19 16:8 20:6 21:11 32:18 35:3,5,15 37:20 38:15 39:4,6 40:7,9
**Thomas** 10:21 11:3 32:18 33:1 34:19
**thought** 15:12 24:21
**three** 26:20
**thrown** 11:10
**Thursday** 1:11
**time** 4:8 7:15 10:1 15:10 16:12,14 18:3 19:1,18 20:18 21:7,14 22:10 22:17 23:9,12 26:17 28:11 32:19 33:8,11 33:16
**times** 26:19,20
**title** 6:19 7:19 11:16,18 34:8
**today** 3:12 4:21 38:2
**told** 30:16 33:7 33:10
**transcript** 4:5,9
**transition** 18:3
**true** 13:21 28:5
**truthful** 3:20
**try** 9:1
**turn** 31:10,12
**turned** 30:1
**two** 8:4 9:5 26:20 40:6
**type** 9:9
**types** 9:8

**U**

**understand** 4:13 15:4 18:1 25:7
**UNITED** 1:1
**University** 6:2,6
**Ursula** 5:3 20:22 21:2,8 24:6 25:1 29:12 34:8 35:7 39:2
**use** 27:8

**V**

**v** 1:5
**vacation** 33:4,7
**verbal** 4:1
**verbatim** 12:13
**Virginia** 4:19
**volunteering** 13:20

**W**

**want** 5:10,11 6:18 8:14 14:4 22:22 27:10 33:18
**wanted** 22:4
**Washington** 1:10,18 2:4,8
**wasn't** 28:11
**way** 33:17
**went** 5:22 9:2 22:12,13 23:3 23:4
**weren't** 8:3
**Westminster** 8:18
**We'll** 15:20 17:18
**we're** 17:4,5,15 18:1 23:7,7 40:9
**we've** 9:21 11:1
**WHELIHAN** 2:7 5:17 8:5 10:12,15 13:8 13:13,18,22 14:3,19 15:15 15:18 16:1,4 16:17 17:4,8 17:12,15 18:9 18:11 20:10 22:21 23:2 24:15,18 25:1 25:4,22 26:8 26:11,14,18 27:4 28:3 29:11,14 31:6 32:9 38:1,18 39:12,14,17 40:15
**willing** 34:1
**winter** 21:14
**witness** 1:14 3:4 5:19 8:6 10:14 10:16 13:14,21 14:2,21 15:3 15:22 16:3,5 16:10,21 17:2 17:7,11,14,17 18:10,13 20:12 22:22 23:3 24:17,22 25:3 25:5 26:2,19 27:7 28:5 29:15 31:9 32:10 38:2,20 39:13,15,20 40:1
**women** 38:15 40:6
**word** 27:8
**words** 14:7 15:7 19:5 35:16
**work** 5:7 7:21 8:20,22 9:9 20:15 25:17,17 28:20,22 29:1
**worked** 8:17 14:11
**working** 8:19 11:14,20
**workings** 21:6
**wouldn't** 27:22
**Wright** 39:12,13
**written** 35:18
**wrong** 3:15 24:19 27:15
**wrote** 7:8

**X**

**x** 1:2,8
**XYZ** 15:13,14

**Y**

**Yeah** 10:14 20:12
**year** 8:4 9:5 21:17
**years** 6:11 7:20 11:1
**York** 6:4
**young** 38:14 39:9

**0**

**06-01081(AK)** 1:5

**1**

**10** 6:11
**1100** 2:8
**13** 39:18
**1985** 26:9
**1995** 8:2,5
**1996** 8:2
**1997** 6:12

**2**

**2:17** 1:16
**20** 1:11
**20s** 39:16 40:2
**200** 10:4
**20012** 2:4
**20036** 2:8
**2005** 24:14,21 25:2 26:9,15
**2007** 1:11 21:13
**202** 2:5,9
**22207** 4:19
**2610** 4:18

**3**

**3** 2:12
**3:15** 40:17
**30s** 40:3

**4**

**40** 39:1,7
**400** 1:17
**412** 2:4
**496-2810** 2:9

**5**

**50** 10:1

**6**

**60** 10:1
**600** 2:8
**6400** 10:3

**7**

**723-8800** 2:5
**7600** 2:4

**9**

**90-something** 9:22