FROM :							FAX NO. :2025840286			Feb. 06 2007 05:34PM P2

After managing the Operations Section of the Contracts Team for three months now, I've found that the services provided by Selwyn Darbeau are less than acceptable.

a. He is unable to effectively manage his workload;
b. I consistently receive phone calls and emails from our customers regarding his failure to follow up or simply respond to their requests for updates;
c. I am rarely able to sign the documents Selwyn prepares for my signature when initially submitted due to his inability to catch typographical errors as well as process errors;
d. Selwyn has not grasped the use of the Library's electronic acquisition system (Momentum) as his data entries often require the assistance of our IT staff to fix errors;
e. On several occasions, Selwyn has promised to "get back to me" with the status of an assignment and he has failed to do so. In addition, he has given me updates on assignments that were false which caused me to provide inaccurate information to our customers.

Currently, Selwyn is on vacation and is scheduled to return to the office after the new years holiday. As his employer, you need to contact Selwyn, while he is on vacation, to let him know that his services at LOC are no longer needed. I need you to obtain his LOC Badge and keys and bring those items to my office as soon as possible. We will box up Selwyn's personal items and have the box ready for you when you come to turn in his badge and office keys.