# Sheila Hess

| | |
|---|---|
| **From:** | Ursula Holmes [uhol@loc.gov] |
| **Sent:** | Thursday, December 29, 2005 11:44 AM |
| **To:** | shess@ptfs.com |
| **Cc:** | Jackie Johnson |
| **Subject:** | Request for replacement candidate |
| **Attachments:** | SOW - CS FPL.doc; SOW- CS Trainee.doc |

  

SOW - CS FPL.doc (25 KB)    SOW- CS Trainee.doc (25 KB)

Hi Sheila,

As agreed during our conversation just before the Christmas Holiday, I'm getting back to you via email regarding the need to replace current PTFS employees working on the LOC Office of Contracts & Grants Management, Contracts Team.

Since these individuals work for PTFS and not the Library, informing them of their status as LOC contract employees is your responsibility.

After managing the Operations Section of the Contracts Team for three months now, I've found that the services provided by Selwyn Darbeau are less than acceptable.

a. He is unable to effectively manage his workload; b. I consistently receive phone calls and emails from our customers regarding his failure to follow up or simply respond to their requests for updates; c. I am rarely able to sign the documents Selwyn prepares for my signature when initially submitted due to his inability to catch typographical errors as well as process errors; d. Selwyn has not grasped the use of the Library's electronic acquisition system (Momentum) as his data entries often require the assistance of our IT staff to fix errors; e. On several occasions, Selwyn has promised to "get back to me" with the status of an assignment and he has failed to do so. In addition, he has given me updates on assignments that were false which caused me to provide inaccurate information to our customers.

Currently, Selwyn is on vacation and is scheduled to return to the office after the new years holiday. As his employer, you need to contact Selwyn, while he is on vacation, to let him know that his services at LOC are no longer needed. I need you to obtain his LOC Badge and keys and bring those items to my office as soon as possible. We will box up Selwyn's personal items and have the box ready for you when you come to turn in his badge and office keys.

Please send me at least three resumes for a replacement candidate by Wednesday, January 4, 2006, so we can select the best candidate and bring them on board as quickly as possible.

With regard to Verna Tubman, her performance and level of professionalism is marginal as she too has been unable to effectively manage her assignments. She tends to spend a great deal of time away from her desk and I believe this contributes to her inability to move quickly on tasks that should be completed within 2 -3 days. I was forced to stop giving Verna new assignments to allow her to get "caught up" on the assignments that were sitting on her workload with little or no progress. Lately Verna rarely gets to work by her scheduled time of 7:00am. She consistently leaves at or just before 3:30pm but her start time is getting later and later. Please speak with Verna about her performance, her professionalism, and her punctuality. Please let her know that I am willing to keep her on the team in a probationary status for 30 days (the month of January) to see if she is able to improve. If noticeable improvement is not evident, I will be requesting a replacement for Verna as well.

Finally, with regard to Chelsea Baker, her performance is acceptable in terms of getting her assignments completed, usually in a timely manner. However, she fails to respond to

1

requests for updates from me and my requests for "meetings to follow-up" on matters brought to my attention. For example, I sent Chelsea an email that said, let's discuss this in the morning and Chelsea did not respond to the email or see me the next morning. On a few occasions, I have "personally" explained a process or policy to Chelsea, and rather than accept that information and move on, she chose to ignore it or push back with a sly remark. For example, I gave Chelsea "specific" reasons why I was not able to approve a document that she prepared. I tasked her with getting additional information from the customer prior to resubmitting the document to me for my approval. The next person I heard from was the Customer wanting to know why I had not approved their request. I sent Chelsea an email and I asked her what the status of the assignment was. Chelsea's response to me was, "I gave it to you but you wouldn't sign it". That's NOT what I am looking for from a professional contract employee hired to "support" my operation. I actually had to get up from my desk, go to her cubicle, and ask her where were my notes that I had written to her explaining why I could not approve the document. She still had my notes but she made it clear that she did not agree with what I was asking her to obtain from the Customer and basically blew me off.... I had to call the customer "myself" to explain what I needed and why. I resolved the matter with the customer "myself". As with Verna, please speak to Chelsea about her cavalier attitude towards her responsibilities and if a noticeable improvement is not evident after 30 days (the month of January), I will be requesting a replacement for Chelsea as well.

The services currently being provided by Rene Servin and Kendrell Wingfield are exceptional!

To summarize, I am requesting a minimum of 3 resumes for a replacement for Selwyn Darbeau by Wednesday, January 4, 2006. Attached to this email is the Statement of Work for the position currently held by Selwyn. If you are unable to find a fully functioning Contract Specialist with federal acquisition experience, we will accept an entry level Contract Specialist that we can train. In that case, the current rate of $47.60/hr would have to be re-negotiated.

There are two SOWs attached to this email. One is for a Contract Specialist at the full performance level (can function independently) and the other is for a Contract Specialist Trainee. Basically, the Trainee SOW is identical to the Full Performance Level SOW except the Trainee will be assisted (trained) by an experienced Specialist on my staff.

Please speak with Verna and Chelsea to let them know that their performance will be monitored closely during the month of January and if their services are not noticeably improved, they will be replaced by February 2006. If you'd rather I speak with Verna and Chelsea, on your behalf, just let me know.

---

Ursula Y. Holmes
Contracting Officer
Head, Contract Operations Section
Library of Congress
Office of Contracts and Grants Management (LA 325)
202-707-8604 - office
202-707-8611 - fax
uhol@loc.gov - email