UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SELWYN G. DARBEAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-01081 (AK) |
| | ) | |
| PROGRESSIVE TECHNOLOGY FEDERAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment ("Motion") [42]; Plaintiff's opposition to the Motion ("Opposition") [43]; and Defendant's reply to the Opposition ("Reply") [44], and oral argument having been heard on March 13, 2008, for the reasons set forth in the accompanying Memorandum Opinion, it is accordingly this 17th day of March, 2008,

ORDERED that, pursuant to Fed. R. Civ. P. 56, Defendant's Motion for Summary Judgment is GRANTED, and it is further

ORDERED that Plaintiff's civil action number 06-0108 is hereby dismissed with prejudice.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE