

# Contracts Team Meeting

**11/2/05**
**10:00 AM**

**Type of meeting:**   Monthly Meeting

## Agenda topics

Introduction

Administrative Matters

✳ My Observations

Team Setup

✳ Workload Distribution

Performance Plans

Standard Operating Procedures

✳ File Management Plan (I) Took initiative to set up Central File System
there was no system prior to my tenure

Areas of Expertise

FY 2006 Team Goals

Open Discussion

**Special notes:**

# Attachment B

## My Observations

- ✓ Current work ethic is commendable
- ✓ Genuine desire to do what we do well
- ✓ Team is ready for change (organization...structure)
- ✓ Collectively the team has many years of experience...*which we will all benefit from*
- ✓ The Team has Management Support...*(Nydia is in our corner and will support our efforts)*

### Our "TO DO" List

1. No team setup with back up support when someone is out – *Need defined team chart*

2. No file management system where files are centrally located and can easily be found when needed – *Need file management system*

3. No tracking system to effectively keep track of everyone's workload and the status of each assignment – *Need Procurement Tracking system*

4. No way of sharing lessons learned and other helpful information to help us do our jobs better and faster (samples, FAQ's, quick reference guide) – *Need CS desk guide*

5. Requisitioners need to be trained in what a valid Requisition consists of. (RQ, scope of work including delivery date info and sole source justifications when applicable) - *Need to set up training session or desk guide for Requisitioners*

6. Some of us use purchase orders, contracts, delivery/task order interchangeably when they are three totally different award types – *Need refresher training on what the difference is*

7. I've seen no acquisition plans as required by FAR part 7 – *Need to review SOP for acquisition planning processes and formats*

8. I've seen no price reasonableness determinations – *need to review SOP's for price/cost analysis formats and requirements*

9. I've seen many awards labeled renewals when there are no such animals in the FAR. We're either exercising on option or we're doing a new award. Vendors don't get repeat awards just because they had it the year (s) before – *Need to set up training session for Requisitioners and Specialists or desk guide*



## My Observations Continued

10. I noticed that one person will award a base contract but anyone can order against the base and no one is actually keeping track of the orders – *Need to review SOP for awarding and administer IDIQs and the orders that result from the IDIQs*

11. I've seen no option to extend clauses or option to extend memos per FAR 37. - *Need to review SOP on including options in our solicitations, evaluating options prior to award, and exercising options after award*

12. I don't see any consistency in how we do what we do. Everyone seems to do his or her own thing. – *Need to start a desk guide and update our SOPs*

13. Momentum is not geared to the 1102's responsibility – We must not rely totally on Momentum to ensure we're in compliance with FAR and LOC requirements - *Need to develop Checklists for Specialists as a reminder of what's required for various types of procurements*

14. Simplified Acquisition Terms and Conditions are outdated – *Need to update the terms and conditions we're attaching to our orders*

15. There is no closeout system in place – *Need to review the SOP for closeout and update them accordingly*

16. There is no way to share team wide information (who's working on what, who has a solicitation open, when does it close, etc) – *Need a system to share the team workload across the entire team*

17. We are not documenting our COTR designations by providing the COTR with a letter delegating and explaining his/her authority during contract administration – *need to review SOP on COTR designations & circulate sample COTR memo*

*[handwritten: COTR memo in file]*

*[handwritten margin notes: Allegation, Allegation (d)]*

## Workload Distribution Plan

### *Current Method*

Eric/Jim receive RQs in Momentum and assign all requisitions less than $100,000 to an individual based on the originator and the dollar value

*Usually*, Contract Employees are given the Simplified Acquisitions to process and the LOC employees are given the requisitions that exceed the Simplified Acquisition threshold.

The receiver gets the RQ in Momentum and processes it for the review and approval of a Contracting Officer.

### *Problems with the current method*
With the assignments being made by someone outside the Contracts Team:
- ❏ Our ability to effectively track and manage the assignments is limited
- ❏ Our ability to determine the best procurement method is eliminated
- ❏ Some RQs require revision and/or additional documentation from the Service Unit that a non-1102 trained individual might not catch before the assignment is made. So Momentum will give the appearance of us receiving an RQ and sitting on it when in actuality, the RQ should never have been accepted/assigned
- ❏ The Contracts Team is not aware of what has arrived and who's working on what requisition should back up support be necessary (Specialists is out)

# Administrative Matters

## Calling in Procedure

Everyone is to call me on 707-8604 when you are not coming in or will be delayed. If I don't answer, leave a message and I will get it. No need to speak to a live voice. I expect everyone to be at work unless you are sick or have an emergency. When you call your message must indicate whether you are requesting sick leave or unscheduled annual leave. You do not have to share your personal business. Just tell me if you want <u>sick</u> or <u>annual</u>.

## Signing In and Out

Everyone is required to sign in when you arrive in the morning and when you leave in the evening. I will use these sign in sheets when I approve the Contract employees' time sheets. I will also use the sign in sheets when I approve the LOC employees' time in WebTA.

