UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU )<br>        Plaintiff   )<br>                 )<br>     v.             )<br>                 )<br>PROGRESSIVE TECHNOLOGY )<br>FEDERAL SYSTEMS, INC. )<br>        Defendant )<br>_____) | Civil Action No. 06-01081<br>(AK) |

### CONSENT MOTION TO WITHDRAW

Counsel for plaintiff hereby moves this honorable court to withdraw as counsel for plaintiff. In support of said motion said counsel states as follows:

1. Summary judgment was granted in the instant case on March 17, 2008.

2. On March 28, 2008, without any correspondence with undersigned counsel, plaintiff filed a *pro se,* Motion for Reconsideration[1].

3. This course of events is an obvious indication that plaintiff no longer desires the services of undersigned counsel.

4. In order to circumvent any further misunderstandings counsel files the instant motion.

WHEREFORE, plaintiff prays that the motion be granted and his withdrawal be confirmed.

In further support of this motion, plaintiff refers the Court to the memorandum of points and authorities attached hereto and incorporated herein by reference.

---

[1] Undersigned counsel declines at this time to address the misrepresentations and misunderstandings noted in the Motion for Reconsideration.

Respectfully submitted,

/s/ John F. Pressley, Jr.
_____
John F. Pressley, Jr, #379716
7600 Georgia Avenue. N.W., Suite 412
Washington. D.C. 20012
(202)723-8800
*Attorney for Plaintiff*

### LCvR7(m) CERTIFICATE

I hereby certify that I have conferred with counsel for defendant and she consents to the instant motion.

/s/ John F. Pressley, Jr.
_____
John F. Pressley, Jr.

### LCvR83.6 CERTIFICATE

I hereby certify that I have mailed a copy of the instant motion along with a notice pursuant to LCvR 83.6(c) to the plaintiff on the  _9th_  day of April, 2008 at his last known address:

Selwyn Darbeau
1453 Queenie Smith Road, N.E.
Conyers, GA 30012

/s/ John F. Pressley, Jr.
_____
John F. Pressley, Jr.

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing Motion to Withdraw was electronically served this  *9th*   day of April, 2008 upon:

Deborah Whelihan, Esq.
Jordan, Coyne & Savits, LLC
1100 Connecticut Avenue, N.W., Suite 600
Washington, D.C. 20036

                                     */s/ John F. Pressley, Jr.*
                                   _____
                                   John F. Pressley, Jr..

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELWYN G. DARBEAU | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01081 |
| | ) | (AK) |
| PROGRESSIVE TECHNOLOGY | ) | |
| FEDERAL SYSTEMS, INC. | ) | |
|     Defendant | ) | |
| _____ | ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW

1. LCvR 83.6 (c).

2. The record herein.

3. The inherent power of this Court.

*/s/ John F. Pressley, Jr.*
_____
John F. Pressley, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SELWYN G. DARBEAU | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-01081 |
| | ) | (AK) |
| PROGRESSIVE TECHNOLOGY | ) | |
| FEDERAL SYSTEMS, INC. | ) | |
|     Defendant | ) | |
| _____ | ) | |

## ORDER

Upon consideration of the motion of counsel for plaintiff to withdraw, the memorandum of points and authorities in support thereof, it is, by the Court, this _____ day of _____, 2008

ORDERED:   That the motion of counsel for plaintiff to withdraw be, and the same hereby is, GRANTED, and it is further

ORDERED:   That John F. Pressley, Jr., Esq. is withdrawn as counsel for plaintiff.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies to:

John F. Pressley, Jr., Esq.
7600 Georgia Avenue, N.W., Suite 412
Washington, D.C. 20012

Deborah Whelihan, Esq.
Jordan, Coyne & Savits, LLC
1100 Connecticut Ave., N.W., Suite 600
Washington, D.C. 20036

Selwyn Darbeau
1453 Queenie Smith Road, N.E.
Conyers, GA 30012

**John F. Pressley, Jr.**
ATTORNEY AT LAW
7600 Georgia Avenue, N.W.
Suite 412
Washington, D.C. 20012
\*\*\*
(202) 723-8800
(202) 723-8801 (FAX)
jfpressley@verizon.com

April 9, 2008

Selwyn Darbeau
1453 Queenie Smith Road, N.E.
Conyers, GA 30012

NOTICE

Mr. Darbeau:

    This Notice is being sent to you pursuant to LCvR 83.6(c). It is to officially let you know that I am filing a motion to withdraw as your counsel in this case. Should you desire to continue the case, you will either have to obtain new counsel or represent yourself. <u>If you intend to either represent yourself or object to my withdrawal you must so notify the Clerk in writing within 5 days of service of my enclosed motion upon you</u>.

                                             _____
                                             John F. Pressley, Jr., Esq.