IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE TECHNOLOGY )<br>FEDERAL SYSTEMS, INC. )<br>)<br>Defendant. )<br>)<br>) | Civil Action No.: 06-01081 (AK) |

**DEFENDANT PROGRESSIVE TECHNOLOGY FEDERAL SYSTEMS, INC.'S
OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

Pursuant to Federal Rule of Civil Procedure 59 and Local Rule 7, the defendant, Progressive Technology Federal Systems, Inc. ("PTFS"), by and through its attorneys, Deborah Murrell Whelihan and JORDAN, COYNE & SAVITS, L.L.P., opposes the plaintiff's Motion For Reconsideration.  As grounds therefor, the defendant PTFS states that the plaintiff is not entitled to the extraordinary relief that he seeks to the extent that he is requesting that this Honorable Court reconsider its entry of judgment in favor of the defendant PTFS and states that the plaintiff is not entitled to indefinitely extend the time for appeal for him to locate substitute counsel to the extent that he seeks to extend the deadline for appeal under Fed. R. App. P. 4.

As further support for this Opposition, the defendant PTFS refers this Honorable Court to the accompanying Memorandum of Points and Authorities, which is incorporated as if fully set forth herein.

WHEREFORE, the defendant, Progressive Technology Federal Systems, Inc.,

respectfully requests that this Honorable Court deny the plaintiff's Motion For Reconsideration.

    Respectfully submitted,

    JORDAN, COYNE & SAVITS, L.L.P.

    By: /s/ **DEBORAH MURRELL WHELIHAN**
    Deborah Murrell Whelihan, #412454
    1100 Connecticut Avenue, N.W.
    Suite 600
    Washington, D.C.  20036
    Telephone:  (202) 296-4747
    Facsimile:   (202) 496-2800
    Email: d.whelihan@jocs-law.com

    Attorneys for Defendant Progressive Technology
    Federal Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant Progressive Technology Federal System, Inc.'s Opposition to Plaintiff's Motion For Reconsideration, accompanying Memorandum of Points and Authorities, and Proposed Order were mailed, postage pre-paid, on this 14th day of April, 2008, to:

    John F. Pressley, Jr., Esquire
    7600 Georgia Avenue, NW
    Suite 412
    Washington, DC 20012; and

    Mr. Selwyn G. Darbeau
    1453 Queenie Smith Road, N.E.
    Conyers, Georgia 30012

    /s/ **DEBORAH MURRELL WHELIHAN**
    Deborah Murrell Whelihan