IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SELWYN G. DARBEAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 06-01081 (AK) |
| v. ) | |
| ) | |
| PROGRESSIVE TECHNOLOGY ) | |
| FEDERAL SYSTEMS, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of the Plaintiff's Motion For Reconsideration, the Defendant Progressive Technology Federal Systems, Inc.'s Opposition to Plaintiff's Motion For Reconsideration, and upon review of the entire record, it is this _____ day of _____, 2008,

ORDERED, that the Plaintiff's Motion For Reconsideration is DENIED for the reasons advanced in the Defendant Progressive Technology Federal Systems, Inc.'s Opposition; and it is further,

ORDERED, that the Plaintiff shall file his Notice of Appeal, if he intends to appeal, no later than thirty (30) days from the date of entry of this Order.

_____
Alan Kay
United States Magistrate Judge

Copies To:

Deborah Murrell Whelihan, Attorney at Law
Jordan, Coyne & Savits, L.L.P.
1100 Connecticut Avenue, N.W.
Suite 600
Washington, D.C. 20036

Mr. Selwyn G. Darbeau
1453 Queenie Smith Road, N.E.
Conyers, GA 30012 and

John F. Pressley, Jr., Esquire
Suite 412
7600 Georgia Avenue, N.W.
Washington, D.C. 20012