## Daily Attendance Reports

I will email a daily attendance report to the entire team each morning so everyone will know who's in, who's out, who's in training, who has meetings, etc. If you have a meeting scheduled for the day, send me an email to let me know by 9:30am. If you need to leave early, please let me know also. The daily attendance report email will be sent by 10:00am each morning.

## Monthly Team Meetings

We will have Monthly Contracts Team meetings on the 1st Wednesday of every month so mark your calendars. I expect everyone to attend unless you are on leave. Dorothy will maintain a Contracts Team Monthly Meeting file, which will house all meeting agendas and handouts in case you misplace your copies.

The purpose of the Monthly meetings is to go over topics that impact the entire team. If you want to add a topic to the agenda, please send that topic to me no later than the Thursday prior to the Wednesday meeting.

## Use or Lose Leave

Any employee with use or lose leave needs to submit a leave schedule to me no later than November 7, 2005, which will allow me time to review your planned leave schedule and ensure adequate coverage on the team during your absence.

## Administrative Matters Continued

### Requesting Scheduled Leave

With WebTA, everyone does his or her own T&A, however, you must obtain my approval to take leave PRIOR to entering the leave into WebTA. This request can be made via email or hard copy leave slip.

### Timesheets for Contract Employees

Submit these timesheets to Dorothy Holland by Friday of the week the timesheets are due. Once Dorothy has received all the time sheets, she will place them in a folder for my review and signature. Dorothy will make a copy of the Sign-In/Sign-Out sheet reserved for Contract Employees and include the appropriate sheet in the folder. Once I sign the timesheets, Dorothy will make a copy for my records and return the original timesheets to each of the Contract Employees so they can be faxed to their employer.

### Credit Hours

Credit Hours need to be approved in advance by me and when worked, the hours need to be specifically noted on the daily sign-in/sign-out sheet. Email notification of your desire to earn credit hours is fine. Your request must include the specific project/task that requires these additional hours.

## Contracts Team – Team Set Up

### Ursula Holmes, Head, Contract Operations Section
- Manage the team's workload to ensure requests are processed in a professional and timely manner, in accordance will all applicable federal acquisition regulations and LOC policies.
- Provide guidance and support to the team members in all areas as needed
- Maintain open communication with the Service Units to ensure they are aware of the status of their requests; work with the Service Units to ensure that their requisitions are valid, accurate, and complete.
- Assist the Service Units in preparing sound scopes of work to reduce the possibility of protests, claims, and other procurement delays
- Serve as Contracting Officer for acquisitions above the signature level of the Senior Contract Specialists

### Dorothy Holland, Admin Support
- Provide administrative support to the Head of Contract Operations Section as needed
- Provide administrative support to the Contract Specialists as needed

### (Vacant) Senior Contract Specialists
- Assign requisitions to the appropriate Contract Specialist and enter the assignment in the Procurement Tracking Database
- Review the status of the workload assignments to ensure requisitions are being processed in a professional and timely manner
- Keep the Head of the Contract Operations Section abreast of any delays, problems, or issues that require her attention
- Serve as the Contracting Officer for acquisitions above the signature level of the Specialists in his/her section.

### Verna Tubman, Kendrell Wingfield, Administrative Support Staff
- Provide administrative support to the Head of Contract Operations Section as needed
- Provide administrative support to the Contract Specialists as needed
- Process all micro purchases in Momentum
- Process purchase orders in Momentum as assigned
- Maintain the acquisition files generated by the Team per the Team's File Management Plan
- Enter awards in the Contracting Workload Database

### All Contract Specialists
- Perform all duties as detailed on the Contract Specialist Performance Plan
  - Pre-Award Functions / Post Award Functions
- Ensure contract actions move forward in the absence of a team member with guidance from the Senior Contract Specialist and the Head, Contract Operations Section as needed

LOC/OCGM - Office of Contracts
Contracts Team

| Nydia Coleman |
|---|
| **Chief, Contracts** |

| Ursula Holmes |
|---|
| Head, Contract Operations Section |
| **Dorothy Holland** |
| Admin Support |

| Senior Contract Specialist |
|---|
| (vacant) |
| **Verna Tubman** |
| Admin Support |
| **Contract Specialists** |
| **Jackie Johnson** |
| **Joann Walker** |
| **Chelsea Baker** |
| **Selwyn Darbeau** |
| (vacant) |
| **Service Units** |

LSV - Library Services
AVS - Audio Visual Services
LSB - Bibligraphic Access
CDS - Cataloging and Distribution Service
LSC - Collections
FRD - Federal Research Division
FDL - FEDLINK
ILS - Interface
LSO - Partnership and Outreach
PHD - Photoduplication Service
LSP - Preservation
RES - Retail Martketing Office Sales Shop
LST - Technology
NLS - National Library Service - Blind/Physically
MBRS - Motion Picture, Broadcasting and Recorded Sound Division
CRS - Congressional Research Service
COP - Copyright
CLD - Licensing Division
CRP - Receiving and Processing Division
ABE - Abraham Lincoln Bicentennial Commission
CFO - Office of the Chief Financial Officer
OWL - Open World Leadership Center

| Senior Contract Specialist |
|---|
| (vacant) |
| **Kendrell Wingfield** |
| Admin Support |
| **Contract Specialists** |
| **Chris Hansen** |
| **Valda Murfree** |
| **Arneen Dozier** |
| **Rene Servin** |
| (vacant) |
| **Service Units** |

OSE - Office of Security and Emergency Preparedness
CGM - Office of Contracts and Grants Management
SEP - Office of Special Events and Public Programs
ISS - Integrated Support Services
LBN - Office of the Librarian
HRS - Human Resource Services
OIG - Office of the Inspector General
OMT - Office of Operations Management and Training
OWD - Office of Workplace Diversity
OSI - Office of Strategic Intiatives
ITS - Information Technology Services
OTA - Office of Technology Assessment
LAW - Law Library

## New Method (DRAFT)(UP FOR DISCUSSION)

We will implement our Procurement Tracking System, which will be used by everyone including, Eric, Jim, the Senior Contract Specialists, the Contract Specialists, and one day, the Service Units.

When RQs are submitted to the Office of Contracts, Eric and/or Jim will enter the RQ into the Procurement Tracking Database (Date Rec'd, RQ #, Dollar Value)

Eric/Jim will assign all micro purchases (less than $2,500) to the appropriate Admin Support staff to process.

Eric/Jim will assign all Expert Consultant Agreements to the appropriate Admin Support staff to process

All other actions will be assigned to the Senior Contract Specialists, who will review the RQ to determine it's validity.  Valid RQs will then be assigned to a Contract Specialist to process.

If the Senior Contract Specialists determines the RQ is invalid, he/she will attempt to obtain the missing documentation from the Service Unit.  If the Service Unit fails to respond to our request for additional documentation within 5 business days, the Head of the Contract Operations Section will reject the RQ.

Contract Specialists will be required to process requisitions assigned to them regardless of the dollar value.  The Senior Contract Specialist will determine the best method to assign valid RQs.

The Contract Specialists are required to update the Status Report for each RQ they are processing.  The Status Report database will be placed on each team member's Desktop.

Team wide status reports will be emailed daily to the entire Contracts Team so everyone is aware of what's going on within the team (in case back up is needed – Team member is out)

After the Contracting Officer has approved the award:

- The task is closed in the Procurement Tracking Database
- The assignment is marked final in Momentum
- The file is given to the Admin Support Staff to label and file in the appropriate file cabinet.  The Admin Support Staff will enter the award in our Contracting Workload Database

✳ In addition to Momentum.

**IN THE FUTURE:**

*Our Momentum In-Boxes will only contain actions that are for our approval. The system is currently being revised and should be changed soon.*

*The Service Units will be given view only access to our Procurement Tracking System so they can pull up their RQs and view the current status of their requisitions without calling us or wondering where we are in the procurement process!*

*Once our systems are in place and we are up and running in tracking what we do, we will send Report Cards to the Service Units which will allow them to rate their experience in dealing with us. Report Cards allow us to learn from our customer how we can improve our processes and ultimately improve their perception of our team as a whole.*

**SAMPLE PERFORMANCE PLAN FOR A FULLY PERFORMING CONTRACT SPECIALIST**
**(GS-1102-12)**

I.   **CRITICAL ELEMENT #1 – 20%**

Implement the contract award process from the needs identified by the program office through preparation of the solicitation documents.

A.   **Major Duties and Responsibilities**

1.   Review procurement requests for accuracy, completeness and realism and recommend revisions, if necessary.

2.   Prepare justifications, as necessary.

3.   Develop and maintain acquisition plans.

4.   Prepare, transmit and ensure synopsis is published through FedBizOpps.

5.   Obtain appropriate wage determinations.

6.   Prepare solicitation documents, using appropriate, up-to-date clauses and provisions.  Ensure appropriate bonding requirements are included.

7.   Review scope of work or specifications for compliance with performance based service requirements, and issue through FedBizOpps.

8.   When used, prepare evaluation factors and weights assigned to factors.

9.   Enter all pre-award information into Comprizon.buy.

B.   **Performance Standards**

1.   Documentation in files must show that all requirements were achieved in accordance with all laws, regulations, GSA policies, supervisory instructions, and applicable precedents, and that all necessary approvals and concurrences were obtained.

2.   Tasks are accomplished in a timely and effective manner.  Supervisor is promptly notified of schedule changes and the reasons for change.

3.   Documents written by Contract Specialist require little or no revisions for content, typographical or grammatical errors, and no revisions to correct errors of fact.

4.   Keep Contracting Officer and all management level informed of the procurement process, and share information with co-workers.

5.   Review of Comprizon.buy confirms that all information is included in the system and is accurate.

*SAMPLE* PERFORMANCE PLAN FOR A FULLY PERFORMING CONTRACT SPECIALIST
(GS-1102-12)

II.    **CRITICAL ELEMENT #2 – 20%**

Coordinate and conduct post-solicitation activities through award of the contract.

    A.    **Major Duties and Responsibilities**

        1.    Coordinate and assist pre-bid/ pre-proposal conferences, when scheduled.

        2.    Prepare and issue amendments, as necessary.

        3.    Review bids for responsiveness; coordinate technical and price evaluations of proposals.

        4.    Under Brooks Act procurements, coordinate the work of the evaluation board and the conduct of interviews.

        5.    Prepare responsibility determination, including the following factors as necessary: reference checks; search NIH CPS for past performance data; financial analysis; Duns & Bradstreet report; pre-award survey request; Certificate of Competency request; EEO clearance; and review and request subcontracting plan approval.

        6.    Coordinate audit requests, when required.

        7.    Coordinate and conduct or assist pre-negotiation and negotiation meetings; analyze proposed prices or costs.

        8.    Prepare price pre-negotiation objectives, perform price or cost analysis, conduct negotiations and prepare negotiation memorandum.

        9.    Enter contract award information into Comprizon.buy and generate FPDS report.

    B.    **Performance Standards**

        1.    Actions conform to all current FAR and GSAM standards.

        2.    Tasks are completed within the timeframes established by regulation, policy or supervisory direction, and the acquisition plan.

        3.    Documents written by contract specialist require little or no revisions for content, typographical or grammatical errors, and no revisions to correct errors of fact.

        4.    Foster teamwork by keeping Branch Chief informed at all levels of the procurement process, sharing information with co-workers, and advising Branch Chief on all actions affecting the Branch and/or Division.

        5.    Review of Comprizon.buy indicates that all information is being input accurately and maintained throughout the award process.

*SAMPLE* PERFORMANCE PLAN FOR A FULLY PERFORMING CONTRACT SPECIALIST
(GS-1102-12)

III.    **CRITCAL ELEMENT #3 – 20%**

Perform contract administration.

A.    **Major Duties and Responsibilities**

1.    Coordinate, participate in, and/or conduct post award meetings.

2.    Obtain suitability clearance documents for contractor employees and coordinate review by FPS.

3.    Monitor contract expiration dates, and take all necessary actions to exercise options.

4.    Prepare contract modifications, delivery orders and change orders, as necessary.  Enter information into Comprizon.buy as appropriate.

5.    Monitor compliance with subcontracting plans.

6.    Take action regarding late payment, deficient invoices, etc.

7.    As necessary, prepare terminations for convenience or default.  Issue cure notices or show cause letters when required.

8.    Enter performance information into NIH CPS.

9.    Conduct actions necessary for contract closeout.

10.    Provide other contract administration actions, as required.

B.    **Performance Standards**

1.    Exercise of options and other actions (i.e., equitable adjustments) are prepared in accordance with the time requirements.

2.    The Contracting Officer is promptly notified of any problems or potential problems.

3.    Documentation indicates that all actions were accomplished in accordance with all laws, regulations, GSA policies, and applicable precedents, and that all necessary approvals and concurrences were obtained.

4.    Documents written by contract specialist require little or no revisions for content, typographical or grammatical errors, and no revisions to correct errors of fact.

*SAMPLE* PERFORMANCE PLAN FOR A FULLY PERFORMING CONTRACT SPECIALIST
(GS-1102-12)

IV.    **CRITICAL ELEMENT #4 – 20%**

Conduct research and prepare responses to protests, FOIA requests, claims, appeals and all post-awards inquires. Respond to all written and telephonic inquires and ensure procurement data is maintained in contract tracking system (Comprizon).

A.    **Major Duties and Responsibilities**

1.    Participates in review and analysis of contractor claims and disputes.

2.    Research laws, regulations, GSA policies, Board of Contract Appeals decisions, GAO decisions and other related material, and assist in preparation of Government's position relative to claims or disputes.

3.    Research and respond to controlled documents including Freedom of Information Act requests.

4.    Respond to all inquires related to contracts.

B.    **Performance Standards**

1.    Written analysis requires little or no revision for content, typographical or grammatical errors and no revision to correct errors of fact.

2.    Prepare responses within the timeframes established by regulation, internal policy, and/or supervisory direction.

3.    All actions were accomplished in accordance with all laws, regulations, GSA policies, and applicable precedents, and that all necessary approvals and concurrence were obtained.

V. **CRITICAL ELEMENT #5 – 10%**

Respond to and creatively identify means of satisfying the needs of the customer (includes vendors).

A.    **Major Duties and Responsibilities**

1.    Recognize the customer.
2.    Understand what the customer wants and expectations.
3.    Find ways to deliver the services or product efficiently.
4.    Provide advice and guidance to client agencies, or internal customers.
5.    Identify and remove barriers to providing quality service.
6.    Monitor success of customer focus initiatives.

B.    **Performance Standards**

1.    Provide frequent, clear, accurate and timely communication with the customer at all organizational levels.
2.    Make personal contacts with external and internal customers, and meet with them on a periodic basis to discuss their needs and gauge the effectiveness of the organization in meeting those needs.
3.    Establish constructive, cooperative working relationships with other organizations to help them achieve their goals. Promote team work and projection of a single GSA corporate image in serving client needs.

*SAMPLE* PERFORMANCE PLAN FOR A FULLY PERFORMING CONTRACT SPECIALIST
(GS-1102-12)

VI. <u>CRITICAL ELEMENT #6 - 10%</u>

Take action necessary to fully meet Clinger Cohen act requirements for education and training.

A. <u>Major Duties and Responsibilities</u>

1. Schedule required 24 hours business courses, when funding allows.
2. Take at least two of the training courses required until completed.
3. If a warranted Contracting Officer, complete all training requirements.
4. If a warranted Contracting Officer, comply with warrant requirements for training  courses and continuing education.

B. <u>Performance Standards</u>

1. Provide copies of training certificate to WPP, and update the ACMIS system.
2. Report all acquisition related training to WPP, and update the ACMIS system.

## Performance Planning Worksheet for Non-Supervisory Associates

Employee Name: _____
Rater: _____
Position: CONTRACT SPECIALIST GS-1102-12
Date Developed: _____
Organization: _____
Date Certified: _____

| Part I - Series Specific (Technical) Crit. Element(s) | Weight (%) | Derived From | General Measure | Specific Measure | Standards/Expectations: Level 2 | Level 3 | Level 4 | Feedback Source for Monitoring |
|---|---|---|---|---|---|---|---|---|
| **Pre-Award:** | | | | | | | | |
| Reviews procurement request for validity; prepares acquisition plan using comprizorwizard; coordinates efforts with Requisitioner | 5% | Performance Plan, Position Description, NCR Business Plan, Potomac's Business Plan | Quality / Timeliness | Accurate and complete / Milestone Charts | Sometimes accurate and complete / Milestones are behind schedule | Generally accurate and complete / Generally milestones are on schedule | Consistently accurate and complete / Milestones are consistently on schedule and/or earlier | PMR Review, Acquisition Plan, Contracting Officer Review |
| Prepares solicitation using comprizon, fedbizops, appropriate clauses/provisions; conducts pre-bid/proposal conference/walk-thru; issues amendments; responds to protests | 5% | Performance Plan, Position Description, NCR Business Plan, Potomac's Business Plan | Quality / Timeliness | Accurate and complete / Milestone Charts | Sometimes accurate and complete / Milestones are behind schedule | Generally accurate and complete / Generally milestones are on schedule | Consistently accurate and complete / Milestones are consistently on schedule and/or earlier | PMR Review, Acquisition Plan, Contracting Officer Review |
| Evaluates responses, performs cost/price analysis, confirms vendor is registered in CCR, negotiates fair and reasonable prices by developing PNOs and preparing PNMs, considers LMI targets when determining price reasonableness | 10% | Performance Plan, Position Description, NCR Business Plan, Potomac's Business Plan | Quality / Timeliness | Accurate and complete / Milestone Charts | Sometimes accurate and complete / Milestones are behind schedule | Generally accurate and complete / Generally milestones are on schedule | Consistently accurate and complete / Milestones are consistently on schedule and/or earlier | PMR Review, Acquisition Plan, Contracting Officer Review |
| **Award:** | | | | | | | | |
| Prepares award documents, initiates security clearance process, presents file to the Contracting Officer that is neat, complete, and in a professional manner | 10% | Performance Plan, Position Description | Timeliness / Quality | Award Date Met / Accurate and complete | Awards are on schedule at least 50% of the time / Work product is complete and accurate at least 50% of the time | Generally makes awards on schedule / Work products are usually complete and accurate | Awards are consistently on schedule or head of schedule / Work products are consistently complete and accurate | PMR Review, Acquisition Plan, Customer, Contracting Officer, Supervisor |
| Routes award to Contracting Officer for FPDS-NG approval with no validation errors; enters award in CPS for future performance evaluations | 10% | Performance Plan, Position Description | Quality | Accurate and complete | Work product is complete and accurate at least 50% of the time | Work products are usually complete and accurate | Work products are consistently complete and accurate | FPDS-NG Data Accuracy Reports, Customer, Supervisor, Contracting Officer |

Performance Planning Worksheet for Non-Supervisory Associates

Employee Name: Henrietta Young
Rater: Ursula Holmes

Position: CONTRACT SPECIALIST GS-1102-12
Date Developed:

Organization: Potomac Service Center, Contracts Team
Date Certified:

11/1/2004

### POST AWARD:

| | Weight (%) | General Measure | Derived From | Specific Measure | Standard/Expectations | | | Feedback Source for Monitoring |
|---|---|---|---|---|---|---|---|---|
| | | | | | Level 2 | Level 3 | Level 4 | |
| Conduct post award partnering sessions, attends pre-construction meetings; pre-performance meetings; | 10% | Timeliness | Performance Plan, Position description, NCR Business Plan, Potomac Business Plan | Within regulated timeframes | Seldom meets timeframes | Generally meets timeframes | Consistently meets timeframes | Procurement File, PMR Review, Contracting Officer, Supervisor, GSA Finance Division. |
| Documents vendors performance using CPS; Resolves payment problems, issues modifications in a timely manner; closeout contracts in a timely manner | 10% | Quality | Performance Plan, Position description, NCR Business Plan, Potomac Business Plan | Accurate and complete | Work products are seldom accurate or complete and frequently require revision. | Work products are generally accurate and complete | Work products are consistently accurate and complete with revisions rarely required. | PMR Review, Contracting Officer, Supervisor, GSA Finance Division. |

### Part II: Other Organ. Support Crit. Element(s)

| | Weight (%) | General Measure | Derived From | Specific Measure | Standard/Expectations | | | Feedback Source for Monitoring |
|---|---|---|---|---|---|---|---|---|
| | | | | | Level 2 | Level 3 | Level 4 | |
| **Customer Focus** | | | | | | | | |
| Responds to FOIA's, appeals & general inquiries; keeps customer informed of the status of their procurement requests; notifies customer of any delays or need for additional information | 20% | Quality | Performance Plan, Position Description, NCR Business Plan | Responsive to request | Sometimes responsive to requests. | Generally responsive to requests. | Anticipates customers needs and consistently and effectively responds to inquiries. | Customer Report Card Scores, Supervisor, Vendor feedback |
| | | Timeliness | | Response met within timelines | Response seldom within timelines | Response generally within timelines | Response consistently within timelines | Customer, supervisor |

Performance Planning Worksheet for Non-Supervisory Associates

Employee Name: Henrietta Young
Rater: Ursula Holmes

Position: CONTRACT SPECIALIST GS-1102-12
Date Developed:                    11/1/2004

Organization: Potomac Service Center, Contracts Team
Date Certified:

| Part III: Organization Specific Critical Element(s) | Weight (%) | Derived From | General Measure | Specific Measure | Standards/Expectations | | | | Feedback Source for Monitoring |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Level 2 | Level 3 | Level 4 | |
| **Contracts Team:** | | | | | | | | |
| Enters awards in the NAF Dbase; Updates the Response Form; Files are neat, accurate, complete and properly housed in the file room | 20% | Performance Plan, NCR Business Plan | Quality | System generated reports, random file reviews | Reports seldom accurate. | Reports generally accurate | Reports consistently accurate | NAF Workload Reports, Procurement Tracking Status Reports, Supervisor |
| | | | Timeliness | System generated reports | Reports rarely generated on schedule | Reports generally on time | Reports consistently on schedule | NAF Workload Reports, Procurement Tracking Status Reports, Supervisor |
| | 100% | | | | | | | |

## Standard Operating Procedures

The SOPs will be updated by the Procurement Analyst

**Some things you need to know right now:**

- ✓ When preparing award documents, ALWAYS provide the contractor (SOMEWHERE ON THE AWARD DOCUMENT) the name of the Contract Specialist who should be contacted with questions. (WHERE?)

- ✓ When preparing modifications, ALWAYS include in the SF30 description, the name and telephone number of the Contracts Specialist to be contacted with any questions

- ✓ Remember to include the cover letter on all Expert/Consultant Agreements (some of us prepare the letter and some of us don't)

- ✓ When preparing Memos for Legal concurrence, make the Memo

TO:     Nydia, Chief
        Contracts & Grants Management

THRU    Ursula, Head
        Contract Operations Section

## File Management Plan (DRAFT – UP FOR DISCUSSION)

All files will be filed in a designated area that is centrally located and semi-secure, arranged by:

❑ Service Unit    CRS, etc.

❑ Award Type
  - ✓ Micro purchases
  - ✓ Purchase Orders
  - ✓ Contracts
    (Delivery/Task Orders)

❑ Contract/Order Number

As files are closed, they will be removed from the active file cabinet to a file cabinet designated for CLOSED contracts/orders. At the required time, these files will be destroyed.

When files are retrieved from the file cabinet, a card will be inserted in the space where the file was retrieved. The card will indicate the name of the person who has the file in case someone else needs the file, they will know where the file is located at that time.

Files should only be on someone's desk if they have an open assignment involving that file or they are using that file as a reference to work on an open assignment.

Files will be colored coded to assist us in differentiating between them as follows:

| | |
|---|---|
| Micro purchases | Yellow folders |
| Purchase orders | Green folders |
| Contracts | 6 Tab Brown Folders |
| Delivery/Task Orders | Red folders |

Files will be labeled as follows:

| S/U | Contract/Order# | Vendor Name |
|---|---|---|
| Amount: | Description | Volume # |

Admin Support Staff is responsible for labeling files if the Contract Specialists don't prefer to label their own files. All labels will be typed and not handwritten

If a file resulted in an award for various Service Units, the file will be labeled "Various" in the S/U portion of the label and will be filed in the Various Service Units file cabinet.

## What goes INSIDE the file folder?

**Micro purchases – Yellow Folder**
RQ
Vendor Quote
SAP Checklist
Signed 347

**Purchase Orders – Green Folder**
RQ
RFQ
Vendor quotes(s)
SAP Checklist (with supporting docs as required)
Signed 347

**Contracts – Two 6 Tab Brown Folders (1) Pre-Award ; (2) Post Award)**

Pre-Award
Tab 1   Requirements Definition & Initiation
Tab 2   Solicitation Phase
Tab 3   Negotiation/Bid Opening Phase
Tab 4   Award Phase
Tab 5   Correspondence
Tab 6   Miscellaneous (labeled appropriately)

Post Award
Tab 1   Contract Information
Tab 2   Modifications (labeled appropriately with an Index on top)
Tab 3   Payments
Tab 4   Property & Reporting
Tab 5   Correspondence
Tab 6   Administration and Completion

**Delivery/Task Orders – Red Folders**
RQ
RFQ
Vendor Quote
SAP Checklist
OF 347 (If over $100,000  award as a DO/TO but on form requiring vendor's signature)

# SIMPLIFIED ACQUISITION CHECKLIST
## FAR PART 13

**VENDOR INFORMATION**
**VENDOR NAME**: _____
       Address: _____
                _____
       Phone: _____
                _____
       POC: _____

**TYPE OF ACTION (complete one)**
[  ] Purchase Order #: _____
[  ] Delivery/Task Order # _____  Contract No _____
[  ] BPA # _____

**ACQUISITION PLANNING (FAR PART 7) (Complete for actions over $2,500. Enter N/A for events that are not applicable)**

### Milestones

| Event | Planned Date | Actual Date |
|---|---|---|
| Received RQ | _____ | _____ |
| Accepted RQ | _____ | _____ |
| Issued RFQ | _____ | _____ |
| Received Quotes | _____ | _____ |
| Evaluated Quotes | _____ | _____ |
| Responsibility Determination | _____ | _____ |
| Award | _____ | _____ |
| Notice to Proceed/COTR Memo | _____ | _____ |
| Start Date | _____ | _____ |

# SIMPLIFIED ACQUISITION CHECKLIST
## FAR PART 13

**1. SOURCE OF SERVICE OR SUPPLY (check one)**
A. [  ] Yes [  ] No  **Mandatory Source of Supply** (FAR Parts 8 & 13)
    ***a.  SUPPLIES (descending order of priority):***
        [  ] Not Applicable
        [  ] Agency inventories
        [  ] Excess from other agencies
        [  ] Federal Prison Industries
        [  ] Committee for Purchase From People Who Are Blind or Other Severely Disabled
        [  ] Wholesale supply sources (stock programs of GSA, DLA, VA and military inventory control points)
        [  ] Mandatory Federal Supply Schedules
        [  ] Optional Use Federal Supply Schedules
        [  ] Commercial Sources (including educational & nonprofit institutions)
        [  ] Printing and Related Supplies
        [  ] Unusual and compelling urgency
    ***b.  SERVICES (descending order of priority):***
        [  ] Not Applicable
        [  ] Committee for Purchase From People Who Are Blind or Other Severely Disabled
        [  ] Mandatory Federal Supply Schedules
        [  ] Optional Use Federal Supply Schedules
        [  ] Federal Prison Industries
        [  ] Commercial Sources (including educational & nonprofit institutions)
        [  ] Public Utility Services (FAR Part 41)
        [  ] Unusual and compelling urgency (FAR Part 6.3 and 41CFR 101-25.101-5)

B. [  ] **Single Award IDIQ Contract**

C. [  ] **Other Government Agency Contract**

D. [  ] **Multiple Award IDIQ Contract**
    Number of vendors solicited    _____
    Number of vendors responded   _____
F. [  ] **Open Market**
    [  ] BPA (competitive/multiple BPAs \_\_ are \_\_ are not established for the same or similar supplies/services)
    [  ] Competitive: # vendors solicited _____    # vendors responded \_\_

G. [  ] **Non-competitive**
    [  ] Micro-purchase
    [  ] Utility available from Only one source
    [  ] Brand name *(justify below)*
    [  ] Other sole source *(See attached Justification)*


**2. LABOR STATUTES (FAR 22)**
    [  ]   Not Applicable - same prices used under previous contract, equipment, supplies, IDIQ, etc.
    [  ]   Service Contract Act applies (Services over $2,500)  Determination #: _____


**3. EPS/FEDBIZOPS/ (FAR 5)**
    [  ]   Not posted/issued on EPS/FEDBIZOPS *(explanation below\*)*
    [  ]   EPS/FEDBIZOPS submit date:\_\_ _____
    [  ]   EPS/FEDBIZOPS solicitation issue date:_____ _____

    ***\*Explanation as to why not posted:***

SIMPLIFIED ACQUISITION CHECKLIST
FAR PART 13

## 4. PRICE REASONABLENESS (FAR 13)

**A. Price is Fair and Reasonable based upon the following: (check all that apply):**

[ ] Micro-purchase
[ ] Effective competition from _____ sources
[ ] Price set by statute or tariff
[ ] Prices determined by mandatory source
[ ] Other contract determined price fair and reasonable *(justify below)*
[ ] Price & Other Factors/Past Performance *(justify below)*

### *Justification for item # _____:*

**B. Basis for price being Fair & Reasonable when only 1 response is received**

[ ] not applicable
[ ] Market research
[ ] Comparison of proposed price with prices found reasonable on previous purchases
[ ] Current price lists, catalogs or advertisements
[ ] Comparison with similar items in a related industry
[ ] Contracting Officer's personal knowledge of item being purchased
[ ] Comparison to an independent Government estimate
[ ] Any other reasonable basis

**C. Item can only be obtained from 1 supplier that quotes a minimum order price or quantity that unreasonably exceeds stated requirements or results in an unreasonable price for quantity required (document documentation in file)**

[ ] not applicable
[ ] Market research
[ ] Comparison of proposed price with prices found reasonable on previous purchases
[ ] Current price lists, catalogs or advertisements
[ ] Comparison with similar items in a related industry

## 5. RESPONSIBILITY DETERMINATION (FAR 9)*

*FAR 13.101(a)(2) requires the CO to follow the requirements in 19.6 before rejecting a small business firm as non-responsible.*

**The prospective contractor has been determined responsible based on the following (check all that apply*)**

A. [ ] Adequate financial resources or the ability to obtain them

B. [ ] Can comply with the proposed schedule

C. [ ] Has a satisfactory performance record

D. [ ] Has a satisfactory record of integrity and business ethics; *Debarment list checked – date:* _____

E. [ ] Has the necessary organization, experience, accounting and operation controls and technical skills or the ability to obtain them.

F. [ ] Determination does not apply because it is a purchase:

[ ] From NISH/NIB
[ ] Against a an existing IDIQ Contract or BPA
[ ] Against a GSA FSS Schedule
[ ] From another Federal Agency (e.g. Federal Prisons, GPO)
[ ] From Foreign, State or local governments

---

**Name of Contract Specialist Documenting File**                     **Date**

## Contracts Team Workload Database

The Admin Support Staff is responsible for entering all awards into the Contracts Team Workload Database. This database will house a detailed record of our team's workload. Reports from this database will assist us in developing Management Reports for Nydia and determining which Specialist processed which award should Momentum not be available.

A Workload Tracking In-box will be placed on each Admin Support person's desk. As awards are approved, the Contract Specialist is responsible for providing the Admin Support person with a hard copy of the award document that includes the following information

- ✓ RQ#
- ✓ S/U
- ✓ Award Type (micro, PO, CON, DO/TO, IA)
- ✓ Description
- ✓ Amount
- ✓ CO
- ✓ CS
- ✓ COTR
- ✓ Vendor
- ✓ Award Date (CO's please remember to date your signatures)
- ✓ Closeout Date

Eric/Jim will run reports for Ursula on a regular basis of all awarded RQs so we can verify that each RQ is accurately reflected in our Workload Database!

## Areas of Expertise

**Sealed Bidding Procedures**

_____
_____
_____
_____
_____

**Source Selection Procedures**

_____
_____
_____
_____
_____

**Simplified Acquisition Procedures**

_____
_____
_____
_____
_____

**Service Contract Act**

_____
_____
_____
_____
_____

**IDIQ Contracts**

_____
_____
_____
_____
_____

**Blanket Purchase Agreements**

_____
_____
_____

## Areas of Expertise

**Federal Supply Schedules**

_____
_____
_____
_____
_____

**Momentum**

_____
_____
_____
_____
_____

**Fedbizopps**

_____
_____
_____
_____
_____

**Excel**

_____
_____
_____
_____
_____

**Powerpoint**

_____
_____
_____
_____
_____

**Writing**

_____
_____
_____

## Areas of Expertise

**File Management**

_____

_____

_____

_____

_____

**Microsoft Access**

_____

_____

_____

_____

_____

## Areas of Expertise

## Contr... Team
## FY 2006 Team Goals

| # | Team Goal | Measure of Success | Goal Owner(s) | Action Plan | Status |
|---|-----------|--------------------|--------------|-------------|--------|
| 1 | Develop and implement a filing system which reduces the number of lost/missing files, and improves our ability to pass all audits with regard to file management | By years end, all active files will be centrally located and accounted for; all closed files will be centrally located and accounted for; with destruction date; instances of lost/missing files will be rare | | Develop written file management plan; clean out existing file cabinets to accommodate new filing system; purchase folders, labels, etc; transfer active/closed files to the appropriate shelf; conduct file management reviews to ensure filing system is working as designed | File management plan developed in draft 11/2/05 |
| 2 | Develop a Contract Specialist Desk Guide which houses quick reference documents (samples) covering all 1102 responsibilities | By years end, all Contract Specialists will have a Desk Guide (electronically and in hard copy) at their desk which contains "how to" instructions on all pre-award and post award 1102 responsibilities; As the Desk Guide develops improvements will be visible in the areas of file preparation, legal concurrences, and overall turn around time on awarded actions | | Determine who the experts are on the team; Determine what areas need to be included in the Desk Guide; prioritize the list based on the Team's current needs; Allow the Desk Guide to grow as the year progresses and we work though various procurement topics | Areas of Expertise identified 11/2/05 |
| 3 | Develop a Training Plan for LOC COTRs to educate them on their role in the federal acquisition process | By years end, RQs submitted to us will be accurate and complete and we will rarely have instances where we are struggling to determine what the Service Unit is requesting | | Develop a One-Page Cheat Sheet to get the COTRs educated in the "basics" of what a valid RQ consists of; Schedule training sessions with COTRs to sit down with them and address their concerns and educate them in key areas of federal acquisition | |
| 4 | Improve the level of customer service we currently provide to the Service Units | By years end, surveys will show the level of customer service has improved; The number of "great job" emails will improve and be documented; COTRs will have view only access to our Procurement Tracking System to view | | Implement the Report Card system that allows the COTR to evaluate our performance; Monitor the results; make changes to processes when necessary; keep lines of communication open at all times with COTR and contractors | |
| 5 | | | | | |

11/2/05